MACKEY, BUTTS & WHALEN LLP
Attorneys for Eric Goldfine, as Trustee of the Eric
    Goldfine SERPT
319 Mill Street
Poughkeepsie, NY 12601                          **NOTICE OF APPEARANCE**
(845) 452-4000
RICHARD R. DuVALL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
In re:

                                                                                  Chapter 11
        68 Burns New Holdings, Inc.                       Case No.: 24-45157 (nhl)

                                              Debtor.
----------------------------------------------------------------------x

        Creditor, Eric Goldfine, as Trustee of the Eric Goldfine SERPT, respectfully represents as follows:

        1.       That it is a party in interest.

        2)       That it hereby requests that <u>ALL NOTICES OF ALL MATTERS</u> pertaining to the Debtor, 68 Burns New Holdings, Inc., be sent, as directed by Federal Rule of Bankruptcy Procedure 9010(b), to counsel for Creditor Eric Goldfine SERPT to:

                      **MACKEY, BUTTS & WHALEN LLP**
                      **Attn: Richard R. DuVall, Esq.**
                      **319 Mill Street**
                      **Poughkeepsie, New York 12601**
                      **Telephone: (845) 452-4000**
                      **Email: [rduvall@mbwlawyers.com](mailto:rduvall@mbwlawyers.com)**

        The foregoing demand includes not only the notices and papers pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Chapter 11 of Title 11, United States Code, 11 U.S.C. §101 <u>et</u> <u>seq</u>. (the "Bankruptcy Code"), but also includes all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 case, including but not limited to, all notices, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise, which affect the   in the above-captioned Chapter 11 case or its property.

        Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies

of all plans and disclosure statements, whether formal or informal, filed herein by any party to be served upon its attorneys at the address indicated above.

Dated:   December 11, 2024			Eric Goldfine, as Trustee of Eric Goldfine SERPT
						By its attorneys
						Mackey, Butts & Whalen LLP

						_____
						Richard R. DuVall
						319 Mill Street
						Poughkeepsie, NY 12601
						(845) 452-4000


TO:	68 Burns New Holdings, Inc., Debtor
	70-25 Yellowstone Blvd., Suite 3D
	Forest Hills, NY 11375