# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 1/29/2025 |
| Case: 1−24−45157−nhl | Form ID: pdfall | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Goldfine, Eric − as Trustee of Eric Goldfine SERPT

                                                                                                                                                                             TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov
aty         Julio E Portilla          jp@julioportillalaw.com
aty         Richard DuVall          rduvall@mbwlawyers.com

                                                                                                                                                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          68 Burns New Holdings, Inc          70−25 Yellowstone BLVD.          Suite 3D          Forest Hills, NY 11375
10433576          All Space Self Storage          189 Manchester Road          Poughkeesie, N.Y, 12603
10433577          Eric Goldfine Self Employed          Retirement Plan And Trust          C/O Mackey, Butts & Whalen LLP.          319 Mill Street          Poughkeepsie, NY 12601
10434194          Eric Goldfine, as Trustee of Eric Goldfine SERPT          c/o Mackey, Butts & Whalen LLP          319 Mill Street          Poughkeepsie, NY 12601
10434377          Eric Goldfine, as Trustee of Eric Goldfine SERPT          c/o Mackey, Butts & Whalen LLP          319 Mill Street          Poughkeepsie, NY 12601
10433573          Forest Garvey P.C          100 Wall Street 20th Flooor          New York, NY 10005
10433572          Gideon Ravin          70−25 Yellowstone Blvd          Forest Hills, NY 11375
10435133          New York State Department of Taxation & Finance          Bankruptcy Section          P O Box 5300          Albany New York 12205−0300
10433574          Rosenberg Fortiena & Laitman LLC          666 Old Country Road Suite 810          Garden City, NY 11530
10433575          Town of Hyde Park          4383 Albany Post Road          Hyde Park, NY 12538

                                                                                                                                                                             TOTAL: 10