# EXHIBIT 2

| | |
|---|---|
| **From:** | Richard DuVall |
| **To:** | Eric Goldfine SERPT |
| **Subject:** | FW: 68 Burns New Holdings, Raviv sales screen snapshot, sold to Dan & Ram Raviv |
| **Date:** | Wednesday, February 26, 2025 5:06:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Found in my file

Richard DuVall

# MACKEY BUTTS & WHALEN LLP

ATTORNEYS AT LAW

Hudson Valley's
**2025 TOP LAWYERS**

319 Mill Street
Poughkeepsie, NY 12601
P 845.452.4000 Ext. 303
F 845.454.4966

rduvall@mbwlawyers.com
www.mbwlawyers.com

CONFIDENTIALITY NOTICE: This e-mail has been sent by an attorney or his agent, is intended only for the use of the addressee, and may contain confidential information which is protected by the Attorney-Client Privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete the original message.

IRS CIRCULAR 230 DISCLOSURE: Any tax advice contained in this communication or any attachment is not intended or written to be used, and cannot be used, for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related transaction or matter.

Due to increased fraud you should confirm all wiring instructions by phone directly with our office before transferring funds.

Please be advised that e-mails sent to this office **_SHOULD NOT_** include non-public information. Non-public information includes personal information such as social security numbers, copies of photo ID, and any other private information not intended to be made public.

**From:** Serpt1 <serpt1@verizon.net>
**Sent:** Wednesday, October 18, 2023 2:48 PM
**To:** Thomas J. Cummings <tcummings@mccm.com>
**Subject:** Fwd: 68 Burns New Holdings, Raviv sales screen snapshot, aold to Dan & Ram Raviv

Sent from my iPad

Begin forwarded message:

> **From:** Nancy Cottrell <nancycottrell@optonline.net>
> **Date:** October 18, 2023 at 2:47:22 PM EDT
> **To:** SERPT Goldfine <serpt1@verizon.net>
> **Subject: 68 Burns New Holdings, Raviv sales screen snapshot, aold to Dan & Ram Raviv**



Sent from my iPhone