1   UNITED STATES BANKRUPTCY COURT

2   EASTERN DISTRICT OF NEW YORK

3   Case No. 13-42445 (ESS)

4   - - - - - - - - - - - - - - - - - - - -x

5   In the Matter of:

6

7   68 BURNS NEW HOLDINGS, INC.,

8

9              Debtor.

10

11  - - - - - - - - - - - - - - - - - - - -x

12              Office of the United States Trustee

13              Eastern District of New York

14              271-C Cadman Plaza East, Room 2579

15              Brooklyn, NY 11201

16              April 28, 2025

17              9:04 a.m.

18

19

20  341 Meeting of Creditors

21

22

23  B E F O R E:

24  NAZAR KHODOROVSKY

25  TRUSTEE

Page 2

1    A P P E A R A N C E S :

2

3    UNITED STATES DEPARTMENT OF JUSTICE

4         Attorney for the U.S. Trustee

5         201 Varick Street, Suite 1006, 10th floor

6         New York, New York 10014

7

8    BY:  NAZAR KHODOROVSKY

9

10   LAW OFFICE OF JULIO E. PORTILLA, P.C.

11        Attorney for the Debtor

12        380 Lexington Avenue, Suite 446

13        New York, NY 10168

14

15   BY:  JULIO E. PORTILLA

16

17   MACKEY BUTTS & WHALEN LP

18        Attorney for Creditor, Eric Goldfine, as Trustee of the

19        Eric Goldfine Self-Employed Retirement Plan and Trust

20        ("SERPT")

21        3208 Franklin Avenue

22        Millbrook, NY 12545

23

24   BY:  RICHARD R. DUVALL

25

1      ALSO PRESENT:

2          GIDEON RAVIV, President of 68 Burns New Holding, Inc.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      Transcribed by:  Rita Weltsch

1                    P R O C E E D I N G S

2              MR. KHODOROVSKY:  Let the record reflect, I

3    repeat, let the record reflect that today is the 28th of

4    April of 2025, and the time is 9:04 a.m.  I repeat, it is

5    9:04 a.m. on the 28th of April of 2025.

6              Good morning.  My name is Nazar Khodorovsky, N-A-

7    Z-A-R K-H-O-D-O-R-O-V-S-K-Y.  I am an attorney with the

8    Office of the U.S. Trustee, which is part of the U.S.

9    Department of Justice.  I will be the presiding officer at

10   this hearing.  The U.S. Trustee supervises the

11   administration of bankruptcy cases under the Bankruptcy

12   Code.  Debtors are required to appear and be examined under

13   oath regarding their bankruptcy cases.

14             This examination will be recorded.  All persons

15   questioning debtors must state their names and indicate who

16   they represent.  Right now, I would like to ask the attorney

17   for the bankrupt Debtor to identify himself and note his

18   appearance for the record.

19             MR. PORTILLA:  Good morning.  Law Office of Julio

20   Portilla, by Julio Portilla, proposed attorney for the

21   Chapter 11 Debtor, 68 Burns New Holdings, Inc.

22             MR. KHODOROVSKY:  Mr. Portilla, thank you.  Now,

23   I'm going to ask creditors to identify yourselves, note your

24   appearances for the record, please.  Go ahead, creditors.

25             MR. DUVALL:  Richard Duval, Mackey Butts & Whalen,

1    for Eric Goldfine, SERPT, secured creditor.

2            MR. KHODOROVSKY:  Did you say secured creditor or

3    unsecured?  I couldn't hear you.

4            MR. DUVALL:  Secured.

5            MR. KHODOROVSKY:  Thank you, sir.  Thank you so

6    much.  Now, what I'm going to do is, I'm going to swear in

7    the Interpreter, not the Debtor, the Interpreter.  So,

8    Interpreter, can you -- Nadia, can you please raise your

9    right hand?

10           INTERPRETER:  Okay.

11           MR. KHODOROVSKY:  Interpreter, do you swear or

12   affirm that you will translate from Hebrew to English and

13   English to Hebrew to the best of your ability, and that you

14   will translate and only translate?

15           INTERPRETER:  I will interpret.  I do.

16           MR. KHODOROVSKY:  Okay, thank you.  Interpreter,

17   you can lower your right hand.  Thank you, Interpreter.

18   Now, Interpreter, I'm going to need your help to translate

19   or interpret for the witness, Mr. Raviv.  So, please

20   translate for me, Interpreter.

21           Mr. Raviv, good morning.  How are you?

22           MR. RAVIV:  Thank you.

23           MR. KHODOROVSKY:  Mr. Raviv, do you understand

24   that you are still under oath?

25           MR. KHODOROVSKY:  Interpreter, did you hear the

1    witness?

2              MR. RAVIV:  Yes.

3              INTERPRETER:  Okay, he answered in English.

4              MR. KHODOROVSKY:  Mr. Raviv, are you personally

5    familiar with the financial affairs of 68 Burns New

6    Holdings, Inc.?

7              MR. RAVIV:  Yes.

8              MR. KHODOROVSKY:  Mr. Raviv, has this company ever

9    filed for bankruptcy before?

10             MR. RAVIV:  No, never.

11             MR. KHODOROVSKY:  Mr. Raviv, have you ever filed

12   for personal bankruptcy?

13             MR. RAVIV:  No.

14             MR. KHODOROVSKY:  Mr. Raviv, have you ever owned

15   another company or another business, not this company, that

16   ever filed for bankruptcy before?

17             MR. RAVIV:  I don't remember.

18             MR. KHODOROVSKY:  Mr. Raviv, has 68 Burns New

19   Holdings, Inc. opened a new bank account after filing for

20   bankruptcy?

21             MR. RAVIV:  Yes, I said.

22             MR. KHODOROVSKY:  At which bank did you open this

23   new account?

24             MR. RAVIV:  Chase Bank.

25             MR. KHODOROVSKY:  Does 68 -- withdrawn.  I'm going

1    to ask a different question.  And what I'm going to do right

2    now is I'm going to speak to the lawyer first.  You don't

3    need to translate that, Nadia.  And then I'm going to ask a

4    different question, which you will need to translate.

5                 INTERPRETER: Okay.

6                 MR. KHODOROVSKY:  So, first of all, I wanted to

7    note that the United States Trustee has received from this

8    bankrupt company proof of opening of a Debtor in Possession

9    bank account at Chase.  Thank you so much.

10                Interpreter, now please translate.  Does 68 Burns

11   New Holdings currently have insurance?

12                MR. RAVIV:  Yes.

13                MR. KHODOROVSKY:  Interpreter, can you speak up?

14   I couldn't hear you, the Interpreter.  I heard him, but not

15   you.

16                INTERPRETER:  Yes.

17                MR. KHODOROVSKY:  Thank you.  Let the record

18   reflect that the United States Trustee has been provided

19   with proof of insurance for this company.  The policy

20   expires in January of 2026.

21                Now, Mr. Portilla, I would like to speak to you

22   briefly.  Can you hear me, Mr. Portilla?

23                MR. PORTILLA:  Yes, I can.

24                MR. KHODOROVSKY:  So, Mr. Portilla, here's what I

25   wanted to talk to you about.  The proof of insurance that

1    was provided, it's a current proof of insurance.  Thank you.

2    But the Debtor is only listed as a certificate holder.  The

3    Debtor is not listed as the insured party.  A company in

4    Indiana called American Hunting Lease Association is listed

5    as the insured party.

6              So, while, you know, we do have proof of insurance

7    here, what I'd like to ask you is to get a proof of

8    insurance where the bankrupt company is listed as the

9    insured party.  Can you do that?

10             MR. PORTILLA:  Yes.  I'll speak to the Debtor's

11   principal and get that proof for you.

12             MR. KHODOROVSKY:  So, Mr. Portilla, can you -- so

13   today is the 28th of April.  Can you provide that by May 5,

14   a week from today?

15             MR. PORTILLA:  Yes, no problem.

16             MR. KHODOROVSKY:  Okay.  So I'm going to

17   respectfully request the proof of insurance with the

18   bankrupt company as the insured party be provided by the 5th

19   of May 2025, which is one week from today.  Thank you.  And

20   Mr. Portilla, if you need additional time, just write to me.

21   Okay, sir?

22             MR. PORTILLA:  Will do.  Thank you.

23             MR. KHODOROVSKY:  Thank you.  Thank you, Mr.

24   Portilla.  Interpreter, Nadia, please translate.  Mr. Raviv,

25   at what physical location, at what address, are the

1   financial records of 68 Burns New Holdings located?

2            INTERPRETER:  7025 -- and then he gave the

3   address.

4            MR. KHODOROVSKY:  Yeah, I got it.  He gave the

5   address in English, I understood.

6            INTERPRETER:  Yes.

7            MR. KHODOROVSKY:  Thank you.  Thank you,

8   Interpreter.  Mr. Raviv, can you tell me what business 68

9   Burns New Holdings, Inc. is in?  What does it do?

10            INTERPRETER:  Sounds like land insurance.

11            MR. RAVIV:  Development.

12            INTERPRETER:  Okay.  He told you in English.

13            MR. KHODOROVSKY:  I'm sorry.  What did you say,

14   Mr. Raviv?  Can you repeat what you just said?  I couldn't

15   hear you.

16            MR. RAVIV:  Land development.  Real estate

17   development.

18            MR. KHODOROVSKY:  Real estate development, you

19   said?

20            MR. RAVIV:  Yes.

21            INTERPRETER:  He said development insurance, yeah.

22            MR. KHODOROVSKY:  Okay.  I understood.  He said it

23   in English.  I understood.  Thank you.  Interpreter, please

24   ask him, does this company own real estate?

25            MR. RAVIV:  Yes.

1          MR. KHODOROVSKY:  How many pieces of real estate

2     does this company own?

3          INTERPRETER:  (indiscernible) one second, I cannot

4     hear you.

5          MR. RAVIV:  All right.  Two important centers.

6          MR. KHODOROVSKY:  Interpreter, did he say two

7     pieces of real estate?  Is that what he said?

8          INTERPRETER:  Yeah.

9          MR. KHODOROVSKY:  Got it.

10          INTERPRETER:  I mean, important.  Two important

11     ones.

12          MR. KHODOROVSKY:  I understand.  So, Mr. Raviv,

13     let's talk about them.  Where is this real estate located?

14     Where is each of the pieces of the real estate located?

15          MR. RAVIV:  One of them on Devon Street in Forest

16     Hills, New York.

17          MR. KHODOROVSKY:  And the other one?

18          MR. RAVIV:  And the other one in Hyde Park, New

19     York.

20          MR. KHODOROVSKY:  Okay.  Mr. Raviv.  I'm going to

21     ask you this in English.  And let's see if this can be done.

22     Mr. Raviv, do you want the translator to translate for you?

23     Do you want Nadia to translate for you word for word?  Or do

24     you want Nadia only to help you when you don't understand me

25     in English?  What would you like?

1          MR. RAVIV:  Much better, yeah --

2          MR. KHODOROVSKY:  Hold on, Mr. Raviv --

3          MR. RAVIV:  (indiscernible)

4          MR. KHODOROVSKY:  -- hold on.  Hold on, let me

5     just re-ask my question.  Here's what I want to understand,

6     what you want from the Interpreter.  What I want to

7     understand, Mr. Raviv, is do you want Nadia to translate for

8     you every single word?  Or do you want Nadia to only

9     translate for you when you need help and you don't

10    understand me?  Tell me what you would like.

11         MR. RAVIV:  This way.  The last one, what you

12    mentioned.

13         MR. KHODOROVSKY:  So that's --

14         MR. RAVIV:  If I don't understand the language,

15    then I would like to get more understanding.

16         MR. KHODOROVSKY:  So basically, Mr. Raviv, so I

17    understand it, you want me to continue asking you questions

18    in English, and then at some point if you don't understand

19    what I'm saying in English, you want Nadia to help you,

20    right?

21         MR. RAVIV:  I appreciate it, yes.  Thank you.

22         MR. KHODOROVSKY:  Thank you.  So, let me now talk

23    to the Interpreter.  Interpreter, I notice you heard what

24    Mr. Raviv and I just discussed.  So, what I think Mr. Raviv

25    wants is he doesn't want you to translate word for word.  He

1    just wants you to stay on the line, and if he needs help --

2    he'll answer the questions in English.  But if he needs

3    help, if he doesn't understand --

4              INTERPRETER:  Yes.  Interpreter will stay in the

5    background.  (indiscernible) anyway.

6              MR. KHODOROVSKY:  No problem.  Nadia, thank you.

7    Just please stay on the line.  If Mr. Raviv --

8              INTERPRETER:  Okay.

9              MR. KHODOROVSKY:  -- needs your help, he will tell

10   me, and I will tell you, okay?

11             INTERPRETER:  Of course, by all means, yes.

12             MR. KHODOROVSKY:  Thank you, Nadia.  Much

13   appreciated.  So, Mr. Raviv, let's continue.  So you said

14   there's two pieces of real estate.  One is on Burns Street

15   in Forest Hills, New York, and one is in Hyde Park, New

16   York.  Right?

17             MR. RAVIV:  Yes.

18             MR. KHODOROVSKY:  So, let's talk about these one

19   by one.  Hyde Park, New York.  What's in Hyde Park, New

20   York?  What kind of property is it?  Is it a house?  Is it a

21   piece of land?

22             MR. RAVIV:  It's two pieces piece of land of 149.2

23   acres.

24             MR. KHODOROVSKY:  Is there anything on that land,

25   or are they empty?

1              MR. RAVIV:  At the moment, they're empty.  The

2      original development was (indiscernible) to get the

3      beginning of approval for (indiscernible).

4              MR. KHODOROVSKY:  But right now, right now, the

5      land in Hyde Park, it's completely empty, right?

6              MR. RAVIV:  There are trees on there.  It's not

7      empty completely.  There is trees, there is water, there is

8      other things on the property.  But the point is we're

9      waiting (indiscernible) to get approval to build.

10              MR. KHODOROVSKY:  Are there any buildings on the

11      Hyde Park property?

12              MR. RAVIV:  No.

13              MR. KHODOROVSKY:  Got it.  Now, the Forest Hills,

14      New York on Burns Street, is it a house, a condominium?

15      What does the company own in Forest Hills, New York?

16              MR. RAVIV:  It's a complex of a co-op.

17              MR. KHODOROVSKY:  So it's an apartment building?

18              MR. RAVIV:  Yes.

19              MR. KHODOROVSKY:  Got it.  How many apartments in

20      the building?

21              MR. RAVIV:  One twenty.

22              MR. KHODOROVSKY:  And how many -- how tall is the

23      building?  How many floors?

24              MR. RAVIV:  Six floors.

25              MR. KHODOROVSKY:  Got it.  So, on Burns Street,

1   the company owns the entire building, or just some

2   apartments?

3             MR. RAVIV:  No.  I got into the deal after

4   (indiscernible) by the current (indiscernible) sponsor.  And

5   in 1990, the sponsor was (indiscernible).  The FDIC took

6   over from the bank all the buildings.  And in 1998, I

7   purchased from the FDIC 26 units, with all the rights of the

8   sponsor.

9             MR. KHODOROVSKY:  I understand.  But what I'm

10  trying to understand is -- what I'm trying to find out right

11  now is, what does 68 Burns own in the building?  Does it own

12  some of the buildings?  Does it own a part of the building?

13  Does it own the entire building?

14            MR. RAVIV:  We own what wasn't sold.

15            MR. KHODOROVSKY:  So you own --

16            MR. RAVIV:  -- which was (indiscernible) --

17            MR. KHODOROVSKY:  So you own --

18            MR. RAVIV:  -- (indiscernible) which wasn't sold

19  to the co-op.  The co-op didn't buy one apartment in 6830.

20  It belonged to the sponsor.  It's also common area, which

21  belonged to the sponsor.

22            MR. KHODOROVSKY:  Got it.  So, how many totally --

23  how many total apartments have not been sold?

24            MR. RAVIV:  One.

25            MR. KHODOROVSKY:  So you own one apartment, right?

1    And the common areas?

2            MR. RAVIV:  It's not a common area.  It's an

3    apartment was used by the super.

4            MR. KHODOROVSKY:  Okay.  So the only apartment you

5    own -- the only apartment that 68 Burns Holdings owns at

6    that building is just one apartment, right?

7            MR. RAVIV:  One apartment, with a common area

8    also, which we need really to find out what I give it before

9    I go into bankruptcy, to a surveyor to find out what is my

10    area and what is not my area.

11            MR. KHODOROVSKY:  I understand.

12            MR. RAVIV:  And then I can put a claim to them

13    what we want to do with that, and if they need to pay us

14    rent, or we will -- they can buy from us, or we would like

15    to do other things.

16            MR. KHODOROVSKY:  I understand.  Thank you.  We'll

17    come back to this a little later on.  Now, Mr. Raviv, I need

18    to speak to the lawyer.  Mr. Portilla, can I speak with you?

19            MR. PORTILLA:  Yes.

20            MR. KHODOROVSKY:  So, Mr. Portilla, I'm looking at

21    Schedule A/B on the list of real estate that the company

22    owns.

23            MR. PORTILLA:  Mm hmm.

24            MR. KHODOROVSKY:  So I see the property in Hyde

25    Park, New York.  And Mr. Portilla, the -- you listed -- I'm

1    trying to see -- so I'm looking at -- do you have the

2    Schedule A/B with you?

3              MR. PORTILLA:  I'm getting -- I'm logging into it

4    right now --

5              MR. KHODOROVSKY:  If you could, yeah, because I

6    want to get on the same page, just want to understand where

7    everything is disclosed, okay?

8              MR. PORTILLA:  Yeah.

9              MR. KHODOROVSKY:  When you're ready, Mr. Portilla,

10   please tell me.

11             MR. PORTILLA:  Sorry.  We're working on my

12   computer, so --

13             MR. KHODOROVSKY:  That's all right, take your

14   time.  Mr. Portilla?

15             MR. PORTILLA:  I'm here.  It's loading.  Sorry.

16             MR. KHODOROVSKY:  It's loading?  Okay, tell me

17   when you're ready.

18             MR. PORTILLA:  Okay, I'm there.

19             MR. KHODOROVSKY:  You're in the document?  Okay.

20   So, if you could go to Schedule A/B?

21             MR. PORTILLA:  Okay.

22             MR. KHODOROVSKY:  Okay.  And so, if you go to

23   Question 55, that's where you list the property in Hyde

24   Park.  Do you see that?

25             MR. PORTILLA:  I do.

1          MR. KHODOROVSKY:  Okay.  So the co-op apartments,

2     that's listed in Question 15?  Is that what's described in

3     Question 15?

4          MR. PORTILLA:  Yes.  Yes, I just have to clarify

5     the unit.  But essentially that's -- what's described there,

6     it's the unit that the Debtor's principal was just

7     testifying to.

8          MR. KHODOROVSKY:  Got it.  So Mr. Portilla, can I

9     ask you then, based on what you just mentioned, to amend

10    Question 15 of Schedule A/B?  Again, please amend Question

11    15 of Schedule A/B to list the relevant unit.

12         MR. PORTILLA:  I will.  Thank you.

13         MR. KHODOROVSKY:  And if you could do that by May

14    5, a week from today, okay?

15         MR. PORTILLA:  Very good.

16         MR. KHODOROVSKY:  Thank you, Mr. Portilla.  Thank

17    you so much.  Mr. Portilla, thank you.  Mr. Raviv, thank

18    you.  Mr. Raviv, let me come back to you.  Mr. Raviv, when

19    was 68 Burns New Holdings, Inc. started?  When was this

20    company started?

21         MR. RAVIV:  In August 1990.

22         MR. KHODOROVSKY:  August 1990, you said?

23         MR. RAVIV:  Yes, sir.

24         MR. KHODOROVSKY:  And who started it?

25         MR. RAVIV:  The FDIC.

1          MR. KHODOROVSKY:  No, no.  What I'm asking you is,

2    did you start this company or did somebody else start this

3    company?

4          MR. RAVIV:  The Federal Insurance Corporation of

5    America belonged to the government.  They started the

6    corporation in August 1990, and they sold me all the

7    corporation within the building.

8          MR. KHODOROVSKY:  So FDIC created 68 Burns New

9    Holdings, Inc.?

10         MR. RAVIV:  The corporation (indiscernible) yes.

11         MR. KHODOROVSKY:  Got it.  Right now, are you an

12    owner of this company?

13         MR. RAVIV:  Yes, sir.

14         MR. KHODOROVSKY:  Are you the company's only

15    owner?

16         MR. RAVIV:  Yes, sir.

17         MR. KHODOROVSKY:  And do you have any positions at

18    this company, like, say, president?  Are you a president of

19    this company?

20         MR. RAVIV:  Yes, sir.

21         MR. KHODOROVSKY:  Does this company pay you a

22    salary?

23         MR. RAVIV:  It doesn't (indiscernible) any salary

24    when there is no money.

25         MR. KHODOROVSKY:  So you don't get any salary,

1    right?

2            MR. RAVIV:  In the moment, no.

3            MR. KHODOROVSKY:  Okay.  Mr. Raviv, other than

4    you, has anyone else owned 68 Burns New Holdings during the

5    last five years?

6            MR. RAVIV:  No.

7            MR. KHODOROVSKY:  I can't hear you.

8            MR. RAVIV:  No.

9            MR. KHODOROVSKY:  Got it.  Mr. Raviv, do you own

10   51 percent or more of any other company other than 68 Burns

11   New Holdings?

12           MR. RAVIV:  No.

13           MR. KHODOROVSKY:  I'm sorry?

14           MR. RAVIV:  No.

15           MR. KHODOROVSKY:  Got it.  Thank you.  Let's come

16   back to 68 Burns New Holdings.  Does 68 Burns New Holdings

17   currently have any employees?

18           MR. RAVIV:  No.

19           MR. KHODOROVSKY:  Mr. Raviv, you've got to speak

20   louder.  I can't hear you.

21           MR. RAVIV:  (indiscernible) no, I said.

22           MR. KHODOROVSKY:  Does it have a payroll?

23           MR. RAVIV:  A what?

24           MR. KHODOROVSKY:  Does 68 Burns New Holdings have

25   a payroll?  Does it pay salary to anybody?

1          MR. RAVIV:  No.

2          MR. KHODOROVSKY:  Does 68 Burns New Holdings owe

3     any employees any salary?

4          MR. RAVIV:  No.

5          MR. KHODOROVSKY:  Does 68 Burns New Holdings owe

6     any taxes to the IRS?

7          MR. RAVIV:  Might be yes, maybe no.  I didn't do

8     only 2024, so I can't answer that.

9          MR. KHODOROVSKY:  I understand.  Let's move on.

10    Does 68 Burns New Holdings owe any taxes to the State of New

11    York?

12         MR. RAVIV:  The same answer.  I don't know about

13    2024 because I didn't do it.

14         MR. KHODOROVSKY:  Does --

15         MR. RAVIV:  We asked for an extension on that.  I

16    cannot answer.  Until '24, we pay everything.

17         MR. KHODOROVSKY:  Let me move on.  Does 68 Burns

18    New Holdings, Inc. owe any taxes to the City of New York?

19         MR. RAVIV:  I don't recall anything like that.

20         MR. KHODOROVSKY:  Let's move on.  Mr. Raviv, what

21    would you say currently are the three largest monthly

22    expenses for this company?  Not -- I don't need to know how

23    much these expenses are.  What I want to know is what kinds

24    of expenses they are.

25         MR. RAVIV:  Taxes.

1          MR. KHODOROVSKY:  Taxes?  What others?

2          MR. RAVIV:  Taxes.

3          MR. KHODOROVSKY:  So just taxes?

4          MR. RAVIV:  Yes.

5          MR. KHODOROVSKY:  Got it.  Okay.  And are you

6    talking about property taxes?

7          MR. RAVIV:  Oh (indiscernible).

8          MR. KHODOROVSKY:  I'm sorry, did you say property

9    taxes, sir?

10          MR. RAVIV:  Correct.

11          MR. KHODOROVSKY:  So let me ask you this.  Is 68

12   Burns New Holdings, Inc. up to date with its property taxes,

13   or is it behind with the property taxes?

14          MR. RAVIV:  Up to the end of '24, I believe we

15   have been up to the moment, but since the end of '24, we

16   have some, I believe, thirteen or fourteen thousand dollars

17   which we owe to Hyde Park taxes.

18          MR. KHODOROVSKY:  Have any property taxes been

19   paid in 2025?

20          MR. RAVIV:  No.

21          MR. KHODOROVSKY:  Is there a mortgage on the

22   property in Hyde Park?

23          MR. RAVIV:  The mortgage really was -- is part of

24   the judgment what we got in trying to sell the property, and

25   it's the reason we are in Bankruptcy Court.

1          MR. KHODOROVSKY:  Well, I'm sorry, I'm just asking

2     you as a yes or no question.  Is there currently a mortgage

3     on the Hyde Park property?

4          MR. RAVIV:  Officially, no.  There is only a

5     judgment.

6          MR. KHODOROVSKY:  I got it.  Is that a judgment of

7     foreclosure?

8          MR. RAVIV:  Yes, sir.

9          MR. KHODOROVSKY:  Got it.  Is there a mortgage on

10    the apartment in Forest Hills?

11         MR. RAVIV:  No.

12         MR. KHODOROVSKY:  I'm sorry, did you say no?

13         MR. RAVIV:  No.

14         MR. KHODOROVSKY:  Got it.  On the mortgage on the

15    Hyde Park property, were any payments on the mortgage or the

16    judgment made in 2025?

17         MR. RAVIV:  No.

18         MR. KHODOROVSKY:  Were any payments on the

19    mortgage or the judgment made in 2024?

20         MR. RAVIV:  No.

21         MR. KHODOROVSKY:  I can't hear you.  Did you say

22    no?

23         MR. RAVIV:  No.  Yes, no.

24         MR. KHODOROVSKY:  Got it.  Mr. Raviv, so you are

25    the president of 68 Burns New Holdings, right?

1          MR. RAVIV:  Yes, sir.

2          MR. KHODOROVSKY:  And you're in charge of this

3     company, right?

4          MR. RAVIV:  Yes, sir.

5          MR. KHODOROVSKY:  In order to stay in business,

6     does 68 Burns New Holdings, Inc. need any kind of a

7     government license?

8          MR. RAVIV:  I couldn't hear you.

9          MR. KHODOROVSKY:  Mr. Raviv --

10         MR. RAVIV:  No.

11         MR. KHODOROVSKY:  I'll repeat my question, sir.

12    In order to be in business --

13         MR. RAVIV:  (indiscernible) question --

14         MR. KHODOROVSKY:  I'll repeat my question.  You

15    said you couldn't hear me, so I'll repeat it.  Mr. Raviv --

16         MR. RAVIV:  Yeah, I didn't hear part of it --

17         MR. KHODOROVSKY:  It's okay.  I'll speak very

18    slowly and I will repeat my question.  In order to be in

19    business, does 68 Burns New Holdings need any kind of a

20    license from the government?

21         MR. RAVIV:  What type of license --

22         MR. KHODOROVSKY:  Any kind of license.

23         MR. RAVIV:  I don't recall anything like that.

24    (indiscernible)

25         MR. KHODOROVSKY:  I understand.  So the property

1    in Hyde Park, there are no buildings there, right?

2              MR. RAVIV:  Yes, sir.

3              MR. KHODOROVSKY:  I can't hear you.

4              MR. RAVIV:  Yes, sir.  I'm sorry.

5              MR. KHODOROVSKY:  No, no.  It's okay.  It's all

6    good.  Now, for the apartment in Forest Hills, do you have a

7    certificate of occupancy for the Forest Hills apartment?

8              MR. RAVIV:  No.

9              MR. KHODOROVSKY:  Did you say no?

10             MR. RAVIV:  No.

11             MR. KHODOROVSKY:  Got it.  When did you buy --

12   when did 68 Burns New Holdings buy the property in Hyde

13   Park?

14             MR. RAVIV:  In, I believe, if I'm not mistaken, it

15   was August 2001.

16             MR. KHODOROVSKY:  August 2001, you said?

17             MR. RAVIV:  Maybe I'm not correct with the month,

18   but it was 2001.

19             MR. KHODOROVSKY:  So more than 20 years ago,

20   right?

21             MR. RAVIV:  I think August --

22             MR. KHODOROVSKY:  More than 20 years ago, right?

23             MR. RAVIV:  Correct.

24             MR. KHODOROVSKY:  Got it.  Thank you.  Now, when

25   the property in Hyde Park was bought, did the company buy it

1    all for cash or was there a mortgage?

2              MR. RAVIV:  I don't (indiscernible).  Ask me

3    again, please?

4              MR. KHODOROVSKY:  When the property in Hyde Park

5    was bought, was it bought for cash or was there a mortgage?

6              MR. RAVIV:  Cash.

7              MR. KHODOROVSKY:  Got it.  And when was the

8    mortgage put on the property?

9              MR. RAVIV:  I think 2004 (indiscernible).

10             MR. KHODOROVSKY:  2004?

11             MR. RAVIV:  2004.

12             MR. KHODOROVSKY:  Got it.  Mr. Raviv, is there any

13   kind of a management company that's managing this property

14   for you?

15             MR. RAVIV:  No.

16             MR. KHODOROVSKY:  I'm sorry, I can't hear you.

17             MR. RAVIV:  No.

18             MR. KHODOROVSKY:  Got it.  So, right now, as we

19   sit here today, on all the properties that this company

20   owns, are there any environmental violations or code

21   violations?

22             MR. RAVIV:  I don't know about anything like that,

23   because we don't have such a situation.  We already finished

24   all the environmental situation with the State of New York

25   in 2013, and they gave us approval for 55 lots to buy the

1    property.

2                MR. KHODOROVSKY:  But right now the property is

3    empty, right?

4                MR. RAVIV:  Correct.

5                MR. KHODOROVSKY:  So, what I'm asking is, are

6    there any environmental violations of the property?

7                MR. RAVIV:  Not as I know.  No one gave me any

8    demand to clean any violation.  No one came to me with such

9    a question.  No one introduced such a problem.  And

10   therefore, I'm saying I don't know about any situation that

11   there is any environmental problem.

12               MR. KHODOROVSKY:  Okay.  So, like we discussed,

13   there are no buildings at Hyde Park property, right?

14               MR. RAVIV:  Yes.

15               MR. KHODOROVSKY:  Nobody lives there, right?

16               MR. RAVIV:  No, there is people living there.

17               MR. KHODOROVSKY:  Who is living at the Hyde Park

18   property?

19               MR. RAVIV:  I'm sorry, I thought (indiscernible)

20   no one's there.

21               MR. KHODOROVSKY:  Okay, so let me repeat my

22   question.  At the Hyde Park property, does anybody live

23   there?

24               MR. RAVIV:  No.

25               MR. KHODOROVSKY:  No?  At the --

1              MR. RAVIV:  There's animals.  There is animals

2      there.

3              MR. KHODOROVSKY:  I understand.  Okay.

4              MR. RAVIV:  There's no people.

5              MR. KHODOROVSKY:  Got it.  At the Forest Hills

6      apartment, who lives in that apartment?

7              MR. RAVIV:  I don't know exactly, but I understand

8      that the apartment was used by the super of the complex.

9              MR. KHODOROVSKY:  Does he pay rent?

10             MR. RAVIV:  No one pays me rent.  And that is one

11     of the things that we need to take care of after we get out

12     from the bankruptcy, to demand from them to start to pay

13     rent for all the years that they didn't pay, and also for

14     the future.

15             MR. KHODOROVSKY:  So there's no lease with

16     anybody, right?

17             MR. RAVIV:  There is a situation, but I didn't

18     start it.  It was done by the FDIC.  And I don't want to

19     give them a compliment, a bad one or a good one, but they

20     didn't really close the deal correctly with the co-op when

21     they've been in court.  They've been in court to really

22     force them to allow me to be the purchaser of the apartment

23     and the deal.

24             They refused in the beginning.  But one thing they

25     didn't do correctly, they left things open because they

1    don't have a problem with money.  We are the little people.

2    They follow with money.  The FDIC is a portion of money.  So

3    maybe they didn't pay attention even to this question.  But

4    in the contract, they left it completely clear that they

5    didn't buy the apartment and it belonged to the sponsor --

6             MR. KHODOROVSKY:  Okay.  So, Mr. Raviv, I

7    apologize for interrupting you.  I need to ask you a

8    somewhat different question.  What I'm trying to find out

9    is, does 68 Burns New Holdings have any leases with any

10   tenants?

11            MR. RAVIV:  No.

12            MR. KHODOROVSKY:  Got it.  So, Mr. Raviv, what do

13   you think is the current value of the Forest Hills

14   apartment?

15            MR. RAVIV:  It depends what is (indiscernible) the

16   common area, how much I own there or if at all.  Otherwise,

17   it's like $600,000.

18            MR. KHODOROVSKY:  Did you say $600,000?

19            MR. RAVIV:  For the apartment alone.

20            MR. KHODOROVSKY:  And how did you come up with

21   that number?

22            MR. RAVIV:  There's a market for such apartments

23   (indiscernible).

24            MR. KHODOROVSKY:  And how many bedrooms is the

25   apartment?

1          MR. RAVIV:  Two bedrooms.

2          MR. KHODOROVSKY:  Got it.  Now, for the Hyde Park

3    property, what do you think is the current value of that

4    property?

5          MR. RAVIV:  It was appraised (indiscernible) for

6    $3.6 (indiscernible).

7          MR. KHODOROVSKY:  $3.6 million, you said?

8          MR. RAVIV:  Yes.

9          MR. KHODOROVSKY:  And how did you come up with the

10   $3.6 million number?

11         MR. RAVIV:  It was appraised by an appraiser

12   (indiscernible) by a company that (indiscernible) to take a

13   loan from them.  And they sent appraiser in August, I think

14   16, '23.  He came to -- it's almost three years already --

15   he came to a decision that the value is $3,580,000.

16         MR. KHODOROVSKY:  So this amount of almost $3.6

17   million, you said that was an appraisal in August of 2023?

18         MR. RAVIV:  Correct.

19         MR. KHODOROVSKY:  Got it.  Thank you.  Thank you

20   so much.  Let me move on.  Mr. Raviv, did you personally

21   guarantee any debts of this company?

22         MR. RAVIV:  In the contract, I guaranteed.  But

23   the contract is already -- not exist.  So I cannot tell you

24   the answer if it's yes or no that I guaranteed.  But I

25   signed a guarantee, definitely.

1          MR. KHODOROVSKY:  Now, what did you guarantee?

2     The mortgage?

3          MR. RAVIV:  Yes.

4          MR. KHODOROVSKY:  Got it.  So you guaranteed the

5     mortgage on the Hyde Park property?

6          MR. RAVIV:  Yes.

7          MR. KHODOROVSKY:  Got it.  Mr. Portilla, my

8     question is for you, sir.

9          MR. PORTILLA:  Yes.

10          MR. KHODOROVSKY:  Mr. Portilla?

11          MR. PORTILLA:  I'm here.

12          MR. KHODOROVSKY:  So, what I'd like to ask you to

13     do is to amend Schedule H to list Mr. Raviv as a guarantor.

14     I'm looking at Schedule G --

15          MR. PORTILLA:  Okay.

16          MR. KHODOROVSKY:  Let me just see where Schedule H

17     is.  I can't find Schedule H.  Give me a minute.  Yes,

18     Schedule H doesn't list him as a guarantor.  So I'm going to

19     ask you to amend Schedule H, H as in Harold, by the 5th of

20     May 2025 to list a personal guarantor.  Okay?

21          MR. PORTILLA:  Okay.  Thank you.

22          MR. KHODOROVSKY:  Mr. Portilla, much, much

23     appreciated.  Thank you.  Let me move on.  Mr. Raviv, let me

24     come back to you.  Mr. Portilla, thank you.  Mr. Raviv, let

25     me come back to you.  Mr. Raviv, are you at all thinking for

1      as -- withdrawn.  Mr. Raviv, are you at all thinking for

2      filing or about filing bankruptcy as an individual,

3      bankruptcy for yourself personally?

4                  MR. RAVIV:  No.

5                  MR. KHODOROVSKY:  I'm sorry, I can't hear you.

6                  MR. RAVIV:  No.

7                  MR. KHODOROVSKY:  Okay.  I understand.  Let me

8      move on.  Does 68 Burns New Holdings, Inc. currently lease

9      any cars or trucks?

10                 MR. RAVIV:  I didn't understand the question.

11                 MR. KHODOROVSKY:  Sure.  I'll repeat it.  Does

12     this company currently lease any cars or lease any trucks?

13                 MR. RAVIV:  No.

14                 MR. KHODOROVSKY:  I can't hear you.  You've got to

15     speak up.

16                 MR. RAVIV:  No, I said.  I'm sorry.

17                 MR. KHODOROVSKY:  Thank you.

18                 MR. RAVIV:  My voice.

19                 MR. KHODOROVSKY:  It's okay, sir.  Please do your

20     best.  Does 68 Burns New Holdings currently lease any

21     equipment?

22                 MR. RAVIV:  No.

23                 MR. KHODOROVSKY:  Does it have any employment

24     contracts with anybody?

25                 MR. RAVIV:  No.

1          MR. KHODOROVSKY:  So, let me ask you this

2     question.  Right now, we are on April 28th.  So, what I'd

3     like to ask you is, in March of 2025, last month, did 68

4     Burns New Holdings, Inc. earn any income?

5          MR. RAVIV:  No.

6          MR. KHODOROVSKY:  In February of 2025, did Burns

7     New Holdings earn any income?

8          MR. RAVIV:  No.

9          MR. KHODOROVSKY:  In January of 2025, did Burns

10    New Holdings earn any income?

11         MR. RAVIV:  No.

12         MR. KHODOROVSKY:  In 2024, last year -- last year,

13    did Burns -- withdrawn.  In 2024, last year, did 68 Burns

14    New Holdings, Inc. earn any income?

15         MR. RAVIV:  No.

16         MR. KHODOROVSKY:  Has Burns New Holdings filed its

17    2024 federal tax return?

18         MR. RAVIV:  I told you no in the beginning.  We

19    asked for an extension.

20         MR. KHODOROVSKY:  Was the 2023 tax return filed?

21         MR. RAVIV:  Yes.

22         MR. KHODOROVSKY:  My next question is not for you.

23    It's for Mr. Portilla.  Mr. Portilla?

24         MR. PORTILLA:  Yes, sir.

25         MR. KHODOROVSKY:  Mr. Portilla, I'd like to

1    request a copy of the 2023 federal tax return for this

2    company.  Would that be okay?

3              MR. PORTILLA:  Yes, sir.

4              MR. KHODOROVSKY:  So I'd like to get a copy of

5    that by the 5th of May, Mr. Portilla.  Okay?

6              MR. PORTILLA:  No problem.

7              MR. KHODOROVSKY:  Thank you, Mr. Portilla.  Mr.

8    Portilla, thank you.  Mr. Raviv, let me come back to you.

9    Mr. Raviv, do you want to sell these properties to anybody?

10             MR. RAVIV:  Not completely.  I'd like -- I want to

11   (indiscernible) to find a partner to continue to pay what we

12   need to pay and to continue to do this company.

13             MR. KHODOROVSKY:  So, you don't want to sell,

14   right?

15             MR. RAVIV:  I prefer to be in business.  As much

16   as I really became to older age, still I'd like to see this

17   property raised up with a lot of buildings, not in this

18   situation.

19             MR. KHODOROVSKY:  I understand.  Okay.  Let me

20   move on.  Mr. Portilla, in 2024, last year, did 68 Burns New

21   Holdings, Inc. transfer any of its assets to anybody?  Mr.

22   Raviv?

23             MR. RAVIV:  Yes, me or Mr. Portilla?

24             MR. KHODOROVSKY:  Oh, I'm sorry.  I apologize.

25   I'll repeat my question.  I am so sorry.  I'll repeat my

1    question.  Mr. Raviv, in 2024, did 68 Burns New Holdings,

2    Inc. transfer any of its assets to any other person or any

3    other business?

4            MR. RAVIV:  None whatsoever.

5            MR. KHODOROVSKY:  Since this company filed for

6    bankruptcy on December 10 of 2024, did 68 Burns New Holdings

7    pay back any creditors?

8            MR. RAVIV:  No.

9            MR. KHODOROVSKY:  Mr. Raviv, in 2024 -- in 2024,

10   Mr. Raviv, last year, did you lend any of your own money to

11   this company?

12           MR. RAVIV:  Yes.

13           MR. KHODOROVSKY:  How much of your own money did

14   you lend?  And when I say lend, I mean as an actual loan,

15   not just put into the company, but make a loan.

16           MR. RAVIV:  A loan with a document?  Nothing.  So

17   when I needed to cover some holes, I did.  But not what I

18   didn't have, and I didn't have by myself so much money to do

19   it.

20           MR. KHODOROVSKY:  So there were no formal loans.

21   You just put money into the company, right?

22           MR. RAVIV:  (indiscernible) yes.

23           MR. KHODOROVSKY:  And do you have any kind of a

24   loan agreement with the company?

25           MR. RAVIV:  No.  No.

1        MR. KHODOROVSKY:  Do you expect any interest or

2   repayments of that kind?

3        MR. RAVIV:  No.

4        MR. KHODOROVSKY:  Got it.  And last year, how much

5   money did you put into the company?

6        MR. RAVIV:  I cannot recall exactly.  I think like

7   ten or twenty thousand dollars.

8        MR. KHODOROVSKY:  Ten to twenty thousand dollars

9   thereabouts, you said, approximately?

10        MR. RAVIV:  I think I -- don't catch me exactly by

11   the number, because I don't really sit with a -- completely

12   with the right number.  But I think it's around ten to

13   twenty thousand dollars.

14        MR. KHODOROVSKY:  I got it.  Thank you.  And that

15   money that you gave to the company, did the company pay you

16   any of it back?

17        MR. RAVIV:  None.

18        MR. KHODOROVSKY:  Last year, in 2024, Mr. Raviv,

19   did 68 Burns New Holdings pay you any money at all?

20        MR. RAVIV:  No.

21        MR. KHODOROVSKY:  In 2024, did 68 Burns New

22   Holdings loan any of its money to anybody?

23        MR. RAVIV:  No.

24        MR. KHODOROVSKY:  I'm sorry?

25        MR. RAVIV:  No.

1          MR. KHODOROVSKY:  Got it.  In 2024, did 68 Burns

2     New Holdings pay you or reimburse you for any of your

3     expenses?

4          MR. RAVIV:  No.

5          MR. KHODOROVSKY:  In 2024, did 68 Burns New

6     Holdings pay anybody any bonuses or any dividends?

7          MR. RAVIV:  No.

8          MR. KHODOROVSKY:  Did you say no?

9          MR. RAVIV:  No, yes.

10          MR. KHODOROVSKY:  Got it.  Mr. Raviv, is 68 Burns

11     New Holdings currently under any government investigation?

12          MR. RAVIV:  No.

13          MR. KHODOROVSKY:  Has 68 Burns New Holdings been

14     under any government investigation during the last five

15     years?

16          MR. RAVIV:  No.

17          MR. KHODOROVSKY:  Mr. Raviv, have you been

18     personally under any government investigation during the

19     last five years?

20          MR. RAVIV:  No.

21          MR. KHODOROVSKY:  Mr. Raviv, as we sit here this

22     morning, are you currently under any government audit or

23     government investigation?

24          MR. RAVIV:  No.

25          MR. KHODOROVSKY:  Is 68 Burns New Holdings

1    currently suing anybody in court?  Not somebody suing the

2    company, but the company suing someone else?

3            MR. RAVIV:  I don't know what it means to sue,

4    because we have an appeal in the Second Department against

5    the people that got the judgment against Eric Goldfine.

6            MR. KHODOROVSKY:  I got it.

7            MR. RAVIV:  And it's pending in the Second

8    Department and it was stopped because we put the request for

9    protection from the Bankruptcy Court.  So it stopped on

10    December 10, 2024.

11            MR. KHODOROVSKY:  I understand.

12            MR. RAVIV:  And I think that the -- and the court

13    should allow them to complete their investigation to that,

14    to the (indiscernible) of the appeal.  And the decision will

15    be much more fair for the Bankruptcy Court to make a

16    decision after that.

17            MR. KHODOROVSKY:  I understand.  Let me -- my next

18    question is not for you, sir.  It's for Mr. Portilla.  Mr.

19    Portilla, did you file a statement of financial affairs in

20    this case?

21            MR. PORTILLA:  I did.

22            MR. KHODOROVSKY:  When did you file it?  I can't

23    find it on the docket right now.  I'm seeing the schedules.

24            MR. PORTILLA:  It should have been with the

25    schedules.

1              MR. KHODOROVSKY:  Well, I'm looking at the

2       schedules, and it's not there with the schedules.  I'm

3       looking at Docket Number 16 and Docket Number 15.  I don't

4       see it.  Let me try to see if I have it somewhere else.  I

5       don't --

6              MR. PORTILLA:  I'll get it uploaded

7       (indiscernible) --

8              MR. KHODOROVSKY:  Mr. Portilla, I don't see it.

9       So, Mr. Portilla, so what I'm going to ask you is I'm going

10      to ask you to file the statement of financial affairs by May

11      5, okay?

12             MR. PORTILLA:  Will do.

13             MR. KHODOROVSKY:  Mr. Portilla, thank you.  Please

14      make sure to list the litigation that Mr. Raviv was talking

15      about in that statement of financial affairs, okay?

16             MR. PORTILLA:  Will do.

17             MR. KHODOROVSKY:  Thank you.  Mr. Portilla, my

18      next question is also for you.  So, Mr. Raviv just talked

19      about the litigation the company is currently involved in.

20      Now, let me ask you this question.  It's a legal question.

21      Is the company thinking of suing anyone?

22             MR. RAVIV:  (indiscernible)

23             MR. KHODOROVSKY:  No, no.  It's for Mr. Portilla.

24      It's not for you, Mr. Raviv.  It's a legal question.

25             MR. RAVIV:  But (indiscernible) question.  Okay.

1    (indiscernible).

2              MR. KHODOROVSKY:  Hold on, sir.  It's not for you.

3    I'm not going to be asking you a question.  It's a legal

4    question.  Mr. Portilla, as the lawyer, can you tell me if

5    the company is thinking of suing anybody?

6              MR. PORTILLA:  No.

7              MR. KHODOROVSKY:  Got it.  Thank you so much, Mr.

8    Portilla.  Mr. Raviv, let me come back to you.  So, what I

9    want to ask you is, you told me before, Mr. Raviv, that

10   you're not planning on selling the property, right?

11             MR. RAVIV:  That's correct.  I prefer not to sell

12   it.  If there is no other choice, I will do it.  But I

13   prefer to continue with a partner that they will invest in

14   the company and we can pay and go out from the Bankruptcy

15   Court and continue the business.

16             MR. KHODOROVSKY:  So, right now you're looking for

17   --

18             MR. RAVIV:  That's the idea of Chapter 11, I

19   understand.

20             MR. KHODOROVSKY:  I understand.  So, you're

21   currently looking for an investor, right?

22             MR. RAVIV:  Correct.

23             MR. KHODOROVSKY:  So, in your attempts to find an

24   investor, are you currently working with any kind of a real

25   estate broker or a mortgage broker?

1          MR. RAVIV:  Not at all, because my lawyer told me

2     don't do anything without the court's permission.

3          MR. KHODOROVSKY:  That's absolutely correct, Mr.

4     Raviv.  Mr. Portilla gave you correct information.  So, Mr.

5     Raviv, if you find a broker you want the company to work

6     with, like a mortgage broker or a business broker --

7          MR. RAVIV:  I don't know if I need a

8     (indiscernible) broker.  I need to find a person that can be

9     a developer, investor that's interested in such a situation.

10          MR. KHODOROVSKY:  Well, what I'm telling you is --

11     I'm not asking you a question.  I'm just giving you

12     instructions.  What I'm saying, Mr. Raviv, is that if you

13     decide -- while this company is in bankruptcy, if you decide

14     that this company needs a broker of some kind, a mortgage

15     broker, a real estate broker, you have to let Mr. Portilla

16     know so he can ask the Bankruptcy Court for approval.  Do

17     you understand that?

18          MR. RAVIV:  Absolutely, I do.

19          MR. KHODOROVSKY:  Thank you.  Thank you so much,

20     Mr. Raviv.  Much appreciated.  Okay, let me move on.  Mr.

21     Raviv, during the next 30 to 60 days, is 68 Burns New

22     Holdings planning to borrow any money from anybody?

23          MR. RAVIV:  I will do it if I can, and just to

24     really help me to go out from the Bankruptcy Court to pay

25     whatever we can to arrangement with the bankruptcy

1    situation.  And then to really go immediately to finish the

2    first part, to do the subdivision of the property, and to

3    get really (indiscernible) build.  That's my goal.  Correct.

4             MR. KHODOROVSKY:  I understand.  So you do think

5    that the company will be borrowing some money during the

6    next 30 to 60 days, right?

7             MR. RAVIV:  If I can.  I wouldn't do anything

8    without the court's permission.

9             MR. KHODOROVSKY:  So let me just -- what I'm going

10   to tell you next --

11            MR. RAVIV:  (indiscernible)

12            MR. KHODOROVSKY:  It's not a question, it's

13   instructions, okay?  So, what I'm telling you is that if the

14   company decides to borrow any money from anyone during the

15   next 30 to 60 days or at any time while the company is in

16   bankruptcy, or if it decides to refinance the mortgage, or

17   get somebody to take out the current creditor -- in other

18   words, to buy the creditor's interest -- or if it wants to

19   get a loan from someone, or if it wants to refinance the

20   mortgage, or borrow any money from anyone while it is in

21   bankruptcy, while this company is in bankruptcy, it cannot

22   do any borrowing, it cannot do any refinancing without the

23   approval of the Bankruptcy Court, regardless of where the

24   money is coming from.  Do you understand that?

25            MR. RAVIV:  Absolutely.  And I can do it.

1              MR. KHODOROVSKY:  Thank you.  Thank you so much,

2    Mr. Raviv.  Let me move on.  Mr. Raviv, during the next 30

3    to 60 days, is 68 Burns New Holdings planning to hire any

4    workers?

5              MR. RAVIV:  Not at all.

6              MR. KHODOROVSKY:  During the next 30 to 60 days,

7    Mr. Raviv, are you going to continue managing this company?

8              MR. RAVIV:  Yes, sir.

9              MR. KHODOROVSKY:  Without salary?

10             MR. RAVIV:  Yes, sir.

11             MR. KHODOROVSKY:  Mr. Raviv, do you expect, during

12   the next 30 to 60 days, to hire someone to manage this

13   company instead of you?

14             MR. RAVIV:  I don't see any reason for that.  I'm

15   used to working without money.

16             MR. KHODOROVSKY:  So you expect, during the next

17   30 to 60 days, you'll continue running this company, right?

18             MR. RAVIV:  Absolutely.

19             MR. KHODOROVSKY:  Got it.  Next couple of

20   questions, sir -- they're not for you, they're for Mr.

21   Portilla, okay?  Mr. Portilla, so you're going to need to

22   file with the court your retention application.  Do you

23   understand that?

24             MR. PORTILLA:  Yes, I do.

25             MR. KHODOROVSKY:  Thank you.  And other than your

1    retention application, Mr. Portilla, are there any other

2    professionals whose retention applications you expect to

3    file?  Like a broker, an accountant, an appraiser?

4           MR. PORTILLA:  I'm not -- I would guess -- I would

5    guess if there was any other professional we need to hire,

6    it would be either a broker or an appraiser.

7           MR. KHODOROVSKY:  Got it.  What about an appellate

8    counsel for that appeal in the state court?

9           MR. PORTILLA:  Well, we discussed it -- well,

10   essentially, I might be -- yeah, essentially -- I might

11   include that in my application as well.

12          MR. KHODOROVSKY:  Okay.  So there may be separate

13   appellate counsel, or you may do the work yourself?

14          MR. PORTILLA:  I might do the work myself, yes.

15          MR. KHODOROVSKY:  Got it.  I understand.  Thank

16   you for letting me know.  I really appreciate it, Mr.

17   Portilla.  Thank you.

18          My next question for you, also for you, Mr.

19   Portilla, is how soon do you expect that this company will

20   file a plan?  What's your estimate?  Say, in the next 60

21   days, 90 days, a year, two years?  What's your expectation?

22          MR. PORTILLA:  In the next two weeks to 30 days.

23          MR. KHODOROVSKY:  The next two weeks to 30 days?

24          MR. PORTILLA:  Yes.

25          MR. KHODOROVSKY:  Thank you.  Mr. Portilla, thank

1    you.  Mr. Raviv, let me come back to you.  Mr. Raviv, I am

2    almost done with my questions for you.  What I'm going to do

3    now is I'm going to give you some instructions, okay?

4                MR. RAVIV:  Okay.

5                MR. KHODOROVSKY:  Here are the instructions I want

6    to give you.  And these are instructions.  These are not

7    questions.  Every month, every month, while 68 Burns New

8    Holdings is in bankruptcy, it's going to need to file with

9    the Bankruptcy Court certain financial reports.  They're

10   known as monthly operating reports, and they've got to get

11   filed every single month.  They have to use certain special

12   forms, and those forms have been issued by the United States

13   Trustee.  And a copy of those forms and the guidelines for

14   those forms were previously provided to Mr. Portilla.

15               Also, while this company is in bankruptcy, every

16   three months, every quarter, my client, the United States

17   Trustee, is going to send this company a bill for what is

18   known as United States Trustee quarterly fees.  And if those

19   bills are not paid on time, there is going to be interest

20   imposed.

21               Mr. Raviv, do you understand the instructions that

22   I have just given you?

23               MR. RAVIV:  Absolutely.  I was current with the

24   payments, I believe.

25               MR. KHODOROVSKY:  And Mr. Raviv, do you understand

1    that if those monthly financial reports --

2              MR. RAVIV:  Absolutely, Your Honor.  Yes, yes --

3              MR. KHODOROVSKY:  Hold on.  I need to ask you

4    another question about the instructions.  Hold on.  Mr.

5    Raviv, do you understand that if those operating reports,

6    those financial reports, are not filed on time, or if those

7    fees are not paid on time, that my client, the United States

8    Trustee, may ask the Bankruptcy Court to have this case

9    either be completely dismissed, or we may ask the Bankruptcy

10   Court for this case to be converted to Chapter 7

11   liquidation.  Do you understand that?

12             MR. RAVIV:  Absolutely.  And I want to mention

13   only, Your Honor, that we paid the $250 on time twice

14   already.

15             MR. KHODOROVSKY:  Thank you.  Thank you, sir.  So,

16   my next question, Mr. Raviv, it's not for you, it's for Mr.

17   Portilla.

18             So, Mr. Portilla, I'd like to go over with you the

19   information I requested and the deadlines for providing it,

20   okay?  Mr. Portilla --

21             MR. PORTILLA:  Okay.

22             MR. KHODOROVSKY:  So, here's what I've requested.

23   I'm going to go through this all one more time.  The

24   deadline is all the same.  It's the 5th of May.  So I need

25   the statement of financial affairs.  I'm going to need the -

1    -

2            MR. PORTILLA:  Yep.

3            MR. KHODOROVSKY:  -- 2023 federal tax return.

4            MR. PORTILLA:  Yep.

5            MR. KHODOROVSKY:  You need to amend the Schedule

6    H, as in Harold, to list Mr. Raviv as a guarantor, as we had

7    discussed.  You're going to need to amend Question 15 of

8    Schedule A/B to list that apartment in Forest Hills, okay?

9            MR. PORTILLA:  Okay.

10           MR. KHODOROVSKY:  And also by that same date, you

11   need to provide proof of insurance with the bankrupt company

12   listed as the insured party, okay?

13           MR. PORTILLA:  Right.  Okay.

14           MR. KHODOROVSKY:  That is all due by the 5th of

15   May, Mr. Portilla.  And if you need more time, just write to

16   me and ask for more time, okay?

17           MR. PORTILLA:  Will do.

18           MR. KHODOROVSKY:  I'm sorry, I couldn't hear you,

19   sir?

20           MR. PORTILLA:  Will do.

21           MR. KHODOROVSKY:  Thank you.  So, Mr. Raviv, Mr.

22   Portilla, the United States Trustee has completed questions

23   of this bankrupt company at the present time.  I would like

24   to turn the floor over to creditors.  Creditors, please

25   identify yourselves, identify who you represent, and you may

1    begin.  Go ahead, creditors.

2              MR. DUVALL:  Thank you, Trustee.  Richard DuVall,

3    Mackey Butts & Whalen, on behalf of Eric Goldfine, SERBT,

4    the mortgage holder.

5              Mr. Raviv, I just have a few questions for you.

6    When was the last time that 68 Burns New Holdings received

7    rent for the apartment that you say it owns in Forest Hills?

8              MR. RAVIV:  I didn't understand the question.

9              MR. KHODOROVSKY:  I'll repeat the question for

10   you, Mr. Raviv.  Mr. DuVall, he was asking you -- he was

11   asking you, when was the last time that anyone paid any rent

12   to 68 Burns for the Forest Hills apartment?

13             MR. RAVIV:  I don't recall exactly, but I believe

14   2021 or '22.

15             MR. KHODOROVSKY:  Mr. DuVall, you may continue.

16             MR. DUVALL:  Did 68 Burns -- thank you.  Did 68

17   Burns sell other apartments that it owned in that apartment

18   building in 2020 or 2021?

19             MR. RAVIV:  We sold those apartments in Forest

20   Hills, what was in our possession at the time.

21             MR. DUVALL:  Has your company ever received rent

22   for the superintendent apartment you identified earlier?

23             MR. RAVIV:  No.

24             MR. DUVALL:  Has 68 Burns ever made a claim that

25   it is entitled to rent for that apartment?

1              MR. RAVIV:  No.

2              MR. DUVALL:  Has 68 Burns ever paid any common

3      charges related to the superintendent apartment?

4              MR. RAVIV:  It's (indiscernible) didn't pay.

5              MR. DUVALL:  Did anybody --

6              MR. KHODOROVSKY:  Go ahead, Mr. DuVall.  Mr.

7      DuVall?  Okay, somebody -- whose line is beeping?  Mr.

8      Raviv, are you on the line?  Mr. Portilla, are you on the

9      line?

10             INTERPRETER:  The interpreter is online.

11             MR. KHODOROVSKY:  Thank you.  Thank you so much.

12     Mr. Raviv, Mr. Portilla, are you on the line?  Okay, thank

13     you, Interpreter.  I think we're having technical

14     difficulties.  The line got disconnected.  Interpreter, stay

15     on the line.  I'm going to reconnect.  Thank you.  I think

16     we're having technical difficulties.

17             INTERPRETER:  Okay.

18             MR. KHODOROVSKY:  Stay on the line please.  I'm

19     going to try to reconnect.  There apparently --

20             INTERPRETER:  Okay.

21             MR. KHODOROVSKY:  -- are technical difficulties.

22     Thank you.

23             INTERPRETER:  Yes.

24             AUTOMATIC VOICE:  Welcome to the conferencing

25     center.

1          AUTOMATIC VOICE:  If you need technical assistance

2     during your call, press star zero.  There are four parties

3     in conference, including you.

4          MR. KHODOROVSKY:  Thank you.  Mr. DuVall, are you

5     still on the line, sir?

6          MR. RAVIV:  Hello, I can --

7          MR. DUVALL:  I got --

8          MR. KHODOROVSKY:  Yes, thank you.

9          MR. DUVALL:  Yeah, I got --

10         MR. RAVIV:  I was disconnected.

11         MR. KHODOROVSKY:  Okay, we had some technical --

12         MR. RAVIV:  (indiscernible)

13         MR. DUVALL:  (indiscernible)

14         MR. KHODOROVSKY:  Folks, folks.  Hold on,

15    everyone.  We're having some technical difficulties.  So,

16    Mr. DuVall, can you please repeat your last question for Mr.

17    Raviv?

18         MR. DUVALL:  I'm not sure if there was a pending

19    question or not.  I'll try it again.

20         MR. KHODOROVSKY:  I'll repeat the question.  I

21    have the question written down.  I'll repeat it.  Mr. Raviv,

22    has 68 Burns New Holdings paid common charges for the super

23    apartment?

24         MR. RAVIV:  Never.

25         MR. DUVALL:  Thank you.

1          MR. KHODOROVSKY:  Mr. DuVall, you may continue.

2          MR. DUVALL:  With respect to the -- thank you.

3     Turning to the Hyde Park property, Mr. Raviv, when was 68

4     Burns last before the Planning Board in the Town of Hyde

5     Park?

6          MR. RAVIV:  I don't understand the question.

7          MR. KHODOROVSKY:  Mr. --

8          MR. DUVALL:  (indiscernible)

9          MR. KHODOROVSKY:  Hold on.  Mr. DuVall, I'm going

10    to apologize to you.  But I think this question is a little

11    bit outside of the scope of the bankruptcy case, whether --

12    I'm sorry.  I apologize.  That was not correct.  I believe

13    that your question, while it's not outside the scope of the

14    bankruptcy case, it's outside the scope of the meeting of

15    creditors.  Because what you're doing right now is you're

16    asking questions, or asking a question, that is dealing with

17    an administrative proceeding that's not part of the

18    bankruptcy case.

19          So, while you can ask such a question at a Rule

20    2004 examination, if the court allows you, this is a

21    question that's outside of the scope of the meeting of

22    creditors.  Okay?

23          MR. DUVALL:  May I inquire as to whether the

24    company has any approvals with respect to the Hyde Park

25    property?

Page 51

1              MR. KHODOROVSKY:  That's a fair question.  So,

2      please repeat this question.

3              MR. RAVIV:  (indiscernible)

4              MR. DUVALL:  Mr. Raviv, let me ask it again so

5      we're clear.  Does 68 Burns have subdivision approval for

6      the Hyde Park property?

7              MR. RAVIV:  No.

8              MR. DUVALL:  Are there any applications pending

9      for subdivision approval?

10             MR. RAVIV:  No.

11             MR. DUVALL:  I have nothing else.  Thank you, Mr.

12     Trustee.

13             MR. KHODOROVSKY:  Mr. DuVall, thank you.  Have you

14     completed your questions of Mr. Raviv?

15             MR. DUVALL:  Yes.

16             MR. KHODOROVSKY:  Thank you, Mr. DuVall.  Other

17     than Mr. DuVall, are there any other creditors of 68 Burns

18     New Holdings, Inc. on the line?  I don't hear any.

19             So, with the United States Trustee having

20     completed questions of this bankrupt company and with

21     creditors who have appeared having completed questions, this

22     meeting of creditors in the case of 68 Burns New Holdings,

23     Inc., Case Number 24-45157, is hereby closed.  I repeat,

24     this meeting of creditors in the case of 68 Burns New

25     Holdings, Inc., Case Number 24-45157, is hereby closed.

1        And we're off the record on the 28th of April of

2    2025 at 10:13 a.m.  And this meeting of creditors is hereby

3    closed and we're now off the record.

4        Interpreter, thank you.  Mr. Raviv, thank you.

5    Mr. Portilla, thank you.  Thank you so much, everyone.

6        MR. RAVIV:  Thank you.

7        MR. KHODOROVSKY:  This meeting of creditors is

8    hereby closed and we're off the record and I'm disconnecting

9    the line.

10        (Whereupon these proceedings were concluded at

11    10:13 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 53

1                    C E R T I F I C A T I O N

2

3        I, Rita Weltsch, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Rita Weltsch

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  June 5, 2025

**&**

**&**   2:17 4:25
  47:3

**1**

**10**   34:6 37:10
**10014**   2:6
**1006**   2:5
**10168**   2:13
**10:13**   52:2,11
**10th**   2:5
**11**   4:21 39:18
**11201**   1:15
**11501**   53:23
**12151**   53:6
**12545**   2:22
**13-42445**   1:3
**149.2**   12:22
**15**   17:2,3,10,11
  38:3 46:7
**16**   29:14 38:3
**1990**   14:5
  17:21,22 18:6
**1998**   14:6

**2**

**20**   24:19,22
**2001**   24:15,16
  24:18
**2004**   25:9,10
  25:11 50:20
**201**   2:5
**2013**   25:25
**2020**   47:18
**2021**   47:14,18
**2023**   29:17
  32:20 33:1
  46:3

**2024**   20:8,13
  22:19 32:12,13
  32:17 33:20
  34:1,6,9,9
  35:18,21 36:1
  36:5 37:10
**2025**   1:16 4:4,5
  8:19 21:19
  22:16 30:20
  32:3,6,9 52:2
  53:25
**2026**   7:20
**22**   47:14
**23**   29:14
**24**   20:16 21:14
  21:15
**24-45157**   51:23
  51:25
**250**   45:13
**2579**   1:14
**26**   14:7
**271**   1:14
**28**   1:16
**28th**   4:3,5 8:13
  32:2 52:1

**3**

**3,580,000**
  29:15
**3.6**   29:6,7,10
  29:16
**30**   40:21 41:6
  41:15 42:2,6
  42:12,17 43:22
  43:23
**300**   53:22
**3208**   2:21

**330**   53:21
**341**   1:20
**380**   2:12

**4**

**446**   2:12

**5**

**5**   8:13 17:14
  38:11 53:25
**51**   19:10
**55**   16:23 25:25
**5th**   8:18 30:19
  33:5 45:24
  46:14

**6**

**60**   40:21 41:6
  41:15 42:3,6
  42:12,17 43:20
**600,000**   28:17
  28:18
**68**   1:7 3:2 4:21
  6:5,18,25 7:10
  9:1,8 14:11
  15:5 17:19
  18:8 19:4,10
  19:16,16,24
  20:2,5,10,17
  21:11 22:25
  23:6,19 24:12
  28:9 31:8,20
  32:3,13 33:20
  34:1,6 35:19
  35:21 36:1,5
  36:10,13,25
  40:21 42:3
  44:7 47:6,12
  47:16,16,24

**48**:2 49:22
  50:3 51:5,17
  51:22,24
**6830**   14:19

**7**

**7**   45:10
**7025**   9:2

**9**

**90**   43:21
**9:04**   1:17 4:4,5

**a**

**a.m.**   1:17 4:4,5
  52:2,11
**ability**   5:13
**absolutely**   40:3
  40:18 41:25
  42:18 44:23
  45:2,12
**account**   6:19
  6:23 7:9
**accountant**
  43:3
**accurate**   53:4
**acres**   12:23
**actual**   34:14
**additional**   8:20
**address**   8:25
  9:3,5
**administration**
  4:11
**administrative**
  50:17
**affairs**   6:5
  37:19 38:10,15
  45:25

**affirm** 5:12
**age** 33:16
**ago** 24:19,22
**agreement** 34:24
**ahead** 4:24 47:1 48:6
**allow** 27:22 37:13
**allows** 50:20
**amend** 17:9,10 30:13,19 46:5 46:7
**america** 18:5
**american** 8:4
**amount** 29:16
**animals** 27:1,1
**answer** 12:2 20:8,12,16 29:24
**answered** 6:3
**anybody** 19:25 26:22 27:16 31:24 33:9,21 35:22 36:6 37:1 39:5 40:22 48:5
**anyway** 12:5
**apartment** 13:17 14:19,25 15:3,4,5,6,7 22:10 24:6,7 27:6,6,8,22 28:5,14,19,25 46:8 47:7,12 47:17,22,25 48:3 49:23

**apartments** 13:19 14:2,23 17:1 28:22 47:17,19
**apologize** 28:7 33:24 50:10,12
**apparently** 48:19
**appeal** 37:4,14 43:8
**appear** 4:12
**appearance** 4:18
**appearances** 4:24
**appeared** 51:21
**appellate** 43:7 43:13
**application** 42:22 43:1,11
**applications** 43:2 51:8
**appraisal** 29:17
**appraised** 29:5 29:11
**appraiser** 29:11,13 43:3 43:6
**appreciate** 11:21 43:16
**appreciated** 12:13 30:23 40:20
**approval** 13:3 13:9 25:25

40:16 41:23 51:5,9
**approvals** 50:24
**approximately** 35:9
**april** 1:16 4:4,5 8:13 32:2 52:1
**area** 14:20 15:2,7,10,10 28:16
**areas** 15:1
**arrangement** 40:25
**asked** 20:15 32:19
**asking** 11:17 18:1 22:1 26:5 39:3 40:11 47:10,11 50:16 50:16
**assets** 33:21 34:2
**assistance** 49:1
**association** 8:4
**attempts** 39:23
**attention** 28:3
**attorney** 2:4,11 2:18 4:7,16,20
**audit** 36:22
**august** 17:21 17:22 18:6 24:15,16,21 29:13,17
**automatic** 48:24 49:1

**avenue** 2:12,21

**b**

**b** 1:23 15:21 16:2,20 17:10 17:11 46:8
**back** 15:17 17:18 19:16 30:24,25 33:8 34:7 35:16 39:8 44:1
**background** 12:5
**bad** 27:19
**bank** 6:19,22 6:24 7:9 14:6
**bankrupt** 4:17 7:8 8:8,18 46:11,23 51:20
**bankruptcy** 1:1 4:11,11,13 6:9,12,16,20 15:9 21:25 27:12 31:2,3 34:6 37:9,15 39:14 40:13,16 40:24,25 41:16 41:21,21,23 44:8,9,15 45:8 45:9 50:11,14 50:18
**based** 17:9
**basically** 11:16
**bedrooms** 28:24 29:1
**beeping** 48:7
**beginning** 13:3 27:24 32:18

**behalf** 47:3
**believe** 21:14
  21:16 24:14
  44:24 47:13
  50:12
**belonged** 14:20
  14:21 18:5
  28:5
**best** 5:13 31:20
**better** 11:1
**bill** 44:17
**bills** 44:19
**bit** 50:11
**board** 50:4
**bonuses** 36:6
**borrow** 40:22
  41:14,20
**borrowing**
  41:5,22
**bought** 24:25
  25:5,5
**briefly** 7:22
**broker** 39:25
  39:25 40:5,6,6
  40:8,14,15,15
  43:3,6
**brooklyn** 1:15
**build** 13:9 41:3
**building** 13:17
  13:20,23 14:1
  14:11,12,13
  15:6 18:7
  47:18
**buildings**
  13:10 14:6,12
  24:1 26:13
  33:17

**burns** 1:7 3:2
  4:21 6:5,18
  7:10 9:1,9
  12:14 13:14,25
  14:11 15:5
  17:19 18:8
  19:4,10,16,16
  19:24 20:2,5
  20:10,17 21:12
  22:25 23:6,19
  24:12 28:9
  31:8,20 32:4,6
  32:9,13,13,16
  33:20 34:1,6
  35:19,21 36:1
  36:5,10,13,25
  40:21 42:3
  44:7 47:6,12
  47:16,17,24
  48:2 49:22
  50:4 51:5,17
  51:22,24
**business** 6:15
  9:8 23:5,12,19
  33:15 34:3
  39:15 40:6
**butts** 2:17 4:25
  47:3
**buy** 14:19
  15:14 24:11,12
  24:25 25:25
  28:5 41:18

**c**

**c** 1:14 2:1 4:1
  53:1,1
**cadman** 1:14

**call** 49:2
**called** 8:4
**care** 27:11
**cars** 31:9,12
**case** 1:3 37:20
  45:8,10 50:11
  50:14,18 51:22
  51:23,24,25
**cases** 4:11,13
**cash** 25:1,5,6
**catch** 35:10
**center** 48:25
**centers** 10:5
**certain** 44:9,11
**certificate** 8:2
  24:7
**certified** 53:3
**chapter** 4:21
  39:18 45:10
**charge** 23:2
**charges** 48:3
  49:22
**chase** 6:24 7:9
**choice** 39:12
**city** 20:18
**claim** 15:12
  47:24
**clarify** 17:4
**clean** 26:8
**clear** 28:4 51:5
**client** 44:16
  45:7
**close** 27:20
**closed** 51:23,25
  52:3,8
**code** 4:12
  25:20

**come** 15:17
  17:18 19:15
  28:20 29:9
  30:24,25 33:8
  39:8 44:1
**coming** 41:24
**common** 14:20
  15:1,2,7 28:16
  48:2 49:22
**company** 6:8
  6:15,15 7:8,19
  8:3,8,18 9:24
  10:2 13:15
  14:1 15:21
  17:20 18:2,3
  18:12,18,19,21
  19:10 20:22
  23:3 24:25
  25:13,19 29:12
  29:21 31:12
  33:2,12 34:5
  34:11,15,21,24
  35:5,15,15
  37:2,2 38:19
  38:21 39:5,14
  40:5,13,14
  41:5,14,15,21
  42:7,13,17
  43:19 44:15,17
  46:11,23 47:21
  50:24 51:20
**company's**
  18:14
**complete** 37:13
**completed**
  46:22 51:14,20
  51:21

**completely** 13:5,7 28:4 33:10 35:11 45:9
**complex** 13:16 27:8
**compliment** 27:19
**computer** 16:12
**concluded** 52:10
**condominium** 13:14
**conference** 49:3
**conferencing** 48:24
**continue** 11:17 12:13 33:11,12 39:13,15 42:7 42:17 47:15 50:1
**contract** 28:4 29:22,23
**contracts** 31:24
**converted** 45:10
**copy** 33:1,4 44:13
**corporation** 18:4,6,7,10
**correct** 21:10 24:17,23 26:4 29:18 39:11,22 40:3,4 41:3

50:12
**correctly** 27:20 27:25
**counsel** 43:8 43:13
**country** 53:21
**couple** 42:19
**course** 12:11
**court** 1:1 21:25 27:21,21 37:1 37:9,12,15 39:15 40:16,24 41:23 42:22 43:8 44:9 45:8 45:10 50:20
**court's** 40:2 41:8
**cover** 34:17
**created** 18:8
**creditor** 2:18 5:1,2 41:17
**creditor's** 41:18
**creditors** 1:20 4:23,24 34:7 46:24,24 47:1 50:15,22 51:17 51:21,22,24 52:2,7
**current** 8:1 14:4 28:13 29:3 41:17 44:23
**currently** 7:11 19:17 20:21 22:2 31:8,12 31:20 36:11,22

37:1 38:19 39:21,24

**d**

**d** 4:1,7
**date** 21:12 46:10 53:25
**days** 40:21 41:6,15 42:3,6 42:12,17 43:21 43:21,22,23
**deadline** 45:24
**deadlines** 45:19
**deal** 14:3 27:20 27:23
**dealing** 50:16
**debtor** 1:9 2:11 4:17,21 5:7 7:8 8:2,3
**debtor's** 8:10 17:6
**debtors** 4:12 4:15
**debts** 29:21
**december** 34:6 37:10
**decide** 40:13 40:13
**decides** 41:14 41:16
**decision** 29:15 37:14,16
**definitely** 29:25
**demand** 26:8 27:12

**department** 2:3 4:9 37:4,8
**depends** 28:15
**described** 17:2 17:5
**developer** 40:9
**development** 9:11,16,17,18 9:21 13:2
**devon** 10:15
**different** 7:1,4 28:8
**difficulties** 48:14,16,21 49:15
**disclosed** 16:7
**disconnected** 48:14 49:10
**disconnecting** 52:8
**discussed** 11:24 26:12 43:9 46:7
**dismissed** 45:9
**district** 1:2,13
**dividends** 36:6
**docket** 37:23 38:3,3
**document** 16:19 34:16
**doing** 50:15
**dollars** 21:16 35:7,8,13
**don't** 38:8
**due** 46:14
**duval** 4:25

**duvall** 2:24
  4:25 5:4 47:2,2
  47:10,15,16,21
  47:24 48:2,5,6
  48:7 49:4,7,9
  49:13,16,18,25
  50:1,2,8,9,23
  51:4,8,11,13
  51:15,16,17

## e

**e** 1:23,23 2:1,1
  2:10,15 4:1,1
  53:1
**earlier** 47:22
**earn** 32:4,7,10
  32:14
**east** 1:14
**eastern** 1:2,13
**either** 43:6
  45:9
**employed** 2:19
**employees**
  19:17 20:3
**employment**
  31:23
**empty** 12:25
  13:1,5,7 26:3
**english** 5:12,13
  6:3 9:5,12,23
  10:21,25 11:18
  11:19 12:2
**entire** 14:1,13
**entitled** 47:25
**environmental**
  25:20,24 26:6
  26:11

**equipment**
  31:21
**eric** 2:18,19 5:1
  37:5 47:3
**ess** 1:3
**essentially**
  17:5 43:10,10
**estate** 9:16,18
  9:24 10:1,7,13
  10:14 12:14
  15:21 39:25
  40:15
**estimate** 43:20
**exactly** 27:7
  35:6,10 47:13
**examination**
  4:14 50:20
**examined** 4:12
**exist** 29:23
**expect** 35:1
  42:11,16 43:2
  43:19
**expectation**
  43:21
**expenses** 20:22
  20:23,24 36:3
**expires** 7:20
**extension**
  20:15 32:19

## f

**f** 1:23 53:1
**fair** 37:15 51:1
**familiar** 6:5
**fdic** 14:5,7
  17:25 18:8
  27:18 28:2

**february** 32:6
**federal** 18:4
  32:17 33:1
  46:3
**fees** 44:18 45:7
**file** 37:19,22
  38:10 42:22
  43:3,20 44:8
**filed** 6:9,11,16
  32:16,20 34:5
  44:11 45:6
**filing** 6:19 31:2
  31:2
**financial** 6:5
  9:1 37:19
  38:10,15 44:9
  45:1,6,25
**find** 14:10 15:8
  15:9 28:8
  30:17 33:11
  37:23 39:23
  40:5,8
**finish** 41:1
**finished** 25:23
**first** 7:2,6 41:2
**five** 19:5 36:14
  36:19
**floor** 2:5 46:24
**floors** 13:23,24
**folks** 49:14,14
**follow** 28:2
**force** 27:22
**foreclosure**
  22:7
**foregoing** 53:3
**forest** 10:15
  12:15 13:13,15

22:10 24:6,7
  27:5 28:13
  46:8 47:7,12
  47:19
**formal** 34:20
**forms** 44:12,12
  44:13,14
**four** 49:2
**fourteen** 21:16
**franklin** 2:21
**future** 27:14

## g

**g** 4:1 30:14
**getting** 16:3
**gideon** 3:2
**give** 15:8 27:19
  30:17 44:3,6
**given** 44:22
**giving** 40:11
**go** 4:24 15:9
  16:20,22 39:14
  40:24 41:1
  45:18,23 47:1
  48:6
**goal** 41:3
**going** 4:23 5:6
  5:6,18 6:25 7:1
  7:2,3 8:16
  10:20 30:18
  38:9,9 39:3
  41:9 42:7,21
  44:2,3,8,17,19
  45:23,25 46:7
  48:15,19 50:9
**goldfine** 2:18
  2:19 5:1 37:5
  47:3

**good** 4:6,19 5:21 17:15 24:6 27:19
**government** 18:5 23:7,20 36:11,14,18,22 36:23
**guarantee** 29:21,25 30:1
**guaranteed** 29:22,24 30:4
**guarantor** 30:13,18,20 46:6
**guess** 43:4,5
**guidelines** 44:13

**h**

**h** 4:7 30:13,16 30:17,18,19,19 46:6
**hand** 5:9,17
**harold** 30:19 46:6
**he'll** 12:2
**hear** 5:3,25 7:14,22 9:15 10:4 19:7,20 22:21 23:8,15 23:16 24:3 25:16 31:5,14 46:18 51:18
**heard** 7:14 11:23
**hearing** 4:10
**hebrew** 5:12 5:13

**hello** 49:6
**help** 5:18 10:24 11:9,19 12:1,3 12:9 40:24
**hills** 10:16 12:15 13:13,15 22:10 24:6,7 27:5 28:13 46:8 47:7,12 47:20
**hire** 42:3,12 43:5
**hmm** 15:23
**hold** 11:2,4,4 39:2 45:3,4 49:14 50:9
**holder** 8:2 47:4
**holding** 3:2
**holdings** 1:7 4:21 6:6,19 7:11 9:1,9 15:5 17:19 18:9 19:4,11,16,16 19:24 20:2,5 20:10,18 21:12 22:25 23:6,19 24:12 28:9 31:8,20 32:4,7 32:10,14,16 33:21 34:1,6 35:19,22 36:2 36:6,11,13,25 40:22 42:3 44:8 47:6 49:22 51:18,22 51:25

**holes** 34:17
**honor** 45:2,13
**house** 12:20 13:14
**hunting** 8:4
**hyde** 10:18 12:15,19,19 13:5,11 15:24 16:23 21:17,22 22:3,15 24:1 24:12,25 25:4 26:13,17,22 29:2 30:5 50:3 50:4,24 51:6

**i**

**idea** 39:18
**identified** 47:22
**identify** 4:17 4:23 46:25,25
**immediately** 41:1
**important** 10:5 10:10,10
**imposed** 44:20
**include** 43:11
**including** 49:3
**income** 32:4,7 32:10,14
**indiana** 8:4
**indicate** 4:15
**indiscernible** 10:3 11:3 12:5 13:2,3,9 14:4,4 14:5,16,18 18:10,23 19:21 21:7 23:13,24

25:2,9 26:19 28:15,23 29:5 29:6,12,12 33:11 34:22 37:14 38:7,22 38:25 39:1 40:8 41:3,11 48:4 49:12,13 50:8 51:3
**individual** 31:2
**information** 40:4 45:19
**inquire** 50:23
**instructions** 40:12 41:13 44:3,5,6,21 45:4
**insurance** 7:11 7:19,25 8:1,6,8 8:17 9:10,21 18:4 46:11
**insured** 8:3,5,9 8:18 46:12
**interest** 35:1 41:18 44:19
**interested** 40:9
**interpret** 5:15 5:19
**interpreter** 5:7 5:7,8,10,11,15 5:16,17,18,20 5:25 6:3 7:5,10 7:13,14,16 8:24 9:2,6,8,10 9:12,21,23 10:3,6,8,10 11:6,23,23

12:4,4,8,11
48:10,10,13,14
48:17,20,23
52:4
**interrupting**
28:7
**introduced**
26:9
**invest** 39:13
**investigation**
36:11,14,18,23
37:13
**investor** 39:21
39:24 40:9
**involved** 38:19
**irs** 20:6
**issued** 44:12

**j**

**january** 7:20
32:9
**judgment**
21:24 22:5,6
22:16,19 37:5
**julio** 2:10,15
4:19,20
**june** 53:25
**justice** 2:3 4:9

**k**

**k** 4:7,7
**khodorovsky**
1:24 2:8 4:2,6
4:22 5:2,5,11
5:16,23,25 6:4
6:8,11,14,18
6:22,25 7:6,13
7:17,24 8:12

8:16,23 9:4,7
9:13,18,22
10:1,6,9,12,17
10:20 11:2,4
11:13,16,22
12:6,9,12,18
12:24 13:4,10
13:13,17,19,22
13:25 14:9,15
14:17,22,25
15:4,11,16,20
15:24 16:5,9
16:13,16,19,22
17:1,8,13,16
17:22,24 18:1
18:8,11,14,17
18:21,25 19:3
19:7,9,13,15
19:19,22,24
20:2,5,9,14,17
20:20 21:1,3,5
21:8,11,18,21
22:1,6,9,12,14
22:18,21,24
23:2,5,9,11,14
23:17,22,25
24:3,5,9,11,16
24:19,22,24
25:4,7,10,12
25:16,18 26:2
26:5,12,15,17
26:21,25 27:3
27:5,9,15 28:6
28:12,18,20,24
29:2,7,9,16,19
30:1,4,7,10,12
30:16,22 31:5

31:7,11,14,17
31:19,23 32:1
32:6,9,12,16
32:20,22,25
33:4,7,13,19
33:24 34:5,9
34:13,20,23
35:1,4,8,14,18
35:21,24 36:1
36:5,8,10,13
36:17,21,25
37:6,11,17,22
38:1,8,13,17
38:23 39:2,7
39:16,20,23
40:3,10,19
41:4,9,12 42:1
42:6,9,11,16
42:19,25 43:7
43:12,15,23,25
44:5,25 45:3
45:15,22 46:3
46:5,10,14,18
46:21 47:9,15
48:6,11,18,21
49:4,8,11,14
49:20 50:1,7,9
51:1,13,16
52:7
**kind** 12:20
23:6,19,22
25:13 34:23
35:2 39:24
40:14
**kinds** 20:23
**know** 8:6 20:12
20:22,23 25:22

26:7,10 27:7
37:3 40:7,16
43:16
**known** 44:10
44:18

**l**

**land** 9:10,16
12:21,22,24
13:5
**language** 11:14
**largest** 20:21
**law** 2:10 4:19
**lawyer** 7:2
15:18 39:4
40:1
**lease** 8:4 27:15
31:8,12,12,20
**leases** 28:9
**left** 27:25 28:4
**legal** 38:20,24
39:3 53:20
**lend** 34:10,14
34:14
**letting** 43:16
**lexington** 2:12
**license** 23:7,20
23:21,22
**line** 12:1,7 48:7
48:8,9,12,14
48:15,18 49:5
51:18 52:9
**liquidation**
45:11
**list** 15:21 16:23
17:11 30:13,18
30:20 38:14
46:6,8

**listed** 8:2,3,4,8
15:25 17:2
46:12
**litigation** 38:14
38:19
**little** 15:17
28:1 50:10
**live** 26:22
**lives** 26:15
27:6
**living** 26:16,17
**loading** 16:15
16:16
**loan** 29:13
34:14,15,16,24
35:22 41:19
**loans** 34:20
**located** 9:1
10:13,14
**location** 8:25
**logging** 16:3
**looking** 15:20
16:1 30:14
38:1,3 39:16
39:21
**lot** 33:17
**lots** 25:25
**louder** 19:20
**lower** 5:17
**lp** 2:17

**m**

**mackey** 2:17
4:25 47:3
**made** 22:16,19
47:24
**make** 34:15
37:15 38:14

**manage** 42:12
**management**
25:13
**managing**
25:13 42:7
**march** 32:3
**market** 28:22
**matter** 1:5
**mean** 10:10
34:14
**means** 12:11
37:3
**meeting** 1:20
50:14,21 51:22
51:24 52:2,7
**mention** 45:12
**mentioned**
11:12 17:9
**millbrook** 2:22
**million** 29:7,10
29:17
**mineola** 53:23
**minute** 30:17
**mistaken** 24:14
**mm** 15:23
**moment** 13:1
19:2 21:15
**money** 18:24
28:1,2,2 34:10
34:13,18,21
35:5,15,19,22
40:22 41:5,14
41:20,24 42:15
**month** 24:17
32:3 44:7,7,11
**monthly** 20:21
44:10 45:1

**months** 44:16
**morning** 4:6
4:19 5:21
36:22
**mortgage**
21:21,23 22:2
22:9,14,15,19
25:1,5,8 30:2,5
39:25 40:6,14
41:16,20 47:4
**move** 20:9,17
20:20 29:20
30:23 31:8
33:20 40:20
42:2

**n**

**n** 2:1 4:1,6 53:1
**nadia** 5:8 7:3
8:24 10:23,24
11:7,8,19 12:6
12:12
**name** 4:6
**names** 4:15
**nazar** 1:24 2:8
4:6
**need** 5:18 7:3,4
8:20 11:9 15:8
15:13,17 20:22
23:6,19 27:11
28:7 33:12
40:7,8 42:21
43:5 44:8 45:3
45:24,25 46:5
46:7,11,15
49:1
**needed** 34:17

**needs** 12:1,2,9
40:14
**never** 6:10
49:24
**new** 1:2,7,13
2:6,6,13 3:2
4:21 6:5,18,19
6:23 7:11 9:1,9
10:16,18 12:15
12:15,19,19
13:14,15 15:25
17:19 18:8
19:4,11,16,16
19:24 20:2,5
20:10,10,18,18
21:12 22:25
23:6,19 24:12
25:24 28:9
31:8,20 32:4,7
32:10,14,16
33:20 34:1,6
35:19,21 36:2
36:5,11,13,25
40:21 42:3
44:7 47:6
49:22 51:18,22
51:24
**note** 4:17,23
7:7
**notice** 11:23
**number** 28:21
29:10 35:11,12
38:3,3 51:23
51:25
**ny** 1:15 2:13,22
53:23

| o | op 13:16 14:19 | park 10:18 | person 34:2 |
|---|---|---|---|
| o 1:23 4:1,7,7,7 | 14:19 17:1 | 12:15,19,19 | 40:8 |
| 53:1 | 27:20 | 13:5,11 15:25 | personal 6:12 |
| oath 4:13 5:24 | open 6:22 | 16:24 21:17,22 | 30:20 |
| occupancy | 27:25 | 22:3,15 24:1 | personally 6:4 |
| 24:7 | opened 6:19 | 24:13,25 25:4 | 29:20 31:3 |
| office 1:12 2:10 | opening 7:8 | 26:13,17,22 | 36:18 |
| 4:8,19 | operating | 29:2 30:5 50:3 | persons 4:14 |
| officer 4:9 | 44:10 45:5 | 50:5,24 51:6 | physical 8:25 |
| officially 22:4 | order 23:5,12 | part 4:8 14:12 | piece 12:21,22 |
| oh 21:7 33:24 | 23:18 | 21:23 23:16 | pieces 10:1,7 |
| okay 5:10,16 | original 13:2 | 41:2 50:17 | 10:14 12:14,22 |
| 6:3 7:5 8:16,21 | outside 50:11 | parties 49:2 | plan 2:19 |
| 9:12,22 10:20 | 50:13,14,21 | partner 33:11 | 43:20 |
| 12:8,10 15:4 | owe 20:2,5,10 | 39:13 | planning 39:10 |
| 16:7,16,18,19 | 20:18 21:17 | party 8:3,5,9 | 40:22 42:3 |
| 16:21,22 17:1 | own 9:24 10:2 | 8:18 46:12 | 50:4 |
| 17:14 19:3 | 13:15 14:11,11 | pay 15:13 | plaza 1:14 |
| 21:5 23:17 | 14:12,13,14,15 | 18:21 19:25 | please 4:24 5:8 |
| 24:5 26:12,21 | 14:17,25 15:5 | 20:16 27:9,12 | 5:19 7:10 8:24 |
| 27:3 28:6 | 19:9 28:16 | 27:13 28:3 | 9:23 12:7 |
| 30:15,20,21 | 34:10,13 | 33:11,12 34:7 | 16:10 17:10 |
| 31:7,19 33:2,5 | owned 6:14 | 35:15,19 36:2 | 25:3 31:19 |
| 33:19 38:11,15 | 19:4 47:17 | 36:6 39:14 | 38:13 46:24 |
| 38:25 40:20 | owner 18:12 | 40:24 48:4 | 48:18 49:16 |
| 41:13 42:21 | 18:15 | payments | 51:2 |
| 43:12 44:3,4 | owns 14:1 15:5 | 22:15,18 44:24 | point 11:18 |
| 45:20,21 46:8 | 15:22 25:20 | payroll 19:22 | 13:8 |
| 46:9,12,13,16 | 47:7 | 19:25 | policy 7:19 |
| 48:7,12,17,20 | p | pays 27:10 | portilla 2:10 |
| 49:11 50:22 | p 2:1,1 4:1 | pending 37:7 | 2:15 4:19,20 |
| old 53:21 | p.c. 2:10 | 49:18 51:8 | 4:20,22 7:21 |
| older 33:16 | page 16:6 | people 26:16 | 7:22,23,24 |
| one's 26:20 | paid 21:19 | 27:4 28:1 37:5 | 8:10,12,15,20 |
| ones 10:11 | 44:19 45:7,13 | percent 19:10 | 8:22,24 15:18 |
| online 48:10 | 47:11 48:2 | permission | 15:19,20,23,25 |
| | 49:22 | 40:2 41:8 | 16:3,8,9,11,14 |

16:15,18,21,25
17:4,8,12,15
17:16,17 30:7
30:9,10,11,15
30:21,22,24
32:23,23,24,25
33:3,5,6,7,8,20
33:23 37:18,19
37:21,24 38:6
38:8,9,12,13
38:16,17,23
39:4,6,8 40:4
40:15 42:21,21
42:24 43:1,4,9
43:14,17,19,22
43:24,25 44:14
45:17,18,20,21
46:2,4,9,13,15
46:17,20,22
48:8,12 52:5
**portion** 28:2
**positions** 18:17
**possession** 7:8
47:20
**prefer** 33:15
39:11,13
**present** 3:1
46:23
**president** 3:2
18:18,18 22:25
**presiding** 4:9
**press** 49:2
**previously**
44:14
**principal** 8:11
17:6

**problem** 8:15
12:6 26:9,11
28:1 33:6
**proceeding**
50:17
**proceedings**
52:10 53:4
**professional**
43:5
**professionals**
43:2
**proof** 7:8,19,25
8:1,6,7,11,17
46:11
**properties**
25:19 33:9
**property** 12:20
13:8,11 15:24
16:23 21:6,8
21:12,13,18,22
21:24 22:3,15
23:25 24:12,25
25:4,8,13 26:1
26:2,6,13,18
26:22 29:3,4
30:5 33:17
39:10 41:2
50:3,25 51:6
**proposed** 4:20
**protection**
37:9
**provide** 8:13
46:11
**provided** 7:18
8:1,18 44:14
**providing**
45:19

**purchased**
14:7
**purchaser**
27:22
**put** 15:12 25:8
34:15,21 35:5
37:8

| q |
| --- |

**quarter** 44:16
**quarterly**
44:18
**question** 7:1,4
11:5 16:23
17:2,3,10,10
22:2 23:11,13
23:14,18 26:9
26:22 28:3,8
30:8 31:10
32:2,22 33:25
34:1 37:18
38:18,20,20,24
38:25 39:3,4
40:11 41:12
43:18 45:4,16
46:7 47:8,9
49:16,19,20,21
50:6,10,13,16
50:19,21 51:1
51:2
**questioning**
4:15
**questions**
11:17 12:2
42:20 44:2,7
46:22 47:5
50:16 51:14,20
51:21

| r |
| --- |

**r** 1:23 2:1,24
4:1,7,7 53:1
**raise** 5:8
**raised** 33:17
**raviv** 3:2 5:19
5:21,22,23 6:2
6:4,7,8,10,11
6:13,14,17,18
6:21,24 7:12
8:24 9:8,11,14
9:16,20,25
10:5,12,15,18
10:20,22 11:1
11:2,3,7,11,14
11:16,21,24,24
12:7,13,17,22
13:1,6,12,16
13:18,21,24
14:3,14,16,18
14:24 15:2,7
15:12,17 17:17
17:18,18,21,23
17:25 18:4,10
18:13,16,20,23
19:2,3,6,8,9,12
19:14,18,19,21
19:23 20:1,4,7
20:12,15,19,20
20:25 21:2,4,7
21:10,14,20,23
22:4,8,11,13
22:17,20,23,24
23:1,4,8,9,10
23:13,15,16,21
23:23 24:2,4,8
24:10,14,17,21

24:23 25:2,6,9
25:11,12,15,17
25:22 26:4,7
26:14,16,19,24
27:1,4,7,10,17
28:6,11,12,15
28:19,22 29:1
29:5,8,11,18
29:20,22 30:3
30:6,13,23,24
30:25 31:1,4,6
31:10,13,16,18
31:22,25 32:5
32:8,11,15,18
32:21 33:8,9
33:10,15,22,23
34:1,4,8,9,10
34:12,16,22,25
35:3,6,10,17
35:18,20,23,25
36:4,7,9,10,12
36:16,17,20,21
36:24 37:3,7
37:12 38:14,18
38:22,24,25
39:8,9,11,18
39:22 40:1,4,5
40:7,12,18,20
40:21,23 41:7
41:11,25 42:2
42:2,5,7,8,10
42:11,14,18
44:1,1,4,21,23
44:25 45:2,5
45:12,16 46:6
46:21 47:5,8
47:10,13,19,23

48:1,4,8,12
49:6,10,12,17
49:21,24 50:3
50:6 51:3,4,7
51:10,14 52:4
52:6
**ready** 16:9,17
**real** 9:16,18,24
  10:1,7,13,14
  12:14 15:21
  39:24 40:15
**really** 15:8
  21:23 27:20,21
  33:16 35:11
  40:24 41:1,3
  43:16
**reason** 21:25
  42:14
**recall** 20:19
  23:23 35:6
  47:13
**received** 7:7
  47:6,21
**reconnect**
  48:15,19
**record** 4:2,3,18
  4:24 7:17 52:1
  52:3,8 53:4
**recorded** 4:14
**records** 9:1
**refinance**
  41:16,19
**refinancing**
  41:22
**reflect** 4:2,3
  7:18

**refused** 27:24
**regarding** 4:13
**regardless**
  41:23
**reimburse** 36:2
**related** 48:3
**relevant** 17:11
**remember** 6:17
**rent** 15:14 27:9
  27:10,13 47:7
  47:11,21,25
**repayments**
  35:2
**repeat** 4:3,4
  9:14 23:11,14
  23:15,18 26:21
  31:11 33:25,25
  47:9 49:16,20
  49:21 51:2,23
**reports** 44:9,10
  45:1,5,6
**represent** 4:16
  46:25
**request** 8:17
  33:1 37:8
**requested**
  45:19,22
**required** 4:12
**respect** 50:2,24
**respectfully**
  8:17
**retention**
  42:22 43:1,2
**retirement**
  2:19
**return** 32:17
  32:20 33:1

46:3
**richard** 2:24
  4:25 47:2
**right** 4:16 5:9
  5:17 7:1 10:5
  11:20 12:16
  13:4,4,5 14:10
  14:25 15:6
  16:4,13 18:11
  19:1 22:25
  23:3 24:1,20
  24:22 25:18
  26:2,3,13,15
  27:16 32:2
  33:14 34:21
  35:12 37:23
  39:10,16,21
  41:6 42:17
  46:13 50:15
**rights** 14:7
**rita** 3:25 53:3,8
**road** 53:21
**room** 1:14
**rule** 50:19
**running** 42:17

**s**

**s** 2:1 4:1,7
**salary** 18:22,23
  18:25 19:25
  20:3 42:9
**saying** 11:19
  26:10 40:12
**schedule** 15:21
  16:2,20 17:10
  17:11 30:13,14
  30:16,17,18,19
  46:5,8

| schedules | sit 25:19 35:11 | started 17:19 | t |
| --- | --- | --- | --- |
| 37:23,25 38:2 | 36:21 | 17:20,24 18:5 | |
| 38:2 | situation 25:23 | state 4:15 | t 53:1,1 |
| scope 50:11,13 | 25:24 26:10 | 20:10 25:24 | take 16:13 |
| 50:14,21 | 27:17 33:18 | 43:8 | 27:11 29:12 |
| second 10:3 | 40:9 41:1 | statement | 41:17 |
| 37:4,7 | six 13:24 | 37:19 38:10,15 | talk 7:25 10:13 |
| secured 5:1,2,4 | slowly 23:18 | 45:25 | 11:22 12:18 |
| see 10:21 15:24 | sold 14:14,18 | states 1:1,12 | talked 38:18 |
| 16:1,24 30:16 | 14:23 18:6 | 2:3 7:7,18 | talking 21:6 |
| 33:16 38:4,4,8 | 47:19 | 44:12,16,18 | 38:14 |
| 42:14 | solutions 53:20 | 45:7 46:22 | tall 13:22 |
| seeing 37:23 | somebody 18:2 | 51:19 | tax 32:17,20 |
| self 2:19 | 37:1 41:17 | stay 12:1,4,7 | 33:1 46:3 |
| sell 21:24 33:9 | 48:7 | 23:5 48:14,18 | taxes 20:6,10 |
| 33:13 39:11 | somewhat 28:8 | stopped 37:8,9 | 20:18,25 21:1 |
| 47:17 | soon 43:19 | street 2:5 | 21:2,3,6,9,12 |
| selling 39:10 | sorry 9:13 | 10:15 12:14 | 21:13,17,18 |
| send 44:17 | 16:11,15 19:13 | 13:14,25 | technical 48:13 |
| sent 29:13 | 21:8 22:1,12 | subdivision | 48:16,21 49:1 |
| separate 43:12 | 24:4 25:16 | 41:2 51:5,9 | 49:11,15 |
| serbt 47:3 | 26:19 31:5,16 | sue 37:3 | tell 9:8 11:10 |
| serpt 2:20 5:1 | 33:24,25 35:24 | suing 37:1,1,2 | 12:9,10 16:10 |
| signature 53:6 | 46:18 50:12 | 38:21 39:5 | 16:16 29:23 |
| signed 29:25 | sounds 9:10 | suite 2:5,12 | 39:4 41:10 |
| single 11:8 | speak 7:2,13 | 53:22 | telling 40:10 |
| 44:11 | 7:21 8:10 | super 15:3 | 41:13 |
| sir 5:5 8:21 | 15:18,18 19:19 | 27:8 49:22 | ten 35:7,8,12 |
| 17:23 18:13,16 | 23:17 31:15 | superintendent | tenants 28:10 |
| 18:20 21:9 | special 44:11 | 47:22 48:3 | testifying 17:7 |
| 22:8 23:1,4,11 | sponsor 14:4,5 | supervises | thank 4:22 5:5 |
| 24:2,4 30:8 | 14:8,20,21 | 4:10 | 5:5,16,17,22 |
| 31:19 32:24 | 28:5 | sure 31:11 | 7:9,17 8:1,19 |
| 33:3 37:18 | star 49:2 | 38:14 49:18 | 8:22,23,23 9:7 |
| 39:2 42:8,10 | start 18:2,2 | surveyor 15:9 | 9:7,23 11:21 |
| 42:20 45:15 | 27:12,18 | swear 5:6,11 | 11:22 12:6,12 |
| 46:19 49:5 | | | 15:16 17:12,16 |
| | | | 17:16,17,17 |

19:15 24:24
29:19,19 30:21
30:23,24 31:17
33:7,8 35:14
38:13,17 39:7
40:19,19 42:1
42:1,25 43:15
43:17,25,25
45:15,15 46:21
47:2,16 48:11
48:11,12,15,22
49:4,8,25 50:2
51:11,13,16
52:4,4,5,5,6
**thereabouts**
35:9
**thing** 27:24
**things** 13:8
15:15 27:11,25
**think** 11:24
24:21 25:9
28:13 29:3,13
35:6,10,12
37:12 41:4
48:13,15 50:10
**thinking** 30:25
31:1 38:21
39:5
**thirteen** 21:16
**thought** 26:19
**thousand**
21:16 35:7,8
35:13
**three** 20:21
29:14 44:16
**time** 4:4 8:20
16:14 41:15

44:19 45:6,7
45:13,23 46:15
46:16,23 47:6
47:11,20
**today** 4:3 8:13
8:14,19 17:14
25:19
**told** 9:12 32:18
39:9 40:1
**took** 14:5
**total** 14:23
**totally** 14:22
**town** 50:4
**transcribed**
3:25
**transcript** 53:4
**transfer** 33:21
34:2
**translate** 5:12
5:14,14,18,20
7:3,4,10 8:24
10:22,23 11:7
11:9,25
**translator**
10:22
**trees** 13:6,7
**trucks** 31:9,12
**true** 53:4
**trust** 2:19
**trustee** 1:12,25
2:4,18 4:8,10
7:7,18 44:13
44:17,18 45:8
46:22 47:2
51:12,19
**try** 38:4 48:19
49:19

**trying** 14:10,10
16:1 21:24
28:8
**turn** 46:24
**turning** 50:3
**twenty** 13:21
35:7,8,13
**twice** 45:13
**two** 10:5,6,10
12:14,22 29:1
43:21,22,23
**type** 23:21

|   u   |
|-------|

**u.s.** 2:4 4:8,8
4:10
**under** 4:11,12
5:24 36:11,14
36:18,22
**understand**
5:23 10:12,24
11:5,7,10,14
11:17,18 12:3
14:9,10 15:11
15:16 16:6
20:9 23:25
27:3,7 31:7,10
33:19 37:11,17
39:19,20 40:17
41:4,24 42:23
43:15 44:21,25
45:5,11 47:8
50:6
**understanding**
11:15
**understood** 9:5
9:22,23

**unit** 17:5,6,11
**united** 1:1,12
2:3 7:7,18
44:12,16,18
45:7 46:22
51:19
**units** 14:7
**unsecured** 5:3
**uploaded** 38:6
**use** 44:11
**used** 15:3 27:8
42:15

|   v   |
|-------|

**v** 4:7
**value** 28:13
29:3,15
**varick** 2:5
**veritext** 53:20
**violation** 26:8
**violations**
25:20,21 26:6
**voice** 31:18
48:24 49:1

|   w   |
|-------|

**waiting** 13:9
**want** 10:22,23
10:24 11:5,6,6
11:7,8,17,19
11:25 15:13
16:6,6 20:23
27:18 33:9,10
33:13 39:9
40:5 44:5
45:12
**wanted** 7:6,25

**wants**  11:25
  12:1 41:18,19
**water**  13:7
**way**  11:11
**week**  8:14,19
  17:14
**weeks**  43:22,23
**welcome**  48:24
**weltsch**  3:25
  53:3,8
**whalen**  2:17
  4:25 47:3
**whatsoever**
  34:4
**withdrawn**
  6:25 31:1
  32:13
**witness**  5:19
  6:1
**word**  10:23,23
  11:8,25,25
**words**  41:18
**work**  40:5
  43:13,14
**workers**  42:4
**working**  16:11
  39:24 42:15
**write**  8:20
  46:15
**written**  49:21

|   x   |
| --- |

**x**  1:4,11

|   y   |
| --- |

**y**  4:7
**yeah**  9:4,21
  10:8 11:1 16:5

  16:8 23:16
  43:10 49:9
**year**  32:12,12
  32:13 33:20
  34:10 35:4,18
  43:21
**years**  19:5
  24:19,22 27:13
  29:14 36:15,19
  43:21
**yep**  46:2,4
**york**  1:2,13 2:6
  2:6,13 10:16
  10:19 12:15,16
  12:19,20 13:14
  13:15 15:25
  20:11,18 25:24

|   z   |
| --- |

**z**  4:7
**zero**  49:2