Return Date: 24 *[illegible]*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re: **68 BURNS NEW HOLDINGS INC**

Case No. **24-45157-NHL**

Debtor(s)

Chapter **11**
------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 before the Honorable **JUDGE LORD**, United States Bankruptcy Judge, to consider the motion for an order granting relief as follows: **THE RELATIONSHIP BETWEEN A LAWYER TO A CLIENT IS NOT A OPEN ONE, EVEN WHILE THE LAWYER ACT WRONGLY AND/OR UNFAIRLY. PLEASE SEAL THE EXHIBITS. THEREFORE, I WILL REQUEST THAT MY PETITION TO REMOVE MR. JULIO PORTILLA FROM MY CASE SHOULD NOT BE A SUBJECT FOR ANY CREDITOR, ONLY FOR THE COURT.**

Date of hearing: **7/22/2025**    Time: **3 PM**

*Parties may appear by phone or video conference.*

*All hearings before Judge Lord are held by phone or video. Parties will receive hearing instructions after completing registration on eCourt Appearances.

**Register for Hearing**: All parties must register 2-3 days prior to hearing on eCourt Appearances at *https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl*.

**Responsive papers** shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

Dated: **6-20-2024**

Signature: *[signed]*
Print name: **GIDEON RAVIV**
Address: **70-25 YELLOWSTONE BLVD**
**FOREST HILLS, NY 11375**
Phone: **718 268 6928**
Email: **GIDEON1818@HOTMAIL.COM**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

68 BURNS NEW HOLDINGS, INC

Case No. 24 45157 NHL

Debtor(s)

Chapter 11

-------------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. JUDGE LORD , Bankruptcy Judge

The undersigned makes this application in support of my motion for the relief stated in the Notice of Motion. In support of this motion, I hereby allege as follows:

ATTACHED MY MOTION TO CANCEL MR JULIO PORTILLA ESQ AS OUR BANKRUPTCY LAWYER, BECAUSE THAT HE MISLEAD US, DID NOT DO ANY WORK AND HE PUT US WITHOUT ANY LEGAL REPRESENTATION. IN SUCH EVENT, WE ARE NOT COVER WITH ANY LEGAL REPRESANTION, AND WE NEED TO REPLACE HIM AS SOON AS THE COURT WILL ALLOW US TO DO SO.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 6-20-2024

Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

68 BURNS NEW HOLDINGS, INC    Case No. 24-45157 NHL

                        Debtor(s)                    Chapter 11

-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on _____, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Dated: _____        _____
                                                      Signature