Richard DuVall, Esq.
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
P: 845-452-4000
F: 845-454-4966
E: rduvall@mbwlawyers.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

In re: 68 Burns New Holdings, Inc.

Debtor.
---------------------------------------------------------------------------x

NOTICE OF SETTLEMENT

Case No.: 24-45157NHL
Assigned Judge: Honorable Nancy Hershey-Lord, U.S.B.J

**PLEASE TAKE NOTICE** that the attached proposed Order will be presented for settlement and signature to the Honorable Nancy Hershey-Lord, at the United States Bankruptcy Court, Eastern District of New York, located at 271-C Cadman Plaza East Suite 1595, Brooklyn, New York 11201-1800 on the 17th day of July, 2025 at 9:30a.m.

Dated: June 30, 2025
Poughkeepsie, New York

**Eric Goldfine Self-Employed Retirement Plan and Trust**
**By its Attorneys Mackey Butts & Whalen LLP**

_____
Richard DuVall
Attorney(s) for the Plaintiff
319 Mill Street
Poughkeepsie, NY 12601
P 845.452.4000 Ext. 303
F 845.454.4966
E: rduvall@mbwlawyers.com
www.mbwlawyers.com

TO: Law Office of Julio E. Portilla, P.C.
Julio E. Portilla
*Counsel for Debtor*
380 Lexington Ave.
Suite 446
New York, NY 10168
(212) 365-0292
F: (212) 365-4417
E: jp@julioportillalaw.com

68 Burns New Holdings, Inc.
70-25 Yellowstone Blvd.

Suite 3D
Forest Hills, NY 11375

U.S. Trustee
Office of the United States Trustee
Easter District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

AllSpace Self Storage
189 Manchester Road
Poughkeepsie, NY 12603

Foster Garvey PC
100 Wall St.
New York, NY 10005

Gideon Raviv
70-25 Yellowstone Blvd.
Forest Hills, NY 11375

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Rosenberg Fortuna & Laitman, LLP
666 Old Country Rd
#810
Garden City, NY11530

Town of Hyde Park
4383 Albany Post Road
Hyde Park, NY 12538

The Office of The New York State Attorney General
Managing Attorney's Office
Empire State Plaza
Justice Building, 2nd Floor
Albany NY 12224

Richard DuVall, Esq.
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
P: 845-452-4000
F: 845-454-4966
E: rduvall@mbwlawyers.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x     PROPOSED ORDER

In re: 68 Burns New Holdings, Inc.                                             Case No.: 24-45157NHL

Debtor.
------------------------------------------------------------------------x

      Eric Goldfine, as Trustee of the Eric Goldfine Self-Employed Retirement Plan and Trust having moved this court by amended notice of motion dated May 6th 2025 (Doc. # 19) for alternate relief including relief from the automatic stay, dismissal or conversion pursuant to 11 USC§ 362 (d)(2), 362(d)(3) and / or 11 USC§ 1112 (b) and due proof of service thereof having heretofore been filed, and no opposition thereto having been timely filed pursuant to Local Bankruptcy Rules§ 9006-1, and

      Whereupon the matter having come before the court at the hearing date of June 24, 2025 at 9:30 AM via E-Court appearances as indicated in the said amended notice of motion, and

      The movant having appeared by Mackey Butts and Whalen, Richard R. DuVall Esq. of counsel, the Debtor having appeared by Julio Portilla Esq., the US Trustee having appeared by Nazar Khodorovsky, and the Debtor's principal, Gideon Raviv having appeared telephonically, and no further opposition having been made or filed, and

      Whereupon the Court having found on the record that the Debtor has failed, inter alia, to file its operating reports for the periods December 2024 through May of 2025, failed to make adequate protection payments as required, failed to pay regularly accruing real estate taxes on the Debtor's real property, failed to file a plan of reorganization, and the Debtor otherwise having failed to comply with the court's order scheduling Initial Case Management Conference (Dkts 12) as detailed on the record by counsel to the Chapter 11 trustee, and

      Whereupon the court having found, on the record, that grounds exist to dismiss this case and having considered the best interests of the creditors and the estate, it is hereby

ORDERED that this case is converted to Chapter 7 pursuant to 11 USC 1112 (b) and it is hereby

ORDERED that so much of Movant's motion as sought relief from the automatic stay is hereby carried on the court's calendar pending appointment of the Chapter 7 Trustee.

Dated: July____ 2025
Brooklyn, NY,

_____
Honorable Nancy Hershey-Lord, U.S.B.J