UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

In re: 68 Burns New Holdings, Inc.

Debtor.

-----------------------------------------------------------------------x

AFFIDAVIT OF MAILING
NOTICE OF SETTLEMENT
& PROPOSED ORDER

Case No.: 24-45157NHL

DERNELL PRATT, of Wappingers Falls, New York, being duly sworn, says that on the 1st day of July, 2025, she deposited in an official depository under the exclusive care and custody of the United States Post Office, in the City of Poughkeepsie, New York, a copy of the Notice of settlement and Proposed order dated June 30, 2025 in a securely closed postpaid envelope, directed to:

68 Burns New Holdings, Inc.
70-25 Yellowstone Blvd.
Suite 3D
Forest Hills, NY 11375

U.S. Trustee
Office of the United States Trustee
Easter District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

AllSpace Self Storage
189 Manchester Road
Poughkeepsie, NY 12603

Foster Garvey PC
100 Wall St.
New York, NY 10005

Gideon Raviv
70-25 Yellowstone Blvd.
Forest Hills, NY 11375

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Rosenberg Fortuna & Laitman, LLP
666 Old Country Rd
#810
Garden City, NY 11530

Town of Hyde Park
4383 Albany Post Road
Hyde Park, NY 12538

The Office of The New York State Attorney General
Managing Attorney's Office
Empire State Plaza
Justice Building, 2nd Floor
Albany NY 12224

      That the aforesaid persons are not known by me to be in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act of 1940" and in the New York "Soldiers' and Sailors' Civil Relief Act".

_____
DERNELL PRATT

Sworn to before me this
1st day of July 2025

_____
NOTARY PUBLIC

LORI S. CAMPBELL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CA6432340
Qualified in Dutchess County
Commission Expires May 2, 2026

{00381375 1}



PITNEY BOWES
$0.69 0
US POSTAGE FIRST-CLASS
028W0002310942
2000361609
ZIP 12601
JUL 01 2025

sent with PitneyShip™

68 BURNS NEW HOLDINGS, INC.
70-25 YELLOWSTONE BLVD.
SUITE 3D
FOREST HILLS, NY 11375

**MACKEY BUTTS & WHALEN LLP**
ATTORNEYS AT LAW
319 Mill Street
Poughkeepsie, NY 12601



PITNEY BOWES
$0.69 0
US POSTAGE
FIRST-CLASS
028W0002311084
2000361609
ZIP 12601
JUL 01 2025

sent with PitneyShip™

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
EASTER DISTRICT OF NY (BROOKLYN)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
ROOM 510
NEW YORK, NY 10004-1408

**MACKEY BUTTS & WHALEN LLP**

ATTORNEYS AT LAW

319 Mill Street
Poughkeepsie, NY 12601



sent with PitneyShip™

PITNEY BOWES
$0.69 0
US POSTAGE
FIRST-CLASS
028W0002310186
2000361609
ZIP 12601
JUL 01 2025

ALLSPACE SELF STORAGE
189 MANCHESTER ROAD
POUGHKEEPSIE, NY 12603

**MACKEY BUTTS & WHALEN LLP**
ATTORNEYS AT LAW
319 Mill Street
Poughkeepsie, NY 12601



PITNEY BOWES
$0.69
US POSTAGE
FIRST-CLASS
028W0002312164
2000361609
ZIP 12601
JUL 01 2025

sent with PitneyShip™

FOSTER GARVEY PC
100 WALL ST.
NEW YORK, NY 10005

**MACKEY BUTTS & WHALEN LLP**
ATTORNEYS AT LAW
319 Mill Street
Poughkeepsie, NY 12601

**MACKEY BUTTS & WHALEN LLP**

ATTORNEYS AT LAW

319 Mill Street
Poughkeepsie, NY 12601

THE OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
MANAGING ATTORNEY'S OFFICE
EMPIRE STATE PLAZA
JUSTICE BUILDING, 2ND FLOOR
ALBANY NY 12224



PITNEY BOWES
$0.69 ⓞ
US POSTAGE ᴵᴹ
FIRST-CLASS
028W0002310856
2000361609
ZIP 12601
JUL 01 2025

sent with PitneyShip™

GIDEON RAVIV
70-25 YELLOWSTONE BLVD.
FOREST HILLS, NY 11375

**MACKEY
BUTTS &
WHALEN
LLP** ATTORNEYS AT LAW

319 Mill Street
Poughkeepsie, NY 12601



sent with PitneyShip™

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205

**MACKEY BUTTS & WHALEN LLP**
ATTORNEYS AT LAW
319 Mill Street
Poughkeepsie, NY 12601



sent with PitneyShip™

PITNEY BOWES
$0.69 0
US POSTAGE℠
FIRST-CLASS
028W0002311081
2000361609
ZIP 12601
JUL 01 2025

ROSENBERG FORTUNA & LAITMAN, LLP
666 OLD COUNTRY RD
#810
GARDEN CITY, NY 11530

**MACKEY BUTTS & WHALEN LLP**
ATTORNEYS AT LAW
319 Mill Street
Poughkeepsie, NY 12601



PITNEY BOWES

$0.69 0
US POSTAGE
FIRST-CLASS
028W0002312164
2000361609
ZIP 12601
JUL 01 2025

sent with PitneyShip™

TOWN OF HYDE PARK
4383 ALBANY POST ROAD
HYDE PARK, NY 12538

**MACKEY
BUTTS &
WHALEN
LLP**

ATTORNEYS AT LAW

319 Mill Street
Poughkeepsie, NY 12601