UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------

In re:

  68 Burns New Holdings, Inc.,
      Debtor.

-----------------------------------------------------

Chapter 11
Case No. 24-45157-NHL

**EMERGENCY MOTION TO CONTINUE HEARING ON MOTION FOR DISMISSAL OR CONVERSION PURSUANT TO 11 U.S.C. § 362(d)(2) and (d)(3), and/or 11 U.S.C. § 1112(b) AND FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL**

TO:   THE HONORABLE NANCY HERSHEY LORD, UNITED STATES BANKRUPTCY COURT

HON. JUDGE LORD:

**COMES NOW** the Debtor, 68 Burns New Holdings, Inc. (the "Debtor"), by and through its President, Gideon Raviv, and respectfully submits this Emergency Motion requesting that this Honorable Court continue the hearing currently scheduled for July 17, 2025 at 9:30 AM on the Motion for dismissal or conversion pursuant to 11 U.S.C. § 362(d)(2) and (d)(3), and/or 11 U.S.C. § 1112(b), and grant a brief extension of time to allow the Debtor to retain new legal counsel. In support thereof, the Debtor states as follows:

    1. The Debtor commenced this case under Chapter 11 of the Bankruptcy Code in an effort to reorganize and preserve its operations.

    2. The Debtor has been represented in this case by the Law Office of Julio E. Portilla, located at 380 Lexington Avenue, Suite 446, New York, NY 10168.

    3. Over the past several months, counsel has failed to communicate with the Debtor or act on critical matters pending in the case, including the Motion for dismissal or conversion recently filed by the secured creditor, Eric Goldfine Self-Employed Retirement Plan and Trust.

    4. Despite repeated efforts to contact Mr. Portilla, the Debtor has received no substantive updates or action, and is effectively unrepresented at this critical juncture.

1

5. On June 20, 2025, the undersigned, acting as President of the Debtor, filed a pro se motion to remove Attorney Julio E. Portilla as counsel for the Debtor and to be granted time to retain new legal representation. That motion is currently scheduled to be heard by this Court on July 22, 2025.

6. In light of the pending motion to substitute counsel and the scheduled hearing on July 22, it would be unjust and prejudicial to allow the Motion for dismissal or conversion to proceed on July 17 without affording the Debtor the opportunity to be properly represented.

7. The Debtor is actively seeking to retain qualified bankruptcy counsel and respectfully requests a brief extension of time of at least thirty (30) days to complete that process.

8. The Debtor acknowledges that corporations must be represented by licensed counsel in federal court and submits this Emergency Motion pro se solely to preserve its rights and prevent irreparable harm until new counsel can be retained and appear.

9. No party in interest will be prejudiced by a short continuance, and such relief will further the interests of justice and the orderly administration of this case.

WHEREFORE, the Debtor respectfully requests that this Court:

a. Continue the hearing on the Motion for dismissal or conversion, currently scheduled for July 17, 2025 at 9:30 AM, to a date after August 10, 2025, or for a period of at least thirty (30) days;

b. Permit the Debtor additional time to retain new legal counsel;

c. Defer ruling on the Motion to Convert until new counsel has had an opportunity to review the case and appear on the Debtor's behalf; and

d. Grant such other and further relief as this Court deems just and proper.

Dated: July 10, 2025

Respectfully submitted,

_____
Gideon Raviv
President, 68 Burns New Holdings, Inc.
70-25 Yellowstone Blvd., Suite 3D
Forest Hills, NY 11375
Tel: (718) 268-6928
Email: Gideon1818@hotmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

In re:

   68 Burns New Holdings, Inc.,
      Debtor.

Chapter 11
Case No. 24-45157-NHL

-------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Gideon Raviv, hereby certify that on July 10, 2025, I caused a true and correct copy of the foregoing Emergency Motion to Continue Hearing on Motion for dismissal or conversion and for Extension of Time to Retain New Counsel to be served via email and/or first-class mail upon the following parties:

1. U.S. Trustee
   Office of the United States Trustee
   Eastern District of NY (Brooklyn)
   Alexander Hamilton Custom House
   One Bowling Green
   Room 510
   New York, NY 10004-1408

2. Richard DuVall, Esq.
   Mackey Butts & Whalen LLP
   319 Mill Street
   Poughkeepsie, NY 12601
   Tel: (845) 452-4000
   Email: rduvall@mbwlawyers.com
   (Attorney for Secured Creditor Eric Goldfine Self-Employed Retirement Plan and Trust)

3. Julio E. Portilla, Esq.
   Law Office of Julio E. Portilla
   380 Lexington Avenue, Suite 446
   New York, NY 10168
   Tel: (212) 365-0292
   Email: jp@julioportillalaw.com
   (Current Attorney of Record for Debtor)

Dated: July 10, 2025

_____
Gideon Raviv
President, 68 Burns New Holdings, Inc.
70-25 Yellowstone Blvd., Suite 3D
Forest Hills, NY 11375
Tel: (718) 268-6928
Email: Gideon1818@hotmail.com