Richard R. DuVall, Esq.
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
P: 845-452-4000
F: 845-454-4966
E: rduvall@mbwlawyers.com

**HEARING DATE & TIME:**
**July 22, 2025 at 3:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re: 68 Burns New Holdings, Inc.

Chapter 11
Case No. 24-45157-NHL

Debtor.
--------------------------------------------------------------x

### AFFIRMATION OF RICHARD R. DuVALL IN OPPOSITION TO DEBTOR'S PRINCIPAL GIDEON RAVIV'S MOTION TO STRIKE FRAUDULENT PROOF OF CLAIM, REQUEST SANCTIONS, AND LIFT STAY ON PENDING APPEAL

RICHARD R. DuVALL, an attorney duly admitted to practice law in this Court, respectfully affirms under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the following is true, and I understand that this document may be filed in an action or proceeding in a court of law:

1.      I am a member of the law firm of Mackey Butts & Whalen, LLP, attorneys for movant, Eric Goldfine as Trustee of his Self-Employed Retirement Plan And Trust (SERPT), and I make this affirmation of my own knowledge.

2.      I make this affirmation based upon the documents attached hereto, and referenced herein and previously filed in this case.

3.      Mr. Raviv's motion to strike Claim No. 2 should be denied.

4.      It is made by a Principal of the Debtor who is not permitted to represent his corporation.  See discussion in DuVall Affirmation at **Docket No. 35**.

4921-8805-6150, v. 1

5.    In addition, of course the determination he seeks to attack is a state court decision and order, not subject to review in this court.  See Judge Davis's decision and order entered in the state court action on October 24, 2024, Exhibit "1" attached hereto.

6.    Mr. Raviv does not just need relief from the stay to permit the Debtor to perfect the appeal he claims he wishes the Debtor to prosecute.  He mostly needs a lawyer to represent the Debtor, retained pursuant to an order of this court, and prosecute the appeal.  That he lacks.  See discussion in the aforesaid DuVall Affirmation.

WHEREFORE, for all the above reasons, the motion should be denied.

Dated: July 17, 2025
        Poughkeepsie, New York

Respectfully submitted,

**Eric Goldfine as Trustee of his Self-Employed Retirement Plan and Trust**
**By its Attorneys Mackey Butts & Whalen**

By: _____
        Richard R. DuVall, Esq.
        319 Mill Street
        Poughkeepsie, NY 12601
        P: 845-452-4000
        F: 845-454-4966
        rduvall@mbwlawyers.com

TO:    Law Office of Julio E. Portilla, P.C.
        Julio E. Portilla
        *Counsel for Debtor*
        380 Lexington Ave.
        Suite 446
        New York, NY 10168
        (212) 365-0292
        F:  (212) 365-4417
        E: jp@julioportillalaw.com

        68 Burns New Holdings, Inc.
        70-25 Yellowstone Blvd.
        Suite 3D
        Forest Hills, NY 11375

2

4921-8805-6150, v. 1

U.S. Trustee
Office of the United States Trustee
Easter District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

AllSpace Self Storage
189 Manchester Road
Poughkeepsie, NY 12603

Foster Garvey PC
100 Wall St.
New York, NY 10005

Gideon Raviv
70-25 Yellowstone Blvd.
Forest Hills, NY 11375

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Rosenberg Fortuna & Laitman, LLP
666 Old Country Rd
#810
Garden City, NY11530

Town of Hyde Park
4383 Albany Post Road
Hyde Park, NY 12538

3

4921-8805-6150, v. 1