United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 24-45157-nhl
68 Burns New Holdings, Inc  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Aug 22, 2025      Form ID: 309C      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 68 Burns New Holdings, Inc, 70-25 Yellowstone BLVD., Suite 3D, Forest Hills, NY 11375-3166 |
| 10457969 | + | 334 Corp, 8742 Bellido Circle, Boynton Beach, FL 33472-8124 |
| 10433576 | + | All Space Self Storage, 189 Manchester Road, Poughkeesie, N.Y 12603-2566 |
| 10457970 | + | AllSpace Self Storage, 189 Manchester Road, Poughkeepsie, NY 12603-2566 |
| 10528314 | + | Dutches County Commissioner of Finance, 22 Market Street, 4th Floor Finance Dept, Poughkeepsie, NY 12601-3294 |
| 10433577 | + | Eric Goldfine Self Employed, Retirement Plan And Trust, C/O Mackey, Butts & Whalen LLP., 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10434194 | + | Eric Goldfine, as Trustee of Eric Goldfine SERPT, c/o Mackey, Butts & Whalen LLP, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10433573 | + | Forest Garvey P.C, 100 Wall Street 20th Flooor, New York, NY 10005-3701 |
| 10457971 | + | Foster Garvey PC, 100 Wall St, New York, NY 10005-3700 |
| 10433572 | + | Gideon Ravin, 70-25 Yellowstone Blvd, Forest Hills, NY 11375-3164 |
| 10457972 | + | Gideon Raviv, 70-25 Yellowstone Blvd, Forest Hills, NY 11375-3164 |
| 10541737 | + | Richard R. Duvall, Butts & Whalen, LLP Address, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10433574 | + | Rosenberg Fortiena & Laitman LLC, 666 Old Country Road Suite 810, Garden City, NY 11530-2019 |
| 10457974 | + | Rosenberg Fortuna & Laitman, LLP, 666 Old Country Rd, #810, Garden City, NY 11530-2019 |
| 10433575 | + | Town of Hyde Park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dskrip@julioportillalaw.com | Aug 22 2025 18:13:00 | Julio E Portilla, Law Office Julio E. Portilla, P.C., 380 Lexington Ave., Suite 446, New York, NY 10168 |
| tr | + | EDI: BDJDOYAGA.COM | Aug 22 2025 22:16:00 | David J. Doyaga, David J. Doyaga, Trustee, 26 Court Street, Suite 1803, Brooklyn, NY 11242-1118 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 22 2025 18:13:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Aug 22 2025 18:13:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 22 2025 18:13:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10457973 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 22 2025 18:13:00 | NYS Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10435133 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 22 2025 18:13:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 7

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: 309C | Total Noticed: 22 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10541732 | *+ | 334 Corp., 8742 Bellido Circle, Boynton Beach, FL 33472-8124 |
| 10541733 | *+ | AllSpace Self Storage, 189 Manchester Road, Poughkeepsie, NY 12603-2566 |
| 10434377 | *+ | Eric Goldfine, as Trustee of Eric Goldfine SERPT, c/o Mackey, Butts & Whalen LLP, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10541734 | *+ | Foster Garvey PC, 100 Wall St,, New York, NY 10005-3700 |
| 10541735 | *+ | Gideon Raviv, 70-25 Yellowstone Blvd., Forest Hills, NY 11375-3164 |
| 10541736 | *+ | NYS Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10541738 | *+ | Rosenberg Fortuna & Laitman, LLP, 666 Old Country Rd #810, Garden City, NY 11530-2019 |
| 10457975 | *+ | Town of Hyde Park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |
| 10541739 | *+ | Town of Hyde park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Doyaga | david.doyaga.sr@gmail.com  NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| Julio E Portilla | on behalf of Debtor 68 Burns New Holdings Inc jp@julioportillalaw.com, dskrip@julioportillalaw.com;portilla.julioe.b133419@notify.bestcase.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard DuVall | on behalf of Creditor Goldfine  Eric - as Trustee of Eric Goldfine SERPT rduvall@mbwlawyers.com |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 68 Burns New Holdings, Inc | EIN: | 13–3584597 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed in chapter: | 11    12/10/24 |
| Case number: | 1–24–45157–nhl | Date case converted to chapter: | 7    8/21/25 |

Official Form 309C (For Corporations or Partnerships)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 68 Burns New Holdings, Inc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 70–25 Yellowstone BLVD.<br>Suite 3D<br>Forest Hills, NY 11375 | |
| 4. | **Debtor's attorney**<br>Name and address | Julio E Portilla<br>Law Office Julio E. Portilla, P.C.<br>380 Lexington Ave.<br>Suite 446<br>New York, NY 10168 | Contact phone 212–365–0292<br><br>Email: jp@julioportillalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David J. Doyaga<br>David J. Doyaga, Trustee<br>26 Court Street<br>Suite 1803<br>Brooklyn, NY 11242 | Contact phone 718–488–7500<br><br>Email: david.doyaga.sr@gmail.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone (347) 394–1700<br><br>Date: 8/22/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 11, 2025 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 806 451 4054, and Passcode 0790655163, OR call 1 516 388–6712** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1