UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

68 BURNS NEW HOLDINGS, INC

        Debtor.

Case No: 24-45157-nh
Chapter 11

**ORDER SHORTENING NOTICE PERIOD AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE EMERGENCY MOTIONS FOR ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9023 (INCORPORATING FEDERAL RULE OF CIVIL PROCEDURE 59) AND 9024 (INCORPORATING FEDERAL RULE OF CIVIL PROCEDURE 60), FOR AN ORDER RECONSIDERING AND VACATING THE COURT'S ORAL RULING ANNOUNCED AT THE HEARING ON JUNE 22, 2025, TO CONVERT THIS CASE FROM CHAPTER 11 TO CHAPTER 7 (II) AUTHORIZING THE  DEBTOR DEBTOR TO OBTAIN AND USE A POST-PETITION LOAN AND FINANCING**

Upon the motion (the "Motion") of the Debtor for entry of an order (this "Order") pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Rule 9006-1(i), shortening the notice period for the hearing to consider the Debtor's motion for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and Local Rule 9006-1, shortening the notice period with respect to the Debtor's motions: (i) pursuant to Federal Rules of Bankruptcy Procedure 9023 (incorporating Federal Rule of Civil Procedure 59) and 9024 (incorporating Federal Rule of Civil Procedure 60), for reconsideration and vacatur of the Court's ruling converting this case from Chapter 11 to Chapter 7 (the "Motion for Reconsideration"); (ii) pursuant to sections 105, 361, 362, 363, and 364 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to obtain and use post-petition financing in the form of a debtor-in-possession loan (the "DIP Loan") on the terms set forth in the commitment letter dated August 20, 2025 (the "Motion to Obtain Financing"); and (iii) granting related relief in

connection therewith; and it appearing that no other or further notice is necessary except as provided herein; and it appearing that the relief requested is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.
2. The hearing to consider the Debtor's Motion for Reconsideration dated August 21, 2025, and the Motion to Obtain Financing dated August 21, 2025, shall be held on September 4, 2025 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Nancy Hershey Lord.
3. The Hearing will not be held in person but will take place via telephone using the Webex platform. Those planning to appear at the Hearing must register with eCourt Appearances at least two days before the Hearing. The phone number for the Hearing will only be emailed to those who register with eCourt Appearances in advance. Instructions for registering can be found at https://www.nyeb.uscourts.gov/node/2126.
4. If you lack internet access or are unable to register with eCourt Appearances, you may contact Judge Lord's courtroom deputy by phone or email for instructions at (347) 394-1854, nhl_hearings@nyeb.uscourts.gov
5. Objections to the Debtor's Emergency Motion shall be filed and served by September 2, 2025.
6. The Debtor shall serve a copy of this Order and the underlying motions within one day of entry thereof by fax, e-mail, or overnight mail, on

a. Office of the United States Trustee Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, Suite 510, New York, New York 10004 (Attn: Greg Zipes);

b. Eric Goldfine, as Trustee of the Eric Goldfine Self-Employed Retirement Plan and Trust's counsel, Mackey Butts & Whalen (Att: Richard DuVall, Esq.) 319 Mill Street, Poughkeepsie, NY 12601;

c. David J. Doyaga, 26 Court Street, Suite 1803, Brooklyn, NY 11242; and

d. and any parties that have requested service of notice in these cases pursuant to Bankruptcy Rule 2002.



Dated: August 26, 2025
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**