United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 24-45157-nhl |
| 68 Burns New Holdings, Inc | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2025 | Form ID: 149 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 68 Burns New Holdings, Inc, 70-25 Yellowstone BLVD., Suite 3D, Forest Hills, NY 11375-3166 |
| aty | + | Rosen, Tsionis & Pizzo, PLLC, 38 New Street, Huntington, NY 11743-3327 |
| 10457969 | + | 334 Corp, 8742 Bellido Circle, Boynton Beach, FL 33472-8124 |
| 10433576 | + | All Space Self Storage, 189 Manchester Road, Poughkeesie, N.Y 12603-2566 |
| 10457970 | + | AllSpace Self Storage, 189 Manchester Road, Poughkeepsie, NY 12603-2566 |
| 10528314 | + | Dutches County Commissioner of Finance, 22 Market Street, 4th Floor Finance Dept, Poughkeepsie, NY 12601-3294 |
| 10433577 | + | Eric Goldfine Self Employed, Retirement Plan And Trust, C/O Mackey, Butts & Whalen LLP., 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10434194 | + | Eric Goldfine, as Trustee of Eric Goldfine SERPT, c/o Mackey, Butts & Whalen LLP, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10433573 | + | Forest Garvey P.C, 100 Wall Street 20th Flooor, New York, NY 10005-3701 |
| 10457971 | + | Foster Garvey PC, 100 Wall St, New York, NY 10005-3700 |
| 10433572 | + | Gideon Ravin, 70-25 Yellowstone Blvd, Forest Hills, NY 11375-3164 |
| 10457972 | + | Gideon Raviv, 70-25 Yellowstone Blvd, Forest Hills, NY 11375-3164 |
| 10541737 | + | Richard R. Duvall, Butts & Whalen, LLP Address, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10433574 | + | Rosenberg Fortiena & Laitman LLC, 666 Old Country Road Suite 810, Garden City, NY 11530-2019 |
| 10457974 | + | Rosenberg Fortuna & Laitman, LLP, 666 Old Country Rd, #810, Garden City, NY 11530-2019 |
| 10433575 | + | Town of Hyde Park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 10 2025 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Oct 10 2025 18:16:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 10 2025 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10457973 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 10 2025 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10435133 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 10 2025 18:16:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason    Name and Address**

Case 1-24-45157-nhl    Doc 61    Filed 10/12/25    Entered 10/13/25 00:08:10

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: 149 | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 10541732 | *+ | | 334 Corp., 8742 Bellido Circle, Boynton Beach, FL 33472-8124 |
| 10541733 | *+ | | AllSpace Self Storage, 189 Manchester Road, Poughkeepsie, NY 12603-2566 |
| 10434377 | *+ | | Eric Goldfine, as Trustee of Eric Goldfine SERPT, c/o Mackey, Butts & Whalen LLP, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10541734 | *+ | | Foster Garvey PC, 100 Wall St,, New York, NY 10005-3700 |
| 10541735 | *+ | | Gideon Raviv, 70-25 Yellowstone Blvd., Forest Hills, NY 11375-3164 |
| 10541736 | *+ | | NYS Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10541738 | *+ | | Rosenberg Fortuna & Laitman, LLP, 666 Old Country Rd #810, Garden City, NY 11530-2019 |
| 10457975 | *+ | | Town of Hyde Park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |
| 10541739 | *+ | | Town of Hyde park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Alex E. Tsionis | on behalf of Trustee David J. Doyaga atsionis@ajrlawny.com arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;dlebrun@ajrlawny.com;emeade-bramble@ajrlawny.com |
| David J. Doyaga | david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| Julio E Portilla | on behalf of Debtor 68 Burns New Holdings Inc jp@julioportillalaw.com, dskrip@julioportillalaw.com;portilla.julioe.b133419@notify.bestcase.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard DuVall | on behalf of Creditor Goldfine Eric - as Trustee of Eric Goldfine SERPT rduvall@mbwlawyers.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor: 68 Burns New Holdings, Inc | EIN: 13-3584597 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed in chapter: | 11  12/10/24 |
| Case number: 1-24-45157-nhl | Date case converted to chapter: | 7  8/21/25 |

# NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

The Telephonic Hearing on the Motion By Creditor Gideon Raviv To Dismiss The Secured Claim Of The Eric Goldfine Self- Employed Retirement Plan And Trust, To Find That The Goldfine Trust Lacks Standing Due To Legal Invalidity Under New York Law And Stay All Proceedings In This Matter Pending Determination Of This Motion Pursuant To 11 U.S.C Filed by Gideon Raviv has been rescheduled by the Court from October 21, 2025 at 11:00 A.M. to October 30, 2025 at 11:00 A.M. All participants (including attorneys, clients, and pro se parties) shall register their appearances through the Courts eCourt Appearances program, by following the instructions set forth at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord. Each registrant will receive an email from eCourt Appearances with the telephone number for the hearing. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lords Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Dated: October 10, 2025

For the Court, Paul Dickson, Clerk of Court

**BLbcn.jsp** [Blank Creditors Notice rev. 02/01/17]