Return Date: NOVEMBER 5, 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

------------------------------------------------------

In re:

2025 OCT 29 P 3:30

68 BURNS NEW HOLDINGS, INC   Case No. 24-45157-NHL

Debtor(s)   RECEIVED   Chapter

------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern

District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 before the

Honorable JUDGE LORD, United States Bankruptcy Judge, to consider the motion for an

order granting relief as follows: TODAY I FILED AFFIDAVIT TO REINSTATE

THE COMPANY IN CHAPTER 11. WHY — IT IS NECESSARY AT ONCE

BECAUSE, THE ORDER TO MOVE FROM CH. 11 TO 7 ARE BASED ON FRAUD

THE COMPANY 68 BURNS NEW HOLDINGS INC DID NOT GET ANY DOCUMENTS

ABOUT THE HEARING AND I GOT IT AFTER THE HEARING. PLEASE SEE

MY AFFIDAVIT OF TODAY. THE SECURED CREDITOR ERE GOLD FUND WITH

HER LAWYER, FABRICATED "A NOTICE OF DELIVERY" BUT WE DID NOT GET IT !!!

IT IS JUST FRAUD AND LIES

Date of hearing: NOVEMBER 5   Time: 2:00 PM

*Parties may appear by phone or video conference.*

*All hearings before Judge Lord are held by phone or video. Parties will receive hearing instructions after
completing registration on eCourt Appearances.

**Register for Hearing:** All parties must register 2-3 days prior to hearing on eCourt Appearances at
*https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.*

Responsive papers shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date
set forth above.

Dated: 10-29-2025

ATTACHED MY AFFIDAVIT AND THE
ORDER OF CONVERTING.

Signature: _____

Print name: GIDEON RAVIV

Address: 70-25 YELLOWSTONE BLVD
FOREST HILLS NY 11375

Phone: 718 568 6928

Email: GIDEON1818@HOTMAIL.COM

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED - BROOKLYN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

OCT 29 2025 PM02:11

---------------------------------------------------------

In re:                                          **Chapter 11**

      68 Burns New Holdings, Inc.,          **Case No. 24-45157-NHL**

               Debtor.

---------------------------------------------------------

## AFFIDAVIT OF CREDITOR GIDEON RAVIV DECLARATION AND REQUEST TO REINSTATE CHAPTER 11 PROCEEDINGS

**GIDEON RAVIV**, being duly sworn, deposes and says:

    The undersigned creditor, Gideon Raviv, respectfully submits the following facts for the Court's attention:

### Submission of Financial Recovery Plan

    1.  On April 6, 2025, I, Gideon Raviv, submitted a plan to strengthen the financial position of 68 Burns New Holdings, Inc. The plan was submitted to Attorney Julio Portilla, but it was never brought for discussion at any stage, as no one other than the attorney is authorized to represent the company before the Court. The plan allows for payment to all creditors, whereas under the current circumstances—if the company remains in Chapter 7—only the secured creditor will receive payment. See **Exhibit "A"**.

### Failure of Secured Creditor Eric Goldfine to Notify the other Creditors and Debtor

    2.  Eric Goldfine's attorney Richard Duvall deliberately failed to serve me with his Amended Notice of Motion dated May 6, 2025, which sought alternate relief, including relief from the automatic stay, dismissal, or conversion. Although the Court received the filing on May 6, 2025, I was completely unaware of its existence. As later became evident, attorney Richard Duvall sent all documents related to that request only to the Court and deliberately withheld them from me until it was mailed out to me on June 17, 2025. The documents did not arrive until June 24, 2025—two days after the hearing held on June 22, 2025. Such "gotcha" tactics should not be condoned by the Court.

## Denial of Participation in Hearing

3.   During the hearing held on June 22, 2025 via telephone, I was unable to join the call due to defects in the phone line, and I was forbidden by the Court to appear in person. This situation deprived me of my basic right to participate in the hearing in real time. On this basis alone, there is no justification for nullifying my chances of receiving the funds owed to me from 68 Burns New Holdings, Inc, a company in which I worked and invested over three million dollars.

## Misrepresentation by Richard Duvall

4.   Attorney Richard Duvall misrepresented the procedural posture of this matter by failing to properly serve me with his Amended Notice of Motion dated May 6, 2025, seeking alternate relief, including relief from the automatic stay, dismissal, or conversion. Although the Court received the filing on May 6, 2025, I was not served and therefore remained unaware of its existence. As subsequently became apparent, Eric Goldfine's attorney transmitted all documents related to that motion exclusively to the Court and intentionally withheld service upon me until June 17, 2025 when it was belatedly mailed out to me. See annexed **Exhibit "B"**. The documents were not received until June 24, 2025—two days after the hearing held on June 22, 2025.

5. As evidenced by **Exhibit "C" and "D"**, Attorney Duvall failed to serve copies of his motion upon debtor 68 Burns New Holding Inc., in direct contravention of the applicable service requirements.

## Late Delivery of Documents

6.   Although Attorney Richard Duvall intentionally withheld service upon me until June 17, 2025, the accompanying Affidavit of Service, executed by Lori S. Campbell, annexed hereto as **Exhibit "D"** falsely states under oath that the documents were served on May 7, 2025. In reality, the documents were not sent until June 17, 2025—forty days later—and were received only two days after the hearing, by which time the Honorable Court had already ruled that the

2

company be converted to Chapter 7.

### Deceptive Conduct by attorney Richard Duvall

7.  It is noteworthy that, although Mr. Duvall is regarded as an experienced and accomplished attorney, his conduct in this matter demonstrates a deliberate effort to mislead. The documents were not sent until June 17, 2025—after the hearing had already taken place. Please refer to **Exhibit "B"**

### Improper Proposed Order

8.  As a result of the failure to serve me in a timely manner, I was deprived of any opportunity to respond or be heard at the hearing held on June 22, 2025. Thereafter, Mr. Duvall submitted a Proposed Order for Your Honor's signature, which states on line 5 **(Exhibit "E")**:

> **"…And no opposition thereto having been timely filed pursuant to Local Bankruptcy Rule 9006-1."**

9.  This statement is fundamentally misleading, as the lack of opposition was solely the result of improper and untimely service. Such conduct raises serious concerns as to the fairness and regularity of these proceedings.

### Request for Annulment of Decision and Reinstatement of Chapter 11

10. It is evident that such circumstances have no place in a court of law. Accordingly, the decision should be vacated, the company's case reinstated under Chapter 11, and appropriate sanctions imposed upon the law firm responsible for violating the parties' rights and its duty of candor to the Court.

11. In the interests of justice and fairness, 68 Burns New Holding Inc. should be afforded a meaningful opportunity to resume its business operations, obtain financing, and/or secure a cooperative partner. Such action would enable both myself and all creditors to recover the funds lawfully owed.

12. The secured creditor would suffer no prejudice, as the company's value is

approximately five times greater than the outstanding debt—a debt that remains the subject of three pending appeals before the Appellate Division, Second Department.

13. Accordingly, I respectfully request that this Honorable Court:

(i) Vacate the prior order and reinstate the company's case under Chapter 11; and

(ii) Schedule a hearing on the reorganization plan that I prepared and submitted to Attorney Portilla on April 6, 2025.

Respectfully submitted,

Gideon Raviv
Creditor
70-25 Yellowstone Blvd. Apt. 3D
Forest Hills, NY 11375
(718) 268-6928
Gideon1818@hotmail.com

Sworn to before me this
29th day of October, 2025

Notary Public

CURTIS J. KNECHT
Notary Public, State of New York
No. 04KN0023571
Qualified in Kings County
Commission Expires April 15, 2028

# Exhibit "A"

Firefox

 Outlook

---

**Fw: Proposal plan for 68 Burns New Holdings, Inc - Debt. Case # 24-44132-jmm in chapter-11**

---

**From** Gideon Raviv <gideon1818@hotmail.com>
**Date** Sun 4/6/2025 11:57 AM
**To** Julio E. Portilla <jp@julioportillalaw.com>

The Future can be brighter than now,  by using my plan to correct the current situation with the help of the bankruptcy court.

THE PLAN;

BACKGROUND;
I am 86 year old and the owner of this company since February 1998.    Never I had been in this situation and try to save my company assets
That I worked for all my life and this is my only assets that I am able to count for my future.
Therefore,  with all the difficulties that this situation
Created I would like to submit to this honorable court a fair and balance proposal   that should satisfied all the creditors and the court will allow
me to continue the subdivision mission on my Hyde Park land in order to start the construction and to develop a new housing project.

THE CREDITORS;
There are two type of creditors that are involved in this case.
    A) Secured
    B) Unsecured.

In Group "A" - one participant ;  ERIC GOLDFINE SELF EMPLOYED RETIREMENT TRUST PLAN.

In Group "B" are 5 participants;
    1. Gideon Raviv
    2. Foster Gravey P.C.
    3. Rosenberg Fortuna & Laitman LLC
    4. Hyde Park Town
    5. All Space Self Storage

PAYMENTS PROPOSAL;
Group "A" ;  Eric Goldfine is the owner of Eric Goldfine self employed Retirment Trust plan entered to an agreement with the original lender {334 Corp
And Stanley Gallant )on or about August  10, 2021 to buy my Note and to continue their lawsuit against 68 Burns.   334 Corp & Staley Gallant were my
financial lender since April 2001 in a variety of transactions and it came to a level of $1,250,000.-    In 2008 I had Heart problems and it drove down, but

I paid back up to May 1, 2017 over 2/3 of the loan amount and left with a balance of $432,000.-  At this point on May 1,2017  I signed a forbearance
Agreement with 334 Corp & Stanley Gallant to pay off the balance within 36 months ($3,000.- each month and the balance in the end of April 30, 2020
Less $72,000.-credit, which make all payments to $360,000.- ).   We complete all the monthly payments Earlier in January 11, 2019 despite the possibility
To make smaller payment each month between January 2019 to April 30, 2020.   In another way - the advance payment  of 14 month made the lender to
Fill bitrate and they filed a lawsuit against 68 Burns for none payment according to the forbearance
Agreement.    The trial was without any hearing and                              each party submitted their Summary Judgment.
Since August 10, 2021 the plaintiff was Eric Goldfind  that replaced the original lender in the lawsuit In the EBT on August 19, 2022 that was done to
Eric  Goldfine we learn to know how he became involved in this case and how much he paid for the value of the note and the advance tax payment by
The original lender and it was $195,000.- according to Eric Goldfine testimony. See page 19 in the EBT exhibit.
Since He bought the note,  He declared according to his Affidavit in Exhibit  "C" paragraph 6 the following expenses that he paid;
On  12/ 22/2021 paid Taxes of  $53,365.93
On  08/ 15/2023 paid Taxes of  $30,493.98
On  08/ 16/ 2023 paid Taxes of  $23,057.65
With the Pursche cost of          $195,000.-
================================= Total out of pocket is $ 301,717.56

THE JUDGMENT
Eric Goldfine could not explain to the referee why his accounting does not show all the payments that 68 Burns proved that we did.    Therefore,  he submit
A correction in his supplemental Affidavit , see Exhibit " C " paragraphs  2 -4.  Therefore and other mistakes we filed an appeal with the Appellate Division
2nd Dept. Of NYS. One appeal was start the process but, it been held since we filed this case for protection in order to stop the sale of the Hyde Park property.
Sure, Eric Goldfine did not want to find out the final truth that can come from the Appellate Division and he run for his sale.    I would not have a second chance
In my life to do such a large housing project and I request the court to allow me to continue to build and to bring a partner in order to pay the outcome of your
honorable court decision.

PAYMENTS:

1.I am offering to pay  the secure creditor all his expenses of  $301,717.56 within 90 days or earlier. In case that the court will have different opinion than let me
   continue to find a partner and deposit the fund by court, allow me to add the new partner to dead and remove the lisp ending simultaneity in order to protect
   the new investor and in the same time to ask the NYS Appellate Division to complete their review and make their decision,  and according to their decision  your
   hon. Court will make the final decision.

2 I will pay 50% to all unsecured creditors within 150 days or earlier.

# Exhibit "B"

Firefox                                                                                                                    about:blank



**US POSTAGE PAID** ᴵᴹ
08/17/2025
From 12601
1 lbs 1 ozs
Zone 2

**Pitney Bowes
CommPrice**

028W000231200
20003816

## USPS PRIORITY MAIL®

Lori Campbell
Mackey Butts & Whalen, LLP
319 Mill St
Poughkeepsie NY 12601-3148

Expected Delivery Date: 08/20

**0003**



C051

 GIDEON RAVIV
70-25 YELLOWSTONE BLVD.
FOREST HILLS NY 11375-3164

### USPS TRACKING #



7/3/2025, 2:28 PM

# Exhibit "C"

MACKEY BUTTS & WHALEN, LLP
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
(845) 452-4000
(845) 486-6800
RICHARD R. DuVALL, ESQ.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x          **AFFIDAVIT OF SERVICE**

In re: 68 Burns New Holdings, Inc.                                          Chapter 11
                                                                            Case No. 24-45157-NHL

                                    Debtor.
-----------------------------------------------------------------x

STATE OF NEW YORK          )
                           ) ss.
COUNTY OF DUTCHESS         )

   LORI S. CAMPBELL, being duly sworn, deposes:

   I am a paralegal with the law offices of Mackey Butts & Whalen, LLP, attorneys for Eric
Goldfine, as Trustee of the Eric Goldfine Self-Employed Retirement Plan and Trust, am over 18 years
of age and am not a party to this action.

   On the 6th day of May, 2025, I served a true copy of the **Amended Notice of Motion for Relief
from Automatic Stay, Dismissal or Conversation, Affirmation of Richard DuVall in Support of
Motion for Relief from Automatic Stay, Dismissal or Conversation with Exhibits, and
Memorandum of Law in Support of Motion for Relief from Automatic Stay, Dismissal or
Conversation,** upon the following parties who have either requested service by electronic means or are
deemed to have requested same, in accordance with FRBP 9036:

Law Office of Julio E. Portilla, P.C.          U.S. Trustee
Julio E. Portilla                              Office of the United States Trustee
On behalf of Debtor                            Easter District of NY (Brooklyn)
380 Lexington Ave.                             Alexander Hamilton Custom House
Suite 446                                      One Bowling Green

4927-6720-1599, v. 1

New York, NY 10168
jp@julioportillalaw.com

Room 510
New York, NY 10004-1408
USTPRegion02.BR.ECF@usdoj.gov

LORI S. CAMPBELL

Sworn to before me this
_____ day of May, 2025.

Notary Public

MARYANN THOMPSETT
NOTARY PUBLIC, STATE OF NEW YORK
No. 01TH5075574
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES APRIL 7, 2027

4927-6720-1599, v. 1

# Exhibit "D"

**MACKEY BUTTS & WHALEN, LLP**
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
(845) 452-4000
(845) 486-6800
RICHARD R. DuVALL, ESQ.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re: 68 Burns New Holdings, Inc.

                                        Debtor.
-------------------------------------------------------------------x

**AFFIDAVIT OF MAILING**

Chapter 11
Case No. 24-45157-NHL

STATE OF NEW YORK       )
                                          ) ss.
COUNTY OF DUTCHESS   )

       LORI S. CAMPBELL, being duly sworn, deposes:

       I am a paralegal with the law offices of Mackey Butts & Whalen, LLP, attorneys for Eric Goldfine, as Trustee of the Eric Goldfine Self-Employed Retirement Plan and Trust, am over 18 years of age and am not a party to this action.

       On the 7th day of May, 2025, I served a true copy of the **Amended Notice of Motion for Relief from Automatic Stay, Dismissal or Conversation, Affirmation of Richard DuVall in Support of Motion for Relief from Automatic Stay, Dismissal or Conversation with Exhibits, and Memorandum of Law in Support of Motion for Relief from Automatic Stay, Dismissal or Conversation,** upon the following parties by depositing in an enclosed, properly addressed postage-paid envelope, and served by U.S. Post Office First Class Mail:

Foster Garvey PC
100 Wall St.
New York, NY 10005

AllSpace Self Storage
189 Manchester Road
Poughkeepsie, NY 12603

4896-3235-5135, v. 1

Gideon Raviv
70-25 Yellowstone Blvd.
Forest Hills, NY 11375

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

Rosenberg Fortuna & Laitman, LLP
666 Old Country Rd
#810
Garden City, NY11530

Town of Hyde Park
4383 Albany Post Road
Hyde Park, NY 12538

LORI S. CAMPBELL

Sworn to before me this
___7___ day of May, 2025.

Notary Public

MARYANN THOMPSETT
NOTARY PUBLIC, STATE OF NEW YORK
No. 01TH5075574
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES APRIL 7, 20 27

# Exhibit "E"

Richard DuVall, Esq.    — *THE JUDGMENT DOES NOT SAY IT !!!*
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
P: 845-452-4000
F: 845-454-4966
E: rduvall@mbwlawyers.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x                         PROPOSED ORDER

In re: 68 Burns New Holdings, Inc.                                          Case No.: 24-45157NHL

Debtor.
-----------------------------------------------------------------------x

    Eric Goldfine, as Trustee of the Eric Goldfine Self-Employed Retirement Plan and Trust

having moved this court by amended notice of motion dated May 6th 2025 (Doc. # 19) for

alternate relief including relief from the automatic stay, dismissal or conversion pursuant to 11

USC§ 362 (d)(2), 362(d)(3) and / or 11 USC§ 1112 (b) and due proof of service thereof having

heretofore been filed, and no opposition thereto having been timely filed pursuant to Local

Bankruptcy Rules§ 9006-1, and

        Whereupon the matter having come before the court at the hearing date of June 24, 2025 at

9:30 AM via E-Court appearances as indicated in the said amended notice of motion, and

        The movant having appeared by Mackey Butts and Whalen, Richard R. DuVall Esq. of

counsel, the Debtor having appeared by Julio Portilla Esq., the US Trustee having appeared by

Nazar Khodorovsky, and the Debtor's principal, Gideon Raviv having appeared telephonically,

and no further opposition having been made or filed, and

        Whereupon the Court having found on the record that the Debtor has failed, inter alia, to

file its operating reports for the periods December 2024 through May of 2025, failed to make

adequate protection payments as required, failed to pay regularly accruing real estate taxes on the

Debtor's real property, failed to file a plan of reorganization, and the Debtor otherwise having

failed to comply with the court's order scheduling Initial Case Management Conference (Dkts 12)

as detailed on the record by counsel to the Chapter 11 trustee, and

        Whereupon the court having found, on the record, that grounds exist to dismiss this case

and having considered the best interests of the creditors and the estate, it is hereby

ORDERED that this case is converted to Chapter 7 pursuant to 11 USC 1112 (b) and it is hereby

ORDERED that so much of Movant's motion as sought relief from the automatic stay is hereby carried on the court's calendar pending appointment of the Chapter 7 Trustee.

Dated: July____ 2025
Brooklyn, NY,

_____
Honorable Nancy Hershey-Lord, U.S.B.J

Richard DuVall, Esq.
Attorneys for Eric Goldfine, as Trustee
of the Eric Goldfine Self-Employed Retirement Plan and Trust
319 Mill Street
Poughkeepsie, NY 12601
P: 845-452-4000
F: 845-454-4966
E: rduvall@mbwlawyers.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

In re: 68 Burns New Holdings, Inc.


Debtor.
-----------------------------------------------------------------------x

NOTICE OF
SETTLEMENT

Case No.: 24-45157NHL
Assigned Judge: Honorable Nancy
Hershey-Lord, U.S.B.J

     **PLEASE TAKE NOTICE** that the attached proposed Order will be presented for

settlement and signature to the Honorable Nancy Hershey-Lord, at the United States

Bankruptcy Court, Eastern District of New York, located at 271-C Cadman Plaza East

Suite 1595, Brooklyn, New York 11201-1800 on the 17th day of July, 2025 at 9:30a.m.


Dated: June 30, 2025
Poughkeepsie, New York

                   **Eric Goldfine Self-Employed Retirement Plan and Trust**
                   **By its Attorneys Mackey Butts & Whalen LLP**

                         Richard DuVall
                     Attorney(s) for the Plaintiff
                       319 Mill Street
                    Poughkeepsie, NY 12601
                  P 845.452.4000 Ext. 303
                     F 845.454.4966
               E: rduvall@mbwlawyers.com
                    www.mbwlawyers.com

TO: Law Office of Julio E. Portilla, P.C.
Julio E. Portilla
*Counsel for Debtor*
380 Lexington Ave.
Suite 446
New York, NY 10168
(212) 365-0292
F: (212) 365-4417
E: jp@julioportillalaw.com


68 Burns New Holdings, Inc.
70-25 Yellowstone Blvd.