UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

\-----------------------------------------------------------

In re:                                                          **Chapter 11**

      68 Burns New Holdings, Inc.,                  **Case No. 24-45157-NHL**

                   Debtor.

\-----------------------------------------------------------

### REQUEST FOR HEBREW INTERPRETER

    1.  I, Gideon Raviv, a creditor in the above-captioned bankruptcy case, respectfully request that the Court provide a Hebrew-language interpreter for the upcoming hearing scheduled on October 30, 2025, and for any subsequent hearings in this matter.

    2.  I am not fluent in English and require interpretation into Hebrew in order to understand and participate fully in the proceedings. I respectfully ask that an interpreter be arranged for my participation at the upcoming hearing.

    3.  This request is made in good faith to ensure meaningful access to the Court and to comply with my right to fair participation under the Court's procedures.

Dated: October 29, 2025

                                   Respectfully submitted,

                                   Gideon Raviv
                                   Creditor
                                   70-25 Yellowstone Blvd. Apt. 3D
                                   Forest Hills, NY 11375
                                   (718) 268-6928
                                   Gideon1818@hotmail.com

OCT 29 2025 PM2:14

RECEIVED - BROOKLYN
EASTERN DISTRICT OF NEW YORK
U.S. BANKRUPTCY COURT
CLERK