UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

68 Burns New Holdings, Inc.

                           Debtor.
----------------------------------------------------------x

Chapter 7

Case No.: 24-45157NHL

## ORDER DENYING MOTION TO DISMISS CLAIM

A motion having been filed by Gideon Raviv, principal of the Debtor 68 Burns New Holdings Inc. seeking, among other things, an order dismissing the secured claim of The Eric Goldfine Self- Employed Retirement Plan and Trust (the "Motion") (Docket #42); and the matter having been heard by the Court on October 30, 2025, at which Julio E. Portilla, Esq. (Counsel to Debtor), Richard DuVall, Esq. (Counsel to Eric Goldfine as Trustee of Eric Goldfine SERPT), Alex Tsionis, Esq. (Counsel to Trustee), and Gideon Raviv appeared; and, due deliberation having been had, now therefore it is hereby

      ORDERED that the Motion is DENIED.



Dated: November 26, 2025
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**