UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

68 Burns New Holdings, Inc.

                              Debtor.
-------------------------------------------------------------x

Chapter 7

Case No.: 24-45157NHL

## ORDER DENYING MOTION FOR AUTHORITY TO OBTAIN CREDIT UNDER 11 U.S.C. § 364

The Debtor, by Julio E. Portilla Esq., having moved for authority to obtain credit under 11 USC §364 (Docket #46) (the "Motion"); and the Debtor having moved for an order shortening notice and scheduling an expedited hearing (Docket #47); and the Court having entered an order (Docket #51) shortening notice, and scheduling a hearing for September 4, 2025; and Creditor Eric Goldfine as Trustee of the Eric Goldfine SERPT, by Mackey Butts & Whalen LLP having filed opposition to the Motion (Docket #53); and Alex E. Tsionis Esq. as counsel to the Chapter 7 Trustee David J. Doyaga having filed a joinder to the aforesaid opposition (Docket #64); and an adjourned heaving having been held on October 30, 2025, at which Julio E. Portilla, Esq. (Counsel to Debtor), Richard DuVall, Esq. (Counsel to Eric Goldfine as Trustee of Eric Goldfine SERPT), Alex Tsionis, Esq. (Counsel to Trustee), and Gideon Raviv appeared; and, due deliberation having been had, it is hereby

       ORDERED that the Motion is denied.



Dated: November 26, 2025
       Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**