| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------<br>In re:<br>    68 Burns New Holdings, Inc.,<br>                  Debtor.<br>------------------------------------------------------------ | Hearing: January 15, 2026 at 11:30 AM<br><br>Chapter 11<br>Case No. 1-24-45157-nhl |

### REQUEST BY DEBTOR FOR ADJOURNMENT OF HEARING

TO THE HONORABLE NANCY HERSHEY LORD,
UNITED STATES BANKRUPTCY JUDGE:

1. I, Gideon Raviv, respectfully submit this request in my capacity as President and owner of the Debtor, 68 Burns New Holdings, Inc.

2. I respectfully request that the hearing scheduled for January 15, 2026 at 11:30 a.m. be adjourned to a later date at least thirty (30) days thereafter, in the interest of fairness and due process.

### Requirement of Representation by Counsel

3. The Debtor is a corporation and is required to be represented by counsel in these proceedings. On or about October 30, 2025, the Honorable Court relieved the Debtor's prior counsel from representation. As a result, the Debtor cannot fairly or properly proceed at the scheduled hearing.

### Fairness and Due Process

4. Proceeding with the hearing on January 15, 2026, under these circumstances, would deprive the Debtor of a fair opportunity to be represented and heard. A brief adjournment is necessary to ensure that the Debtor may appear through counsel and participate meaningfully in the proceeding.

1

**No Prejudice to Secured Creditor**

5. This requested adjournment will not prejudice the secured creditor. Based on the appraisal dated August 16, 2023, the value of the property located at 710 Route 9, Hyde Park, New York exceeds the secured creditor's state foreclosure judgment by more than four times, and the secured creditor's position remains fully protected during a short adjournment. Attached hereto as **Exhibit "A"** appraisal dated August 16, 2023

6. For these reasons, the Debtor respectfully requests that the Court adjourn the January 15, 2026 hearing to a date at least thirty (30) days later, or to such other date as the court deems just and proper.

Dated:   January 13, 2026
         Queens, New York

Respectfully submitted,

Gideon Raviv
President and Owner
68 Burns New Holdings, Inc.
70-25 Yellowstone Blvd., Suite 3D
Forest Hills, NY 11375
Tel: (718) 268-6928
Email: Gideon1818@hotmail.com

2

# Exhibit "A"

# INGRAM REAL ESTATE GROUP
## Appraisal Report



**710 Route 9 (Albany Post Road)**
**Town of Hyde Park, Dutchess County, NY 12538**

**Prepared For:**
RushMyFile
380 Beach Road, Suite B
Burlingame, Ca 94010

**Prepared by:**
Ingram Real Estate Group
John R. Ingram, II, MAI, SCGREA, AICP

August 16, 2023

As of: August 3, 2023

# INGRAM REAL ESTATE GROUP
## 928 N. Cedar Crest Blvd
## Allentown, PA 18104

John R. Ingram II, MAI, SCGREA, AICP, CTA      Tel: (610) 798-9877
President      Cell: (646) 732-2595
     E-mail: **IngramREG@aol.com**

August 16, 2023      Re: Appraisal Report
     710 Route 9 (Albany Post Road)
     Town of Hyde Park
     Dutchess County, NY 12538

RushMyFile
380 Beach Road, Suite B
Burlingame, Ca 94010

To whom it may concern:

Pursuant to your request, we have inspected the above-referenced property and provided an opinion of the "As Is" market value opinion of the fee simple interest in the above-referenced property. In our inspection of the subject property, no existing environmental hazards were observed, and this report assumes the subject site is an environmentally clean site.

We certify that we have no present or contemplated future interest in the property beyond this opinion of value. The appraiser has not performed prior services regarding the subject.

Please reference the Limiting Conditions and Assumptions for important information regarding the scope of research and analysis for this appraisal, including property identification, inspection, highest and best use analysis and valuation methodology. Acceptance of this report constitutes an agreement with these conditions and assumptions.

Hypothetical Conditions:

There are no Hypothetical Conditions for this appraisal

Extraordinary Assumptions:

There are no Extraordinary Assumptions for this appraisal

RushMyFile
380 Beach Road, Suite B
Burlingame, Ca 94010

Page 2

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), we have formed the following value opinion(s):

**Current As Is Market Value Opinion:**

The "As Is" market value opinion of the Fee Simple interest in the subject property, as of August 3, 2023, the date of our this report, is:

$3,580,000
**Three Million Five Hundred Eighty Thousand Dollars**

The market exposure time[1] preceding August 3, 2023 would have been 9-12 months.

Sincerely,

John R. Ingram II, MAI, SCGREA, AICP, CTA
NY Certified General Real Estate Appraiser #46000007886

---

[1] Exposure Time: see definition in addenda.