# MACKEY CATANIA & WHALEN LLP

ATTORNEYS AT LAW

Ellen L. Baker
Robert R. Butts
Michael E. Catania
Robert B. Dietz
Richard R. DuVall
Paul S. Ernenwein
Ian S. MacDonald
Joshua E. Mackey
Seamus P. Weir
Cara A. Whalen

___

Colby D. Creedon
Christina A. Mazzarella
Alexander D. Salvato

___

Emily Abrahams
Tyrone Brown
Joseph A. Catania, Jr.
Richard J. Olson
R. Keith Salisbury

___

Hon. Albert M. Rosenblatt

Reply to:

☐ 3208 Franklin Avenue
Millbrook, NY 12545
P 845.677.6700
F 845.677.2202

–

☐ 103 Executive Drive, Suite 101
New Windsor, NY 12553
P. 845.779.9930
F. 845.779.8320

–

☑ 319 Mill Street
Poughkeepsie, NY 12601
P 845.452.4000
F 845.454.4966

–

☐ 81 Main Street
P.O. Box 308
Sharon, CT 06069
P 860.364.6232
F 860.364.6429

www.mackeylawyers.com

January 13, 2026

*Via email:* nhl_hearings@nyeb.uscourts.gov
**Attn:** Honorable Nancy Hershey-Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE:** 68 Burns New Holdings, Inc.
Case No.: 24-45157-nhl
Our File No.: 1550.0001

Dear Judge Hershey-Lord:

This office's motion on behalf of Eric Goldfine, as Trustee of his SERPT, for relief from automatic stay (Docket #18), is currently on the calendar for this Thursday at 11:30 A.M

We respectfully request that the motion be adjourned for 60 days or so to allow the Trustee to address the property.

Very truly yours,

**MACKEY CATANIA & WHALEN LLP**

Richard R. DuVall Esq.

RRD/dp