**MACKEY
CATANIA
& WHALEN
LLP**

ATTORNEYS AT LAW

Ellen L. Baker
Robert R. Butts
Michael E. Catania
Robert B. Dietz
Richard R. DuVall
Paul S. Ernenwein
Ian S. MacDonald
Joshua E. Mackey
Seamus P. Weir
Cara A. Whalen

———

Colby D. Creedon
Christina A. Mazzarella
Alexander D. Salvato

———

Emily Abrahams
Tyrone Brown
Joseph A. Catania, Jr.
Richard J. Olson
R. Keith Salisbury

———

Hon. Albert M. Rosenblatt

Reply to:

☐ 3208 Franklin Avenue
Millbrook, NY 12545
P 845.677.6700
F 845.677.2202

–

☐ 103 Executive Drive, Suite 101
New Windsor, NY 12553
P. 845.779.9930
F. 845.779.8320

–

☑ 319 Mill Street
Poughkeepsie, NY 12601
P 845.452.4000
F 845.454.4966

–

☐ 81 Main Street
P.O. Box 308
Sharon, CT 06069
P 860.364.6232
F 860.364.6429

www.mackeylawyers.com

January 14, 2026

*Via email:* nhl_hearings@nyeb.uscourts.gov
**Attn:** Angela G. Howard
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE:** 68 Burns New Holdings, Inc.
Case No.: 24-45157-nhl
Our File No.: 1550.0001

Dear Ms. Howard:

  This letter confirms that the motion on behalf of Eric Goldfine, as Trustee of his SERPT, for relief from automatic stay (Docket #18), previously on the calendar for this Thursday at 11:30 A.M is now adjourned to Thursday March 12, 2026 at 10:00 A.M.

Very truly yours,

**MACKEY CATANIA & WHALEN LLP**

Richard R. DuVall Esq.

RRD/dp