| Information to identify the case: | | |
|---|---|---|
| Debtor  **68 Burns New Holdings, Inc** Name | EIN: | 13–3584597 |
| United States Bankruptcy Court   Eastern District of New York | Date case filed in chapter: | 11    12/10/24 |
| Case number:   **1–24–45157–jmm** | Date case converted to chapter: | 7    8/21/25 |

# NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated March 1, 2026, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable Jil Mazer–Marino, United States Bankruptcy Judge effective March 1, 2026. Please take note of the new case number: **1–24–45157–jmm** .

Dated: March 2, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 02/24/26]