United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 24-45157-jmm
68 Burns New Holdings, Inc  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Mar 02, 2026　　　　　　　　　　Form ID: 151　　　　　　　　　　　Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 68 Burns New Holdings, Inc, 70-25 Yellowstone BLVD., Suite 3D, Forest Hills, NY 11375-3166 |
| aty | + | Rosen, Tsionis & Pizzo, PLLC, 38 New Street, Huntington, NY 11743-3327 |
| 10457969 | + | 334 Corp, 8742 Bellido Circle, Boynton Beach, FL 33472-8124 |
| 10584825 | + | ALLSPACE, LLC., 189 MANCHESTER ROAD, POUGHKEEPSIE, NY 12603-2566 |
| 10433576 | + | All Space Self Storage, 189 Manchester Road, Poughkeesie, N.Y 12603-2566 |
| 10457970 | + | AllSpace Self Storage, 189 Manchester Road, Poughkeepsie, NY 12603-2566 |
| 10528314 | + | Dutches County Commissioner of Finance, 22 Market Street, 4th Floor Finance Dept, Poughkeepsie, NY 12601-3294 |
| 10433577 | + | Eric Goldfine Self Employed, Retirement Plan And Trust, C/O Mackey, Butts & Whalen LLP., 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10434194 | + | Eric Goldfine, as Trustee of Eric Goldfine SERPT, c/o Mackey, Butts & Whalen LLP, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10433573 | + | Forest Garvey P.C, 100 Wall Street 20th Flooor, New York, NY 10005-3701 |
| 10457971 | + | Foster Garvey PC, 100 Wall St, New York, NY 10005-3701 |
| 10433572 | + | Gideon Ravin, 70-25 Yellowstone Blvd, Forest Hills, NY 11375-3164 |
| 10457972 | + | Gideon Raviv, 70-25 Yellowstone Blvd, Forest Hills, NY 11375-3164 |
| 10541737 | + | Richard R. Duvall, Butts & Whalen, LLP Address, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10433574 | + | Rosenberg Fortiena & Laitman LLC, 666 Old Country Road Suite 810, Garden City, NY 11530-2019 |
| 10457974 | + | Rosenberg Fortuna & Laitman, LLP, 666 Old Country Rd, #810, Garden City, NY 11530-2019 |
| 10433575 | + | Town of Hyde Park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |
| 10614928 | + | U.S. Trustee Payment Center, P.O. Box 620019, Portland, OR 97228-6299 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 02 2026 19:44:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Mar 02 2026 19:42:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 02 2026 19:42:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10457973 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 02 2026 19:44:00 | NYS Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10435133 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 02 2026 19:44:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: 151 | Total Noticed: 23 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10541732 | *+ | 334 Corp., 8742 Bellido Circle, Boynton Beach, FL 33472-8124 |
| 10541733 | *+ | AllSpace Self Storage, 189 Manchester Road, Poughkeepsie, NY 12603-2566 |
| 10434377 | *+ | Eric Goldfine, as Trustee of Eric Goldfine SERPT, c/o Mackey, Butts & Whalen LLP, 319 Mill Street, Poughkeepsie, NY 12601-3148 |
| 10541734 | *+ | Foster Garvey PC, 100 Wall St,, New York, NY 10005-3701 |
| 10541735 | *+ | Gideon Raviv, 70-25 Yellowstone Blvd., Forest Hills, NY 11375-3164 |
| 10541736 | *+ | NYS Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10541738 | *+ | Rosenberg Fortuna & Laitman, LLP, 666 Old Country Rd #810, Garden City, NY 11530-2019 |
| 10457975 | *+ | Town of Hyde Park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |
| 10541739 | *+ | Town of Hyde park, 4383 Albany Post Road, Hyde Park, NY 12538-3618 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex E. Tsionis | on behalf of Trustee David J. Doyaga atsionis@ajrlawny.com<br>arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;dlebrun@ajrlawny.com;emeade-bramble@ajrlawny.com |
| David J. Doyaga | david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| Julio E Portilla | on behalf of Debtor 68 Burns New Holdings Inc jp@julioportillalaw.com,<br>dskrip@julioportillalaw.com;portilla.julioe.b133419@notify.bestcase.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard DuVall | on behalf of Creditor Goldfine Eric - as Trustee of Eric Goldfine SERPT rduvall@mackeylawyers.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor | **68 Burns New Holdings, Inc** | EIN: 13–3584597 |
| | Name | |
| United States Bankruptcy Court  Eastern District of New York | | Date case filed in chapter:  11  12/10/24 |
| Case number:  1–24–45157–jmm | | Date case converted to chapter:  7  8/21/25 |

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated March 1, 2026, the above−captioned case and any related adversary proceedings have been reassigned to the Honorable Jil Mazer−Marino, United States Bankruptcy Judge effective March 1, 2026. Please take note of the new case number: **1–24–45157–jmm** .

Dated: March 2, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 02/24/26]