# MACKEY CATANIA & WHALEN LLP

**ATTORNEYS AT LAW**

March 9, 2026

Ellen L. Baker
Robert R. Butts
Michael E. Catania
Robert B. Dietz
Richard R. DuVall
Paul S. Ernenwein
Ian S. MacDonald
Joshua E. Mackey
Seamus P. Weir
Cara A. Whalen

——

Colby D. Creedon
Christina A. Mazzarella
Alexander D. Salvato

——

Emily Abrahams
Tyrone Brown
Joseph A. Catania, Jr.
Richard J. Olson
R. Keith Salisbury

——

Hon. Albert M. Rosenblatt

Reply to:

☐ 3208 Franklin Avenue
Millbrook, NY 12545
P 845.677.6700
F 845.677.2202

–

☐ 103 Executive Drive, Suite 101
New Windsor, NY 12553
P. 845.779.9930
F. 845.779.8320

–

☒ 319 Mill Street
Poughkeepsie, NY 12601
P 845.452.4000
F 845.454.4966

–

☐ 81 Main Street
P.O. Box 308
Sharon, CT 06069
P 860.364.6232
F 860.364.6429

www.mackeylawyers.com

*Via Email:* *JMM_Hearings@nyeb.uscourts.gov*
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800
Courtroom 3529

**RE:     68 Burns New Holdings, Inc.**
**Case No.: 1-24-45157**
**Our File No.: 1550.0001**

Dear Judge Mazer-Marino:

This letter is to request that the motion on behalf of Eric Goldfine, as Trustee of his SERPT, for relief from automatic stay (Docket #18), currently on the calendar for this Thursday, March 12, 2026 at 10:00 A.M. be adjourned to Thursday, May 28, 2026 at 10:00 A.M.

Respectfully submitted,

**MACKEY CATANIA & WHALEN LLP**

Richard R. DuVall

RRD/lsc

The person sending this email certifies under penalty of perjury that all parties with an interest in the matter for which I am seeking an adjournment have either (i) consented, in writing, to the adjournment; or (ii) have not responded to my written request for an adjournment and two business days have elapsed since the request was received by that party. I acknowledge that I may be sanctioned by the Court if I misrepresent that an adjournment is on consent.