**Rosen, Tsionis & Pizzo, PLLC**
38 New Street
Huntington, New York 11743
(631) 423-8527
Alex E. Tsionis, Esq.

*Attorneys for David J. Doyaga, Sr., Chapter 7 Trustee*

**Objection Deadline: May 7, 2026**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                           Chapter 7

68 BURNS NEW HOLDINGS, INC,                 Case No.: 24-45157-jmm

                                      Debtor.
---------------------------------------------------------X

### NOTICE OF ABANDONMENT OF THE ESTATE'S RIGHT, TITLE, AND INTEREST IN THE REAL PROPERTIES COMMONLY KNOWN AS PARCEL NUMBERS 133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK

**TO:    ALL KNOWN CREDITORS AND PARTIES IN INTEREST;**

**PLEASE TAKE NOTICE**, that pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 554 of Title 11 of the United States Code (the "Bankruptcy Code"), notice is hereby given by David J. Doyaga, Sr., the Chapter 7 Trustee (the "Trustee") for the estate of 68 Burns New Holdings, Inc (the "Debtor"), through his counsel, Rosen, Tsionis & Pizzo, PLLC, of the proposed abandonment (the "Abandonment") of all of the estate's right, title, and interest in and to the real properties commonly known as parcel numbers 133200-6165-01-030990-0000 and 133200-6165-01-035885-0000, located in the Town of Hyde Park, Dutchess County, New York  (the "Properties").[1]

The Trustee proposes to abandon the estate's right, title, and interest in the Properties because: (i) upon information and belief, the lien(s) encumbering the Properties,

---

[1] The Properties also commonly known as 710 U.S. Route 9, Hyde Park, New York.

together with anticipated administrative expenses, likely exceed the value of the Properties; (ii) any sale of the Properties would likely trigger a capital gain, which the estate would likely have insufficient funds from the sale proceeds to satisfy any capital gain; and (iii) any anticipated sale of the Properties would likely not result in a distribution to unsecured creditors. Accordingly, and for the reasons set forth above, the Trustee, in his business judgment, has determined that the estate's right, title, and interest in the Properties are burdensome to the estate and that they are of inconsequential value and benefit to the estate and should be abandoned.

**PLEASE TAKE FURTHER NOTICE**, that the Abandonment is not intended to be, nor shall be construed as, an abandonment of any other assets, claims, or rights of the Trustee or the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE**, that objections (the "Objections") to the Abandonment of the Properties, if any, must be in writing, conform with the Bankruptcy Code, the Bankruptcy Rules and the E.D.N.Y. Local Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **May 7, 2026** as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that if no Objections are filed, the estate's interest in the Properties will be deemed abandoned back to the Debtor by operation of law.

**PLEASE TAKE FURTHER NOTICE**, that in the event Objections are filed with the Court and served upon the undersigned, there will be a hearing scheduled and held before the Honorable Jil Mazer-Marino, Chief United States Bankruptcy Judge, to consider any such Objections, notice of which will be given to all known creditors and parties in interest by the Trustee.

Dated: April 17, 2026                    Respectfully submitted,
       Huntington, New York

**Rosen, Tsionis & Pizzo, PLLC**
*Counsel to David J. Doyaga, Sr.,*
*Chapter 7 Trustee*

By:    */s/ Alex E. Tsionis*
       Alex E. Tsionis, Esq.
       38 New Street
       Huntington, New York 11743
       atsionis@ajrlawny.com

3