UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In re:                                                      Chapter 7

68 BURNS NEW HOLDINGS, INC.,                                Case No.: 24-45157-jmm

Debtor.

-----------------------------------------------------------

## OBJECTION

**OBJECTION TO NOTICE OF ABANDONMENT OF THE ESTATE'S RIGHT, TITLE, AND INTEREST IN THE REAL PROPERTIES COMMONLY KNOWN AS PARCEL NUMBERS 133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK**

TO THE HONORABLE COURT:

I, Gideon Raviv, respectfully submit this objection to the Notice of Abandonment of the Estate's Right, Title, and Interest in the real properties commonly known as PARCEL NUMBERS 133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK.

In the last week of April 2026, I received the Notice of Abandonment of the Estate's Right, Title, and Interest in the properties identified above. A copy of the notice is attached as **Exhibit "A"**.

On May 1, 2026, I wrote to Mr. Alex E. Tsionis requesting additional time to respond to the motion referenced in Exhibit "A". A copy of my correspondence is attached as **Exhibit "B"**.

I advised Mr. Tsionis that I am currently suffering from medical conditions that impair my ability to respond within the short time provided. A letter from my physician, Dr. Tamekia Wakefield, confirming my medical condition is attached as **Exhibit "C"**.

The Notice required any objection to be filed by May 7, 2026. Due to my medical condition and age, I requested reasonable additional time to prepare and present my response to the Court.

I requested confirmation from Mr. Tsionis but, to my knowledge, I did not receive any response to my request.

Accordingly, I respectfully request that the Court adjourn and postpone any hearing regarding the proposed abandonment until June 2026, and allow me at least ninety (90) days to present a solution to the Court.

1

Since the beginning of this matter, the secured creditor has sought to eliminate my rights under Chapter 11 by moving the case to Chapter 7 and now seeks to remove these matters from the protection and supervision of this Court altogether.

In April 2025, I provided my attorney at the time with a proposed plan to submit to the Court. The plan was not submitted, and no objection was made to the conversion of the case from Chapter 11 to Chapter 7. I was also not permitted to appear without counsel. These circumstances significantly reduced my options and my ability to meaningfully participate in the bankruptcy process.

I respectfully request that the Court allow me additional time because I am currently pursuing two possible alternatives that may benefit the estate and creditors:

a. I am engaged in negotiations with a potential partner who has requested approximately forty-five (45) additional days to investigate the value and condition of the properties and continue negotiations; and

b. I am attempting to obtain financing or a loan, which is extremely difficult while in bankruptcy proceedings and at my age of 87 years old.

Therefore, I respectfully request that the Court deny or postpone the Trustee's request for abandonment and allow me sufficient time to present these two alternatives to the Court.

WHEREFORE, I respectfully request that the Honorable Court grant a postponement of the Trustee's request and grant such other and further relief as the Court deems just and proper based on the above.

Dated: May 7, 2026

Respectfully submitted,

Gideon Raviv, Pres.
68 Burns New Holdings, Inc.
(Debtor/Creditor)
70-25 Yellowstone Blvd.
Forest Hills, NY 11375
(718) 268-6928

cc:    Alex E. Tsionis, Esq.
       Attorneys for the Trustee

2