

# Exhibit "A"

Rosen, Tsionis & Pizzo, PLLC
38 New Street
Huntington, New York 11743
(631) 423-8527
Alex E. Tsionis, Esq.

*Attorneys for David J. Doyaga, Sr., Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

68 BURNS NEW HOLDINGS, INC,

                                        Debtor.
-------------------------------------------------------X

Chapter 7

Case No.: 24-45157-jmm

## NOTICE OF ABANDONMENT OF THE ESTATE'S RIGHT, TITLE, AND INTEREST IN THE REAL PROPERTIES COMMONLY KNOWN AS PARCEL NUMBERS 133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK

TO:    ALL KNOWN CREDITORS AND PARTIES IN INTEREST;

**PLEASE TAKE NOTICE**, that pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 554 of Title 11 of the United States Code (the "Bankruptcy Code"), notice is hereby given by David J. Doyaga, Sr., the Chapter 7 Trustee (the "Trustee") for the estate of 68 Burns New Holdings, Inc (the "Debtor"), through his counsel, Rosen, Tsionis & Pizzo, PLLC, of the proposed abandonment (the "Abandonment") of all of the estate's right, title, and interest in and to the real properties commonly known as parcel numbers 133200-6165-01-030990-0000 and 133200-6165-01-035885-0000, located in the Town of Hyde Park, Dutchess County, New York (the "Properties").[1]

The Trustee proposes to abandon the estate's right, title, and interest in the Properties because: (i) upon information and belief, the lien(s) encumbering the Properties,

---

[1] The Properties also commonly known as 710 U.S. Route 9, Hyde Park, New York.

1

together with anticipated administrative expenses, likely exceed the value of the Properties; (ii) any sale of the Properties would likely trigger a capital gain, which the estate would likely have insufficient funds from the sale proceeds to satisfy any capital gain; and (iii) any anticipated sale of the Properties would likely not result in a distribution to unsecured creditors. Accordingly, and for the reasons set forth above, the Trustee, in his business judgment, has determined that the estate's right, title, and interest in the Properties are burdensome to the estate and that they are of inconsequential value and benefit to the estate and should be abandoned.

**PLEASE TAKE FURTHER NOTICE**, that the Abandonment is not intended to be, nor shall be construed as, an abandonment of any other assets, claims, or rights of the Trustee or the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE**, that objections (the "Objections") to the Abandonment of the Properties, if any, must be in writing, conform with the Bankruptcy Code, the Bankruptcy Rules and the E.D.N.Y. Local Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **May 7, 2026** as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

2

**PLEASE TAKE FURTHER NOTICE**, that if no Objections are filed, the estate's interest in the Properties will be deemed abandoned back to the Debtor by operation of law.

**PLEASE TAKE FURTHER NOTICE**, that in the event Objections are filed with the Court and served upon the undersigned, there will be a hearing scheduled and held before the Honorable Jil Mazer-Marino, Chief United States Bankruptcy Judge, to consider any such Objections, notice of which will be given to all known creditors and parties in interest by the Trustee.

Dated: April 17, 2026                     Respectfully submitted,
        Huntington, New York

                                   **Rosen, Tsionis & Pizzo, PLLC**
                                   *Counsel to David J. Doyaga, Sr.,*
                                   *Chapter 7 Trustee*

            By:      */s/ Alex E. Tsionis*
                       Alex E. Tsionis, Esq.
                       38 New Street
                       Huntington, New York 11743
                       atsionis@ajrlawny.com

Rosen, Tsionis & Pizzo PLLC
38 New St
Huntington NY 11743-3327

MID-ISLAND NY 117

20 APR 2026 PM 7 L

$0.74⁰
US POSTAGE IMI
FIRST-CLASS
FROM 11743
04/17/2026
Stamps.com

68 Burns New Holdings, Inc
7025 Yellowstone Blvd Apt 3d
FOREST HILLS NY 11375-3166

# Exhibit "B"

## Fw: case of 68 burns new holdings, inc Court Case No. 24-45157 JMM
## 111111111111111111111111111111111111

From Gideon Raviv <gideon1818@hotmail.com>
Date Wed 5/6/2026 7:09 AM
To    Gideon Raviv <gideon1818@hotmail.com>

📎 1 attachment (394 KB)
image.pdf;

**From:** Gideon Raviv <gideon1818@hotmail.com>
**Sent:** Friday, May 1, 2026 3:31 PM
**To:** Atsionis@ajrlawny.com <Atsionis@ajrlawny.com>
**Subject:** Fw: case of 68 burns new holdings, inc Court Case No. 24-45157 JMM

Dear Mr. Alex E. Tsionis,

I received the attached three ( 3 ) documents as notice of Abandonment of the estate's right and Notice of deadline requiring of proof of
chapter 11 (in this case) and Order establishing deadline for filing proofs of Chapter 11 Administrative expense claims...

Unfortunately, I did not feel good since a week ago, my throat is complete not good and I can not deliver any normal wording and the doctor order me to
stop talking and all the above eliminate me  to function and to respond to those three important orders.

          Please see attached a letter from Dr. Tamekia Wakefield that explain my current situation.
Please allow me to deliver a full response to those 3 motions
                    by the first week of June 2026.

Before I became sick I had been in negotiation to bring  money to my Hyde Park project in order to have a positive solution to my case.  I hope to bring
to your knowledge about the successful outcome.

Please confirm.

Respectfully.

Gideon  Raviv
Debtor & creditor

# Exhibit "C"



35-26 Francis Lewis Boulevard | **Andrew Blank,** M.D., F.A.C.S.
Street Level | **Bora Kim,** D.O.
Flushing, NY 11358 | **Tamekia Wakefield,** M.D.
Office: 718-631-8899 | **Jason B. Wasserman,** M.D.
Fax: 718-631-4401 | **Roni Keller,** M.D.
| **Michael Alleva,** M.D.
| **Maheer Masood,** M.D.
| **A. Zuhal Ertamay,** MPA, PA-C

04/30/2026

To Whom It May Concern:

Gideon Raviv is currently under my medical care and may not return to work at this time. Please excuse for 1 month(s)05/30/2026

Activity is restricted as follows: Voice rest and no yelling or voice overuse

If you require additional information please contact the office.

Sincerely,

*Wakefield*

electronically signed

Tamekia Wakefield MD