**Rosen, Tsionis & Pizzo, PLLC**
38 New Street
Huntington, New York 11743
(631) 423-8527
Alex E. Tsionis, Esq.

*Attorneys for David J. Doyaga, Sr., Chapter 7 Trustee*

**Hearing Date: May 27, 2026**
**Hearing Time: 11:30 a.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                    Chapter 7

68 BURNS NEW HOLDINGS, INC,                    Case No.: 24-45157-jmm

                                   Debtor.
--------------------------------------------------------X

## NOTICE OF HEARING ON ABANDONMENT OF THE ESTATE'S RIGHT, TITLE, AND INTEREST IN THE REAL PROPERTIES COMMONLY KNOWN AS PARCEL NUMBERS 133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK

**PLEASE TAKE NOTICE**, that a hearing shall be held on **May 27, 2026**, at **11:30 a.m.** on the proposed Notice of Abandonment filed by David J. Doyaga, Sr., the Chapter 7 Trustee for the estate of 68 Burns New Holdings, Inc, of all of the estate's right, title, and interest in and to the real properties commonly known as parcel numbers 133200-6165-01-030990-0000 and 133200-6165-01-035885-0000, located in the Town of Hyde Park, Dutchess County, New York [ECF No. 88] (the "Notice of Abandonment"). The hearing shall be held before the Honorable Jil Mazer-Marino, Chief United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the

1

hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Notice of Abandonment may be adjourned without notice other than an announcement at the hearing.

Dated: May 11, 2026
      Huntington, New York

Respectfully submitted,

**Rosen, Tsionis & Pizzo, PLLC**
*Counsel to David J. Doyaga, Sr.,*
*Chapter 7 Trustee*

By:    */s/ Alex E. Tsionis*
      Alex E. Tsionis, Esq.
      38 New Street
      Huntington, New York 11743
      atsionis@ajrlawny.com