UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                             Chapter 7

       68 BURNS NEW HOLDINGS, INC,         Case No.: 24-45157-nhl

                 Debtor.

--------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF SUFFOLK    )

       **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

       On the 11th day of May, 2026 deponent served the **NOTICE OF HEARING ON ABANDONMENT OF THE ESTATE'S RIGHT, TITLE, AND INTEREST IN THE REAL PROPERTIES COMMONLY KNOWN AS PARCEL NUMBERS 133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by first class mail to:

See attached service list

                                    s/Everlyn Meade-Bramble
                                    Everlyn Meade-Bramble

Sworn to before me this
11th day of May, 2026

s/Alexandros Tsionis
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County
No. 02TS0015287
Commission Exp. 10/30/2027

### Service List

**By First Class Mail to:**

334 Corp
8742 Bellido Circle
Boynton Beach, FL 33472-8124

AllSpace Self Storage
Attn Carolyn E North
189 Manchester Rd
Poughkeepsie, NY 12603-2566

County of Dutchess
Commissioner of Finance
22 Market St Ste 4
Poughkeepsie, NY 12601-3235

Eric Goldfine Self Employed
Retirement Plan & Trust
c/o Richard R Duvall
Mackey Butts & Whalen LLP
319 Mill St
Poughkeepsie, NY 12601-3148

Eric Goldfine, as Trustee of Eric Goldfine SERPT
c/o Richard R Duvall
Mackey, Butts & Whalen LLP
319 Mill St
Poughkeepsie, NY 12601-3148

Forest Garvey PC
199 Water St Ste 901
New York, NY 10038-3526

Gideon Raviv
70-25 Yellowstone Blvd
Forest Hills, NY 11375-3164

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Rosenberg Fortiena & Laitman LLC
666 Old Country Rd Ste 810
Garden City, NY 11530-2019

Town of Hyde Park
4383 Albany Post Rd
Hyde Park, NY 12538-3618

U.S. Trustee Payment Center
PO Box 620019
Portland, OR 97228-6299

Julio E Portilla
Law Office Julio E. Portilla PC
380 Lexington Ave Ste 446
New York, NY 10168-0002

68 Burns New Holdings, Inc
70-25 Yellowstone Blvd Ste 3D
Forest Hills, NY 11375-3166

MYC & Associates, Inc.
1110 South Ave Ste 22
Staten Island, NY 10314-3403

Office of the United States Trustee
Alexander Hamilton Custom House
1 Bowling Grn Rm 510
New York, NY 10004-1415

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Securities and Exchange Commission
New York Regional Office
100 Pearl St Ste 20-100
New York NY 10004-6003

Forest Garvey PC
100 Wall St Fl 20
New York, NY 10005-3701