**Rosen, Tsionis & Pizzo, PLLC**
38 New Street
Huntington, New York 11743
(631) 423-8527
Alex E. Tsionis, Esq.

**Settlement Date: June 8, 2026**
**Objection Deadline: June 5, 2026**
**Hearing on Objections, if any: July 9,**
**2026, at 11:00 a.m.**

*Attorneys for David J. Doyaga, Sr., Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                    Chapter 7

68 BURNS NEW HOLDINGS, INC,                        Case No.: 24-45157-jmm

                                    Debtor.
--------------------------------------------------------X

## NOTICE OF SETTLEMENT OF PROPOSED ORDER

**PLEASE TAKE NOTICE**, that the attached proposed order (the "Proposed Order")  authorizing David J. Doyaga, Sr., the Chapter 7 Trustee (the "Trustee") for the estate of 68 Burns New Holdings, Inc (the "Debtor") to abandon all of the estate's right, title, and interest in and to the real properties commonly known as parcel numbers 133200-6165-01-030990-0000 and 133200-6165-01-035885-0000, located in the Town of Hyde Park, Dutchess County, New York pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 554 of Title 11 of the United States Code (the "Bankruptcy Code"),  will be submitted for signature to the Honorable Jil Mazer-Marino, Chief United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800, on **June 8, 2026**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Proposed Order must be in writing and filed with the Bankruptcy Court by **June 5, 2026**, (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served,

1

so as to be received by the Objection Deadline, on: Rosen, Tsionis & Pizzo, PLLC, Attn: Alex E. Tsionis, Esq., 38 New Street, Huntington, New York 11743.

**PLEASE TAKE FURTHER NOTICE**, that unless timely written objections are received by the Objection Deadline, the Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that objections are to be filed by no later than **June 5, 2026**. Hearing on objections, if any, will be held on **July 9, 2026, at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that in the event that there is a hearing, you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: May 27, 2026
     Huntington, New York

Respectfully submitted,

**Rosen, Tsionis & Pizzo, PLLC**
*Counsel to David J. Doyaga, Sr.,*
*Chapter 7 Trustee*

By:   */s/ Alex E. Tsionis*
     Alex E. Tsionis, Esq.
     38 New Street
     Huntington, New York 11743
     atsionis@ajrlawny.com