UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 7

68 BURNS NEW HOLDINGS, INC,                          Case No.: 24-45157-jmm

                            Debtor.
--------------------------------------------------------X

**ORDER AUTHORIZING THE TRUSTEE'S ABANDONMENT
OF THE ESTATE'S RIGHT, TITLE, AND INTEREST IN THE REAL
PROPERTIES COMMONLY KNOWN AS PARCEL NUMBERS
133200-6165-01-030990-0000 AND 133200-6165-01-035885-0000, LOCATED
IN THE TOWN OF HYDE PARK, DUTCHESS COUNTY, NEW YORK**

**WHEREAS**, on December 10, 2024, 68 Burns New Holdings, Inc (the "Debtor") filed a

voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the

"Bankruptcy Code"); and

**WHEREAS**, on August 22, 2025, the Court entered an Order [ECF No. 45] converting the

Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code; and

**WHEREAS**, David J. Doyaga, Sr., was appointed the Chapter 7 Trustee (the "Trustee")

of the Debtor's estate; and

**WHEREAS**, on April 17, 2026, the Trustee filed a Notice of Proposed Abandonment of

Property [ECF No. 88] (the "Notice of Abandonment") seeking to abandon all of the estate's right,

title, and interest in and to the real properties commonly known as parcel numbers 133200-6165-

01-030990-0000 and 133200-6165-01-035885-0000, located in the Town of Hyde Park, Dutchess

County, New York  (the "Properties") pursuant to Rule 6007 of the Federal Rules of Bankruptcy

Procedure and Section 554 of the Bankruptcy Code; and

**WHEREAS**, on May 7, 2026, Gideon Raviv ("Raviv") filed an objection [ECF No. 90]

(the "Objection") to the Notice of Abandonment; and

**WHEREAS**, on May 27, 2026, the Court held a hearing on the Objection and the Notice of Abandonment, at which the Trustee, Raviv, and Eric Goldfine as Trustee of the Eric Goldfine Self Employment Retirement Plan and Trust appeared and were heard; and

**WHEREAS**, at the May 27, 2026 hearing, the Court authorized the Trustee's abandonment of all of the estate's right, title, and interest in the Properties, and directed the Trustee to settle a proposed order on seven (7) days' notice granting the Trustee's proposed abandonment of the Properties.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that all of the estate's right, title, and interest in and to the Properties are hereby abandoned; and it is further

**ORDERED**, that the Court may retain jurisdiction to resolve any disputes arising or related to this Order and to interpret, implement, and enforce the provisions of this Order.