UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chapter 7
Case No. 24-45157-jmm

In re:

68 Burns New Holdings, Inc.

                              Debtor.
------------------------------------------------------------X

## ORDER FOR RELIEF FROM AUTOMATIC STAY

Upon the motion of Eric Goldfine, as Trustee of the of the Eric Goldfine Self-Employed Retirement Plan and Trust ("Movant") filed May 5, 2025 at Docket #18, and the Amended Notice of Motion filed May 6, 2025 at Docket #19, and proof of due service thereof having been filed at Docket #20, and said motion having been granted in part on the record on June 24, 2025 to the extent of converting the Chapter 11 case to Chapter 7, and said Order having been made and entered August 21, 2025 at Docket #45, and the portion of said motion at Docket #18/19 seeking to lift the automatic stay having been adjourned from time to time, and notice of the final adjournment thereof having been filed at Docket #94, and said motion having come on for consideration before the Court on May 27, 2026 at 11:30 a.m., and upon hearing Richard R DuVall, Esq. of Mackey Catania Whalen LLP, counsel in support thereof, and the Debtor having appeared by Gideon Raviv, its Principal, and the Court having provided an interpreter as requested by Mr. Raviv, and attorney for the Debtor, Julio Portilla, Esq., having also appeared on the record, and the Court having given due consideration to the arguments of the parties and the papers filed in opposition to the motion, and no objection having been made by the Chapter 7 Trustee, it is hereby

**ORDERED**, that the motion is GRANTED as provided herein; and it is further

**ORDERED**, that the Movant is permitted to enforce Movant's state law rights and remedies with respect to the Debtor and the real properties commonly known as parcel numbers 133200-6165-01-030990-0000 and 133200-6165-01-035885-0000, located in the Town of Hyde Park, County of Dutchess, State of New York.

Dated: July 7, 2026
Brooklyn, New York



_____
Jil Mazer-Marino
Chief United States Bankruptcy Judge

2