UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>68 Burns New Holdings, Inc<br><br>Debtor | Case No. 24-45157-jmm<br><br>Chapter 7<br><br>**STATEMENT OF UNCLAIMED DIVIDENDS** |

| Claim No. | Creditor Name | Amount Allowed | Dividend |
|---|---|---|---|
| | 68 Burns New Holdings Inc<br>70-25 Yellowstone Blvd<br>Suite 3D<br>Forest Hills, NY 11375 | $738.54 | |

In this case, the Debtor turned over the bank account funds, which was a very minimal amount and there were no other assets in the case to administer. The Trustee returned the funds to Debtor's principal and the check was never cashed.

Dated: Brooklyn, New York
October 2, 2026

By: s/ David J. Doyaga
David J. Doyaga, Esq.
26 Court Street Suite 1803
Brooklyn, NY 11242
(718) 488-7500